# EXHIBIT "A"

**001**

City of Tampa, FL
Violations Processing Center
PO Box 22091
Tempe, AZ 85285-2091
Customer Service # 1-866-224-2354

Tracking Number
9207190112892526779630

# Florida Uniform Traffic Citation

PAYMENTS AND HEARING REQUESTS NOT ACCEPTED AT THIS ADDRESS

NOTICE #: **3441800958665**
PIN: **7658**

View your video online at:
**www.ViolationInfo.com**

**CARLOS RAUL BELLO NOGUEDA**
**2900 DREW ST**
**CLEARWATER, FL 33776**

Amount Due: $261.00
Due Date: **04/10/2019**

**ISSUE DATE:** 03/11/2019   **FINE AMOUNT:** $261.00
**Location:** SB S 50TH ST / S TAMIAMI TRAIL @ ADAMO DR
**Violation Date and Time:** 12/3/2018  1:53:31PM
**Vehicle License Number:** JEVP49   FL

**Important instructions to individuals charged with a non criminal traffic infraction.** You have been issued a Uniform Traffic Citation for a violation of State Statute code 547-Red-Light Camera, Section, 316.075(1)(c)1 failure to stop at a red traffic signal pursuant to F.S. 316.0083 of the Florida State Statutes. You are required to comply with one of the options listed below. If you fail to comply with one of the options by the date listed your driving privilege may be suspended until you comply and you may incur additional cost associated with non-compliance.

## FLORIDA UNIFORM TRAFFIC CITATION   AB8S6OE

| COUNTY OF HILLSBOROUGH | ☐ (1) F.H.P.  ■ (2) P.D.  ☐ (3) S.O.  ☐ (4) OTHER |
| --- | --- |
| CITY (IF APPLICABLE) TAMPA | AGENCY NAME: City of Tampa, FL   AGENCY #: 50 |

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON:

**SUMMONS (VIOLATOR'S COPY)**

| DAY OF WEEK | MONTH | DAY | YEAR | | |
| --- | --- | --- | --- | --- | --- |
| Monday | Dec | 3 | 2018 | 1:53:31 | ☐ A.M. ■ P.M. |

| NAME (PRINT) FIRST | MIDDLE | LAST |
| --- | --- | --- |
| CARLOS | RAUL | BELLO NOGUEDA |

| STREET 2900 DREW ST | IF DIFFERENT THAN DRIVER'S LICENSE, "X" HERE → |
| --- | --- |

| CITY CLEARWATER | STATE FL | ZIP CODE 33776 |
| --- | --- | --- |

| TELEPHONE NUMBER | DATE OF BIRTH MO Aug | DAY 23 | YR 1982 | RACE | SEX M | HGT |
| --- | --- | --- | --- | --- | --- | --- |

| DRIVER LICENSE NUMBER B452116823030 | STATE FL | CLASS E | CDL LICENSE YES ☐ NO ☐ | YR. LICENSE EXP. | COMMERCIAL VEHICLE YES ☐ NO ■ |
| --- | --- | --- | --- | --- | --- |

| YR. VEHICLE 2010 | MAKE NISS | STYLE 4D | COLOR BLU | PLACARDED HAZARDOUS MATERIAL YES ☐ NO ☐ |
| --- | --- | --- | --- | --- |

| VEHICLE LICENSE NO. JEVP49 | TRAILER TAG NO. | STATE FL | YEAR TAG EXPIRES 20190823 | ≥16 PASSENGERS YES ☐ NO ☐ |
| --- | --- | --- | --- | --- |

| UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY SB S 50TH ST / S TAMIAMI TRAIL @ ADAMO DR | MOTORCYCLE YES ☐ NO ☐ |
| --- | --- |

| | COMPANION CITATION NUMBER(S) |
| --- | --- |

FT_____ MILES_____ ☐N ☐S ☐E ☐W OF NODE _____

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE:
VIOLATION OF STATE STATUTES §§ 316.075(1)(c)1 and 316.074(1) FAILURE TO STOP AT A RED TRAFFIC SIGNAL PURSUANT TO F.S. § 316.0083

## DIRECTIONS TO RESOLVE THIS CITATION

**OPTIONS: MARK ONLY ONE**

☐ **Option A: MAKE A PAYMENT**

● **PAYMENT BY MAIL** $261.00 must be received by 04/10/2019 payable by check or money order directly to the Clerk of the Court. Sign and mail this original Citation with your payment. Please keep a copy for your records. **MAILING ADDRESS FOR THE CLERK OF COURT:** Clerk of the Circuit Court, P.O. Box 3360, Tampa FL 33601-3360. **DO NOT MAIL CASH.**

● **PAYMENT IN PERSON** $261.00 may be paid in person at Clerk of Circuit Court Customer Service Center, George E. Edgecomb Courthouse, 800 Twiggs Street, Room 101, Tampa, FL 33602, or check the Clerk of Courts website for other locations on or before 04/10/2019. Include this original Citation with your payment. Please keep a copy for your records.

● **PAYMENT ONLINE** http://www.hillsclerk.com / or Call 813-276-8100 24/7.

☐ **Option B: REQUEST A HEARING** To challenge this Citation, request a court hearing prior to 04/10/2019. Sign and mail this original Citation to the Clerk of Circuit Court Customer Service Center, George E. Edgecomb Courthouse, 800 Twiggs Street, Room 101, Tampa, FL 33602. Please keep a copy for your records. If the official determines no infraction has been committed, no costs or penalties shall be imposed and any costs or penalties which have been paid shall be returned in accordance with Florida Statute § 318.20. **IF THIS BOX IS NOT CHECKED, A HEARING WILL NOT BE SCHEDULED. THE COURT WILL SCHEDULE YOUR HEARING AND NOTIFY YOU OF THE DATE, TIME AND LOCATION.**

☐ **Option C: AFFIDAVIT** If you are the registered owner of the vehicle, you are deemed responsible for the penalty unless, in compliance with Florida Statute § 316.0083(1)(d)(1)-(4), you establish by a notarized affidavit that a statutory exemption applies. Please visit and log into **www.ViolationInfo.com**

_____   _____
SIGNATURE OF VIOLATOR                DATE

BRYAN ALOFS     955
TROOPER/OFFICER NAME & RANK   BADGE NUMBER

*Brian Alofs*
_____   _____
SIGNATURE OF OFFICER               ID NUMBER

**VIEW YOUR IMAGES AND VIDEO EVIDENCE OBTAINED FOR THIS CASE:** The recorded images and video of your violation will be submitted as evidence for the disposition of this violation. You have the right to examine and observe your images and video online at www.ViolationInfo.com. You will need your Notice # and PIN printed on the top of this Citation inside the red box. If you do not have internet access, you have the right to examine and observe your video and images at the local library.



