# EXHIBIT "C"

**005**

# FLORIDA UNIFORM TRAFFIC CITATION

**AC7QEYE**

| COUNTY OF | PINELLAS 04 | ☐ (1) F.H.P. ☒ (2) P.D. ☐ (3) S.O. ☐ (4) OTHER |
|---|---|---|
| CITY (IF APPLICABLE) | GULFPORT 40 | AGENCY NAME: GULFPORT PD |
| | | AGENCY #: |

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

**COMPLAINT (RETAINED BY COURT)**

| DAY OF WEEK | MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|
| FRI | 10 | 4 | 2019 | 11:10 ☒ PM |

| NAME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|
| CARLOS | RAUL | BELLO NOGUEDA |

STREET: 2520 1ST AVE N

| CITY | STATE | ZIP CODE |
|---|---|---|
| ST PETERSBURG | FL | 33713 |

| TELEPHONE NUMBER | DATE OF BIRTH MO 08 | DAY 23 | YR 82 | RACE H | SEX M | HGT 600 |
|---|---|---|---|---|---|---|

| DRIVER LICENSE NUMBER | B452116823030 | | | | |
|---|---|---|---|---|---|
| | STATE FL | CLASS: E | CDL LICENSE ☐ YES ☒ NO | YR. LICENSE EXP. 22 | COMMERCIAL VEHICLE ☐ YES ☒ NO |

| YR VEHICLE 10 | MAKE NISS | STYLE 4D | COLOR BLU | PLACARDED HAZARDOUS MATERIAL ☐ YES ☒ NO |
|---|---|---|---|---|

| VEHICLE LICENSE NO. JEVP49 | TRAILER TAG NO. | STATE FL | YEAR TAG EXPIRES 2019 | ≥ 16 PASSENGERS ☐ YES ☒ NO |
|---|---|---|---|---|

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY: 5700 19TH AVE S

MOTORCYCLE ☐ YES ☒ NO
COMPANION CITATION NUMBER(S) ☐ YES ☒ NO

FT. ___ MILES ___ ☒N ☐S ☐E ☐W OF NODE ___

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

☐ UNLAWFUL SPEED ___ MPH SPEED APPLICABLE ___ MPH
(☐ INTERSTATE ☐ SCHOOL ZONE ☐ CONSTRUCTION WORKERS PRESENT)
SPEED MEASUREMENT DEVICE:

☐ CARELESS DRIVING
☐ CHILD RESTRAINT
☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
☐ VIOLATION OF TRAFFIC CONTROL DEVICE
☐ SAFETY BELT VIOLATION
☐ FAILURE TO STOP AT TRAFFIC SIGNAL
☐ IMPROPER OR UNSAFE EQUIPMENT
☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
☐ IMPROPER LANE CHANGE OR COURSE
☐ EXPIRED TAG SIX (6) MONTHS OR LESS
☐ NO VALID DRIVER LICENSE
☐ NO PROOF OF INSURANCE
☐ EXPIRED TAG MORE THAN SIX (6) MONTHS
☐ DRIVING UNDER THE INFLUENCE
☐ VIOLATION OF RIGHT-OF-WAY
☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED
☐ PASSENGER UNDER 18 YRS.
☐ IMPROPER PASSING

BAL ___

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
**DWLS - (SPECIFY REASON)**

RE-EXAM ☐ YES ☒ NO
DL SEIZED ☐ YES ☒ NO

**SUSPENDED: 8/19/19 FAILURE TO PAY**

☐ AGGRESSIVE DRIVING | IN VIOLATION OF STATE STATUTE | SECTION **322.34(2)** | SUB-SECTION

| CRASH ☐ YES ☒ NO | PROPERTY DAMAGE ☐ YES 0 ☒ NO | INJURY TO ANOTHER ☐ YES ☒ NO | SERIOUS BODILY INJURY TO ANOTHER ☐ YES ☒ NO | FATAL ☐ YES ☒ NO |
|---|---|---|---|---|

☒ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED AS INDICATED BELOW.
☐ INFRACTION COURT APPEARANCE REQUIRED AS INDICATED BELOW.
☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

**AC7QEYE**

CIVIL PENALTY IS ___

| COURT INFORMATION DATE 11/04/2019 | 01:30 PM TIME |
|---|---|

CLERK OF THE COURT — COURT
14250 49TH ST. N. — LOCATION
CLEARWATER, FL 33762

Additional Comments:

ARREST DELIVERED TO ___ DATE ___

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| SGT R. BURKHART | GP9203 | | |
|---|---|---|---|
| RANK - NAME OF OFFICER | BADGE NO. | ID. NO. | TROOP UNIT |

☒ I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGES ABOVE
Additional Officer:

| RANK - NAME OF OFFICER | BADGE NO. | ID. NO. | TROOP UNIT |
|---|---|---|---|

HSMV 75901 (Rev. 06/19)

CASE # GP19-21410     GRID: 667     SPIN: 02185173

**006**

Clerk: 10/8/2019 3:40 PM

## OFFICER'S WORKSHEET

Name: CARLOS RAUL BELLO NOGUEDA

Citation No. AC7QEYE

Criminal Offense X   Infraction _____

Investigative Costs $ 35

Attitude GOOD   Drinking No   Acc. No

Liability Insurance No   Est. of Damages $ N/A

Remarks to the Court:

> DEF WAS STOPPED FOR PASSENGER SIDE TAIL LIGHT NOT WORKING. DEF'S LICENSE WAS SUSPENDED ON 8/19/19 FOR FAILURE TO PAY TRAFFIC FINE. DEF HAD A GOOD ATTITUDE AND WAS RESPECTFUL.

Re-exam: No   Reason: _____

## REQUEST FOR INVESTIGATIVE COST RECOVERY
## CRIMINAL TRAFFIC ONLY

The GULFPORT PD _____ (law enf. agency) requests and has documented investigative costs amounting to $ _____, which have been incurred as a direct result of investigating this case. The above referenced law enf. agency requests in accordance with Florida State Statute 939.01(1), "Judgment for Costs on Conviction" that this amount be included and entered in judgment rendered against the defendant(s).

| Date | Officer | Hours | X | Pay Rate | Cost |
|---|---|---|---|---|---|
| 10/04/19 | BURKHART | 1.00 | | 35.00 | 35.00 |
| | | | | | |
| | | | | | |

Other Describe: _____

Continuation Sheets

Total   35.00

_Signature_ Officer

LAW ENFORCEMENT

73T-1 (Revised 05/13)   WD2/Traffic D87/05/13

**007**

Clerk 10/8/2019 3:40 PM