# EXHIBIT "D"

UCN: 522019CT076013000APC  FL0520500

# COMPLAINT/ARREST AFFIDAVIT – CIRCUIT/COUNTY COURT – PINELLAS COUNTY, FLORIDA

| OBTS # | | REPORT # GP19-25811 | DOCKET # 1822742 |
|---|---|---|---|

| Person ID | 310765947 | | SSN # | |
|---|---|---|---|---|

| Charge Description | ☐ Felony  ☒ Misdemeanor  ☐ Warrant  ☐ Traffic  ☐ Ordinance | Traffic Citation # (if any) | Court Case # |
|---|---|---|---|
| Charge | WARRANT ARREST (DWLSR W/KNOWLEDGE - FTA) | | AC7QEYE-1 |

| Defendant's Name (Last, First, Middle) | DOB | Sex | Race | Ht | Wt | Hair | Eyes | Skin |
|---|---|---|---|---|---|---|---|---|
| BELLO NOGUEDA, CARLOS RAUL | 08/23/1982 | M | H | 511 | 175 | BLN | BRO | MED |

| Alias KARLA BELLO | DL # B-452-116-82-303-0 | State FL | Scars/Marks/Tattoos/Physical Features NONE |
|---|---|---|---|

| Local Address (Street, City, State, Zip Code) 5701 12TH AVE S GULFPORT FL 33707 | Telephone 7273423147 | Place of Birth MEXICO | Citizenship RESIDENCY |
|---|---|---|---|
| Permanent Address (Street, City, State, Zip Code) 5701 12TH AVE S GULFPORT FL 33707 | Telephone 7273423147 | Employed by / School PEOPLE'S CHOICE | |

| Weapon Seized – Type ☐ Yes  ☒ No | Indication of Drug Influence  Y☐ N☒ UNK☐ | Indication of Mental Health Issues  Y☐ N☒ UNK☐ | Indication of Alcohol Influence  Y☐ N☒ UNK☐ |
|---|---|---|---|

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody ☐Yes ☐No  ☐Felony ☐Misdemeanor |
|---|---|---|---|---|
| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody ☐Yes ☐No  ☐Felony ☐Misdemeanor |

The undersigned swears that he/she has reasonable grounds to believe that the above named defendant on the 29 day of NOVEMBER, 2019, at approximately 10:51 AM, at 5701 12TH AVE S, GULFPORT FL 33707, in Pinellas County did:

PINELLAS COUNTY WARRANT

ARREST ON WARRANT/CAPIAS # AC7QEYE

I HAVE NO KNOWLEDGE OF THIS CASE

BOND: $513

ISSUE DATE: 11/04/2019

WARRANT CANCELLED:
DATE: 11/29/2019 12:24:21 PM
CLERK: 55478
DEPUTY: 56952

Contrary to Florida Statute/Ordinance 901.02 / 322.34(2).

ARREST DATE: 11/29/2019  Time 11:07 AM   Aggravating/Mitigating Factors _____

Booking Officer: WILLIAMS, M 56952   Amount of Bond 513.00   Bond Out Date _____ Time _____ ☐a.m. ☐p.m.

Victim Notified of Advisory? ☐Yes ☐No   Injuries to Victim? ☐Yes ☐No   Medical Treatment to Victim? ☐Yes ☐No

The Court reviewed this complaint and finds there: ☒ is probable cause ☐ is not probable cause to detain defendant ☐ Bond Action, if any:_____

The probable cause determination is passed for: ☐24 Hrs ☐24 Hrs on showing of extraordinary circumstances   Received by Booking: 11/29/2019 12:24:23 PM

| Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read the foregoing document and that the facts in it are true. | REQUEST FOR INVESTIGATIVE COSTS, F.S. 938.27(1) |
|---|---|
| _[signature]_   GULFPORT POLICE DEPT. | DATE 11/29/2019  OFFICER JANOVICH  HOURS X PAY RATE  1  30.32  OR  COST $30.32 |
| Declarant Signature   Agency | |
| OFFICER DAVID JANOVICH GP9274/625   02490251 | OTHER – Describe _____ |
| Printed Name   Declarant ID# | Continuation sheet ☐Yes ☐No   TOTAL $ $30.32 |

COCR59 (Revised 10/2014)
815417   Copies to:   Court

**009**

**Defendant** BELLO NOGUEDA, CARLOS RAUL          **Court Case No:** AC7QEYE-1

## ADVISORY AND SOLVENCY HEARING

The above named Defendant came before me for Advisory and Solvency hearing and was advised by me of the charge(s) against him; his right to remain silent; that any statements by him may be used against him; his right to counsel, and, if he is financially unable to afford counsel, that counsel forthwith will be appointed; of his right to communicate with his counsel, family or friends, and that reasonable implementation will be afforded him to contact the foregoing.

I FURTHER CERTIFY THAT:

☐ A. Defendant has advised the Court that he has retained counsel or will retain counsel.
☐ B. The Court investigated Defendant's solvency and found the Defendant financially able to secure counsel.
☒ C. The Court investigated Defendant's solvency and provisionally appointed the Public Defender.
☐ D. The Defendant waived the right to counsel at the first appearance only.

_____          _____
DATE AND TIME                                              JUDGE

☐ I hereby waive the right to counsel at the first appearance only.
☐ I, having been found solvent and financially able to secure counsel, hereby waive counsel until my attorney files an appearance in this case or until I file a written request for a review of my solvency and ability to secure counsel.

Thumb Print                                                        _____
                                                                                DEFENDANT'S SIGNATURE

I HEREBY acknowledge receipt of a copy of the foregoing Complaint and Advisory.

_____   _____   _____
DEFENDANT'S SIGNATURE              DEFENDANT'S ATTORNEY'S SIGNATURE         DATE

COCR59 (Revised 02/2014)

**010**