# EXHIBIT "E"

# Pinellas County Sheriff's Office
## Subject Charge Report

The data on this site provides arrest and booking information and should not be relied upon to determine an individual's actual criminal record. This data may not reflect charging decisions made by the State Attorney's Office or the outcome of criminal trials. An acquittal or dismissal of a criminal charge does not necessarily negate the validity of an arrest. To obtain the final disposition of any criminal charges, contact the Clerk of the Court's Office.




| Name | Docket No. | Booking Date | Arresting Agency |
|---|---|---|---|
| BELLO NOGUEDA, CARLOS RAUL | 1822742 | 11/29/2019 12:20:36 PM | GULFPORT POLICE |

| Address | City | State | Zip Code |
|---|---|---|---|
| 5701 12TH AVE SO | GULFPORT | FL | 33707 |

| Race | Sex | DOB | Place of Birth | Arrest Age |
|---|---|---|---|---|
| HISPANIC | MALE | 8/23/1982 | MM | 37 |

| Eyes | Hair | Complexion | Height | Weight |
|---|---|---|---|---|
| BRO | BLN | MED | 511 | 175 |

| Scars, Marks & Tattoos |
|---|
|  |

| Cell Location/Status | Proj Release Date | Commissary Balance | SPIN | Booking Type |
|---|---|---|---|---|
| HD-2H2-2H2B-B1-001 | NONE | $-29.88 | 310765947 | MISDEMEANOR |

| Aliases |
|---|
|  |

### Charges

| | |
|---|---|
| Charge Number: | 1 |
| Agency Report Number: | GP19025811 |
| Offense Description: | FTA DWLSR W/KNOWLEDGE |
| Statute: | 843.15(1)(B)/M |
| Court Case Number: | AC7QEYE-1 |
| Bond Assessed: | $513.00 |
| Bond Amount Due: | $513.00 |
| Charge Status: | AWAITING TRIAL |
| Arrest Type: | TRAFFIC - FTA |
| OBTS: | 5211060203 |

2019 Pinellas County Sheriff's Office