# EXHIBIT "F"

**Inmate Charge Summary**

## PINELLAS COUNTY SHERIFF'S OFFICE

02/21/2020 15:41

| Docket No. | SPN | Inmate Name | Housing Location | Security Level | SRA | *Projected Release Date:* |
|---|---|---|---|---|---|---|
| 1822742 | 310765947 | BELLO NOGUEDA,CARLOS R | | Minimum Misd | MH37 | Actual: |

Scheduled:

**Amt. Due:** $0.00

*Charges:*

| Statute | Statute Description | Degree | Chrg Type | UCR Code | Chrg Status | Case No. | Disposition |
|---|---|---|---|---|---|---|---|
| 843.15(1)(B)/M | ILURE TO APPEAR (MISDEMEANC | 1 | M | 5015 | BOND | AC7QEYE-1 | |

| Sent Start | 00/00/0000 00:00 | Sent Date | 00/00/0000 00:00 | Replace | Years | 0 | 0 | Months | 0 | 0 | Days | 0 | 0 | Hours | 0 | 0 |

| Admit Date | 11/29/2019 12:20 | Activate Dt | 11/29/2019 12:24 | Classify Value: | | Time in Jail: | **11 Day(s) and 8 Hour(s)** |

| Concurrent | | Gain | 0 | Good | 0 | ☐ Weekender ☐ | RTS | Bond $513.00 | Fine $.00 | Purge $.00 | Bond Grp |

**Charge Cmts:**

**Sentence Cmts:**   AC7QEYE-1 sucessfully added.

**014**

# Jail Inmate Management System

## Movement History - 1822742  BELLO NOGUEDA,CARLOS RAUL

### November 29 2019

Unscheduled Event HOUS-UNSCH    occurred at 11/29/2019 12:21 - 11/29/2019 12:21
    Checked out of I on the way to CSOD-INTAK-REC-01-008 at 11/29/2019 12:21
    Completed event at 11/29/2019 12:21
Unscheduled Event HOUS-UNSCH    occurred at 11/29/2019 13:02 - 11/29/2019 13:02
    Checked out of CSOD-INTAK-REC-01-008 on the way to CSOD-INTAK-PRO-01--50 at 11/29/2019 13:02
    Completed event at 11/29/2019 13:02
Event HOUS-CSO-CE (9762837)  scheduled at 11/29/2019 14:30 - 15:30  occurred at 11/29/2019 14:45 - 11/29/2019 14:50
    Checked out of CSOD-INTAK-PRO-01-003 on the way to CSOD-PRE-HOUSE-01-1 at 11/29/2019 14:45
    Checked into CSOD-PRE-HOUSE-01-1 at 11/29/2019 14:46
    Checked out of CSOD-PRE-HOUSE-01-1 on the way to CEN-2C1-UN01-U3-002 at 11/29/2019 14:46
    Completed event at 11/29/2019 14:50

### November 30 2019

Event CCJC-R101 (9763325)    scheduled at 11/30/2019 8:30 - 11:30  occurred at 11/30/2019 8:14 - 11/30/2019 10:07
    Checked out of CEN-2C1-UN01-U3-002 on the way to CJC-MISDEMEANOR ADVISORY at 11/30/2019 8:14
    Completed event at 11/30/2019 10:07

### December 02 2019

Event HOUS-SCHED (9764874)  scheduled at 12/02/2019 2:30 - 3:30  occurred at 12/02/2019 2:23 - 12/02/2019 2:44
    Checked out of CEN-2C1-UN01-U3-002 on the way to CEN-6C1-UN01-L7-001 at 12/02/2019 2:23
    Completed event at 12/02/2019 2:44
Event PREA-CPREA1 (9052047)  scheduled at 12/02/2019 14:30 - 15:30  occurred at 12/02/2019 14:33 - 12/02/2019 15:05
    Checked out of CEN-6C1-UN01-L7-001 on the way to CD 6TH FL MPR at 12/02/2019 14:33
    Completed event at 12/02/2019 15:05

### December 04 2019

Event MED-6CHP (9767797)    scheduled at 12/04/2019 15:00 - 15:15  occurred at 12/04/2019 15:25 - 12/04/2019 16:02
    Checked out of CEN-6C1-UN01-L7-001 on the way to CD 6TH FLR NURSES ST at 12/04/2019 15:25
    Completed event at 12/04/2019 16:02

### December 06 2019

Event MED-NUR 2C (9769800)   scheduled at 12/06/2019 9:45 - 10:00  occurred at 12/06/2019 9:50 - 12/06/2019 10:39
    Checked out of CEN-6C1-UN01-L7-001 on the way to CEN DIV. 2ND FLR at 12/06/2019 9:50
    Completed event at 12/06/2019 10:39
Event HOUS-CEN-HD (9775193)  scheduled at 12/06/2019 10:30 - 11:30  occurred at 12/06/2019 10:47 - 12/06/2019 11:12
    Checked out of CEN-6C1-UN01-L7-001 on the way to CSOD-PRE-HOUSE-01-4 at 12/06/2019 10:47
    Checked into CSOD-PRE-HOUSE-01-4 at 12/06/2019 10:55
    Checked out of CSOD-PRE-HOUSE-01-4 on the way to HD-CLIN-CL_WT-01-91 at 12/06/2019 10:55
    Checked into HD-CLIN-CL_WT-01-91 at 12/06/2019 10:59
    Checked out of HD-CLIN-CL_WT-01-91 on the way to HD-2H2-2H2B-B1-001 at 12/06/2019 10:59
    Completed event at 12/06/2019 11:12

### December 09 2019

Event HOUS-SCHED (9778647)   scheduled at 12/09/2019 18:00 - 19:00  occurred at 12/09/2019 17:58 - 12/09/2019 18:02
    Checked out of HD-2H2-2H2B-B1-001 on the way to HD-3H4-3H4A-A-006 at 12/09/2019 17:58
    Completed event at 12/09/2019 18:02

### December 10 2019

Event VIS-REG (9778510)      scheduled at 12/10/2019 11:30 - 12:10  occurred at 12/10/2019 11:38 - 12/10/2019 12:15
    Checked out of HD-3H4-3H4A-A-006 on the way to HD-3H4-A at 12/10/2019 11:38
    Completed event at 12/10/2019 12:15
Event In Process REL-HDREL (9779906)    scheduled at 12/10/2019 17:55 - 18:55  occurred at 12/10/2019 19:11 - 12/10/2019 19:52
    Checked out of HD-3H4-3H4A-A-006 on the way to HD-CLIN-HOLD1-01-1 at 12/10/2019 19:11
    Checked into HD-CLIN-HOLD1-01-1 at 12/10/2019 19:13

**015**

Checked out of HD-CLIN-HOLD1-01-1 on the way to CSOD-PRE-HOUSE-01-8 at 12/10/2019 19:43
Checked into CSOD-PRE-HOUSE-01-8 at 12/11/2019 08:52

| Docket No. | SPN | Inmate Name | Housing Location | Security Level | RSA |
|---|---|---|---|---|---|
| 1822742 | 310765947 | BELLO NOGUEDA,CARLOS RA | | Minimum Misd | HM37 |

**Inmate Detail**



Print   Close

**017**

February 21, 2020 15:42

# Jail Inmate Management System
## Incompatible with  - 1822742  BELLO NOGUEDA,CARLOS RAUL

| Docket No. | SPN | Last Name | First Name | Housing Location |
|---|---|---|---|---|

Total:  0

**018**

February 21, 2020 15:43

# Jail Inmate Management System
## Housing History - 1822742  BELLO NOGUEDA,CARLOS RAUL

| Housing | Arrival | Departure | House Change Reason | Status |
|---|---|---|---|---|
| CSOD-INTAK-REC-01-00 | 11/29/2019 12:21 | 11/29/2019 13:02 | Inmate Record Creation | Accepted |
| CSOD-INTAK-PRO-01-00 | 11/29/2019 13:02 | 11/29/2019 14:50 | | Unscheduled |
| CEN-2C1-UN01-U3-002 | 11/29/2019 14:50 | 12/02/2019 02:44 | Misdemeanor- House in Male Holding. se8712 | Scheduled |
| CEN-6C1-UN01-L7-001 | 12/02/2019 02:44 | 12/06/2019 11:12 | Minimum Custody Misd. SVP - Potential Victim. Veteran - no space in 2C2. ap7541 | Scheduled |
| HD-2H2-2H2B-B1-001 | 12/06/2019 11:12 | 12/09/2019 18:02 | Close Observation.  Minimum Misdemeanor Custody, SVP Potential Victim,  Veteran - notified Dep Corkum 5891 | Scheduled |
| HD-3H4-3H4A-A-006 | 12/09/2019 18:02 | 00/00/0000 00:00 | Cleared Close Observation & Placed on Psych Observation (MHTU) Approved by Supervisor Holler, Minimum Misd. Custody SVP Potential Victim Veteran rg9825 | Scheduled |

**019**

## Contact Log Report

| Code: | | CIS No: | 1822742 | Location: | | From: | 00/00/0000 00:00 | To: | 00/00/0000 00:00 | User ID: | |

| Code | Description | CIS No. | Inmate Name | Date | User ID | Special Housing |
|------|-------------|---------|-------------|------|---------|-----------------|
| Infor Disc | INFORMAL DISCIPLINE- WHILE NURSE HILERY WAS IN THE POD FOR DIABETIC CHECKS, BELLO BECAME EXTREMELY IRATE YELLING THAT HE NEEDS HIS MEDICATION. NURSE HILERY INSTRUCTED HIM TO SIGN UP FOR NURSE SICK CALL AS I DID BEFORE SHE ARRIVED. BELLO WAS VERBALLY COUNSELED AND PROGRESSIVE DISCIPLINE SHOULD FOLLOW ON FUTURE OCCURENCES. | 1822742 | RLOS BELLO NOGUE | 12/02/19 15:54 | cmoses | ☐ |
| Infor Disc | INFORMAL DISCIPLINE- CAUGHT IN THE LOWER TIER BATHROOM APPLYING COLORED PENCIL TO HIS EYEBROWS AND TO HIS FACE AS MAKEUP. VERBALLY COUNSELED THAT THIS IS NOT ALLOWED AND WILL NOT BE TOLERATED | 1822742 | RLOS BELLO NOGUE | 12/03/19 10:45 | aberje | ☐ |
| Meal | Received a Meal | 1822742 | RLOS BELLO NOGUE | 12/05/19 11:27 | adiaz | ☐ |
| Supervisor | Supervisor Check | 1822742 | RLOS BELLO NOGUE | 12/05/19 14:54 | adiaz | ☐ |
| Per Ck Cmp | PERIODIC CHECK COMPLETED AND TERMINATED BY - PLACED ON CLOSE OBSERVATION STATUS PER LCSW DIXON. | 1822742 | RLOS BELLO NOGUE | 12/06/19 10:37 | scoxjr | ☐ |
| Meal | RECEIVED A LUNCH MEAL | 1822742 | RLOS BELLO NOGUE | 12/06/19 11:19 | dhughes | ☐ |
| Meal | RECEIVED A MEAL-DINNER | 1822742 | RLOS BELLO NOGUE | 12/06/19 16:26 | dhughes | ☐ |
| Supervisor | Supervisor Check | 1822742 | RLOS BELLO NOGUE | 12/06/19 18:40 | mstowell | ☐ |
| REVIEW | Reviewed Contact Log | 1822742 | RLOS BELLO NOGUE | 12/06/19 18:41 | mstowell | ☐ |
| DayTime | Dayroom Time | 1822742 | RLOS BELLO NOGUE | 12/06/19 22:30 | twillis | ☐ |
| Meal | Received a Meal | 1822742 | RLOS BELLO NOGUE | 12/07/19 04:01 | twillis | ☐ |
| Meal | Received a Meal | 1822742 | RLOS BELLO NOGUE | 12/07/19 10:43 | nsweeney | ☐ |
| Meal | RECEIVED A MEAL - LUNCH | 1822742 | RLOS BELLO NOGUE | 12/07/19 11:16 | nsweeney | ☐ |
| Supervisor | Supervisor Check | 1822742 | RLOS BELLO NOGUE | 12/07/19 14:38 | rcampbell | ☐ |
| Meal | RECEIVED A MEAL - DINNER | 1822742 | RLOS BELLO NOGUE | 12/07/19 16:18 | nsweeney | ☐ |
| Other | ZONE INSPECTIONS CONDUCTED IN CELL WITH CPL. SMITH AND DEP.'S SIDERIS AND APPEL. DA7930 | 1822742 | RLOS BELLO NOGUE | 12/07/19 19:32 | jlopezii | ☐ |
| Meal | Received a Meal | 1822742 | RLOS BELLO NOGUE | 12/08/19 03:45 | jlopezii | ☐ |
| Meal | RECEIVED A MEAL. | 1822742 | RLOS BELLO NOGUE | 12/08/19 04:06 | jlopezii | ☐ |
| Supervisor | Supervisor Check | 1822742 | RLOS BELLO NOGUE | 12/08/19 15:17 | rcampbell | ☐ |
| Meal | Received a Meal | 1822742 | RLOS BELLO NOGUE | 12/08/19 15:42 | mjsmith | ☐ |
| Meal | RECEIVED A MEAL DINNER | 1822742 | RLOS BELLO NOGUE | 12/08/19 15:44 | mjsmith | ☐ |
| Other | ZONE INSPECTIONS WERE CONDUCTED AND COMPLETED IN EACH CELL BY CPL. SMITH AND DEP.'S LOPEZ AND SIDERIS. DA7930 | 1822742 | RLOS BELLO NOGUE | 12/08/19 19:33 | jlopezii | ☐ |
| Meal | RECEIVED A MEAL. DA7930 | 1822742 | RLOS BELLO NOGUE | 12/09/19 04:23 | jlopezii | ☐ |
| Other | LMHC MATHEW VISITING CELL SIDE | 1822742 | RLOS BELLO NOGUE | 12/09/19 14:51 | tcassidy | ☐ |
| CellClean | CLEANED CELL TODAY DURING ZONES. | 1822742 | RLOS BELLO NOGUE | 12/09/19 15:33 | chole | ☐ |
| Meal | RECEIVED A MEAL - DINNER TRAY | 1822742 | RLOS BELLO NOGUE | 12/09/19 15:40 | tcassidy | ☐ |
| Meal | RECEIVED A MEAL - LUNCH TRAY | 1822742 | RLOS BELLO NOGUE | 12/09/19 17:30 | tcassidy | ☐ |
| REVIEW | REVIEWED CONTACT LOG.CH6921 | 1822742 | RLOS BELLO NOGUE | 12/09/19 17:37 | chole | ☐ |
| Meal | Received a Meal | 1822742 | RLOS BELLO NOGUE | 12/10/19 04:19 | cmari | ☐ |
| Supervisor | Supervisor Check | 1822742 | RLOS BELLO NOGUE | 12/10/19 05:37 | rdaniels | ☐ |

**020**

February 21, 2020 15:43

# Jail Inmate Management System
## Demographics - 1822742  BELLO NOGUEDA, CARLOS



| | |
|---|---|
| **Docket No:** 1822742 | **SPN:** 310765947 | **SSN:** ███ | **Date Admitted:** 11/29/2019 12:20 |

**Last Name:** BELLO NOGUEDA  **First Name:** CARLOS  **Middle Name:** RAUL  **Suffix:**

**Address:** TRANSIENT  **City:** GULFPORT  **State:** FL  **Zip Code:** 33707-0000

**ID Type:** Driver license  **ID Number:** B452116823030  **ID State:** FL  **PIN:** 18227423358  **Phone:** (727) 342-3147

**Booking Type:** Misdemeanor  
**Incident No:** 0  
**OBTS No:** 0  
**SID:** 98109889  
**SO ID:** 520000651167

**Education:** Diploma  
**Marital Status:** Single  
**Occupation:** Nurse  
**Language:** English  
**Religion:** None

**Arrest Type:** Traffic - FTA  
**Arrest Officer:** JANOVICH  02490251  
**Arrest Agency:** Gulfport  
**Arrest Date/Time:** 11/29/2019 11:07  
**Location of Arrest:**

**Sex:** Male  **Current Age:** 37  **Height:** 511  **Eye:** Brown  **FBI No:**  
**Race:** Hispanic  **Age at Arrest:** 37  **Weight:** 175  **Hair:** Blond  **INS No:**  
**DOB:** 08/23/1982  **POB:** MEXICO  **POB:** MM  **SPOT:**  **Complexion:** MED  **FDCN:**  
**Consulate:** Yes  **Citizenship:** OT  **Acct. Class:** GENERAL PO  **DNA:**

**Comments:** NCIC/FCIC 1229 WA/VIPAR

**021**

February 21, 2020 15:43

# Jail Inmate Management System
## Aliases - 1822742  BELLO NOGUEDA, CARLOS



**February 21, 2020 15:44**

# Jail Inmate Management System
## Scars, Marks and Tattoos - 1822742  BELLO NOGUEDA, CARLOS

| Category: | Type: | Description: |
|---|---|---|
| | | |

**023**

# Jail Inmate Management System
## Contacts - 1822742  BELLO NOGUEDA, CARLOS

**LOCAL ADDRESS**

Phone: ( )  -

Address: _____  City: _____  State: ▼  Zip: _ - _

**NEXT OF KIN**   Relationship: ▼

Last: _____  First: _____  Middle: _____  Phone: ( )  -

Address: _____  City: _____  State: ▼  Zip: _ - _

**EMERGENCY CONTACT**   Relationship: ▼

Last: NONE  First: _____  Middle: _____  Phone: ( )  -

Address: _____  City: _____  State: ▼  Zip: _ - _

**ATTORNEY**   Relationship: ▼

Last: _____  First: _____  Middle: _____  Phone: ( )  -

Address: _____  City: _____  State: ▼  Zip: _ - _

**EMPLOYER**   Relationship: ▼   Yrs. Employed: 0   Mnths. Employed: 0

Last: _____  First: _____  Middle: _____  Phone: ( )  -

Address: _____  City: _____  State: ▼  Zip: _ - _

**PHYSICIAN**   Relationship: ▼

Last: _____  First: _____  Middle: _____  Phone: ( )  -

Address: _____  City: _____  State: ▼  Zip: _ - _

**OTHERS**   Relationship: ▼

Last: _____  First: _____  Middle: _____  Phone: ( )  -

Address: _____  City: _____  State: ▼  Zip: _ - _

**024**

February 21, 2020 15:44

# Jail Inmate Management System
## Classification - 1822742  BELLO NOGUEDA, CARLOS

| Classification Reason | Custody Score | Lower Bunk Required | Acct. Class: | Reclassification Date |
|---|---|---|---|---|
| Scheduled Reclassification | | | GENERAL POPULAT | 05/21/2020 |

| Security Level | Housing Type |
|---|---|
| Minimum Misd | Medical |

**Special Considerations**

30 day Reassessment: 1-1-20

**Reason for Current Housing Assignment**

February 21, 2020 15:44

## Jail Inmate Management System
## Release Information - 1822742  BELLO NOGUEDA, CARLOS

**Released Date:** 12/10/19 20:20                    **Release Reason:** Cash Bond

**Release Auth By:** MSC9670                         **Release To Agency:**

**Comments:** CB # 422687

**026**

**PINELLAS COUNTY SHERIFF'S OFFICE**

## Case Note Details for 1822742-BELLO NOGUEDA,CARLOS :                2/21/2020

**Note Id:** 183386

**Entry Type:** Class Notes     **Housing Location:** CSOD-INTAK       PRO     **User ID:** semanuels

**Contact Date:**          **Entry Date:** 11/29/2019 14:38          **Last Update:** 11/29/2019 14:38

Misdemeanor- House in Male Holding. se8712

---

**Note Id:** 183440

**Entry Type:** Class Notes     **Housing Location:** CEN-2C1     UN01     **User ID:** apaolillo

**Contact Date:**          **Entry Date:** 12/02/2019 02:13          **Last Update:** 12/02/2019 02:13

Minimum Custody Misd. SVP - Potential Victim. Veteran - no space in 2C2. ap7541

---

**Note Id:** 183459

**Entry Type:** PREA Education     **Housing Location:** CEN-6C1     UN01     **User ID:** showell

**Contact Date:**          **Entry Date:** 12/02/2019 15:33          **Last Update:** 12/02/2019 15:33

12-2-19 PREA Education Recieved          sh59283

---

**Note Id:** 183610

**Entry Type:** Class Notes     **Housing Location:** CEN-6C1     UN01     **User ID:** cwidua

**Contact Date:**          **Entry Date:** 12/06/2019 10:43          **Last Update:** 12/06/2019 10:43

Close Observation.  Minimum Misdemeanor Custody, SVP Potential Victim,  Veteran - notified Dep Corkum 5891 -cw9431

---

**Note Id:** 183707

**Entry Type:** Class Notes     **Housing Location:** HD-2H2     2H2B     **User ID:** rgreen

**Contact Date:**          **Entry Date:** 12/09/2019 17:57          **Last Update:** 12/09/2019 17:57

Cleared Close Observation & Placed on Psych Observation (MHTU) Approved by Supervisor Holler, Minimum Misd. Custody SVP Potential Victim Veteran rg9825

**027**

PROPERTY RECORD RECEIPT

# PINELLAS COUNTY SHERIFF'S OFFICE

**Consolidated**

| Docket No. | SPN | Inmate Name | Housing Location | Security Level | RSA |
|---|---|---|---|---|---|
| 1822742 | 310765947 | BELLO NOGUEDA, CARLOS RA | | Minimum Misd | HM37 |

**Form 1 of 1**

**Received By:** akass   **Location:** CSOD   Property Roc   **Container:** V142   P   **Date:** 12/10/2019 20:00

| Item | Description | | Item | Description |
|---|---|---|---|---|
| Belt | | | 1 Bulk Bag(s) | |
| 1 Cell Phone | | | Glasses | |
| Hair Tie / Clip | | | Hat / Cap | |
| Key(s) | | | Lighter | |
| Medical Items | | | Medication Bt | |
| Misc. Items | | | Purs | |
| 1 Wallet | | | 1 X - Other 1 | pfc invt 6491 verf 5891 |
| X - Other 2 | | | 1 X - Other 3 | bulk from intake |

RELEASED

| Jewelry | Description | Yellow Color | White Color | Ston |
|---|---|---|---|---|
| Bracelet 1 | | | | |
| Bracelet 2 | | | | |
| 1 Earring 1 | | | | |
| Earring 2 | | | | |
| Necklace 1 | | | | |
| Necklace 2 | | | | |
| Piercing 1 | | | | |
| Piercing 2 | | | | |
| Ring 1 | | | | |
| Ring 2 | | | | |
| Watch | | | | |
| X - Other Jewelry | | | | |

**Comments:** blk purse, blond hair, blk boots, blk cardagan, nude wire bra, dress

**Property Receipt**

This receiving officer hereby certifies that the above listing accurately represents property received from prisoner/inmate.

Receiving Officer_____ Badge #_____ Arresting Officer_____ Badge #_____

2nd Officer if prisoner/inmate refuses or unable to sign_____ Badge #_____

Prisoner acknowledges that any personal property and/or clothing stored for more than 30 days from release or discharge will be disposed without court order as agreed to by the prisoner.

Prisoner_____ I.D. #_____ PIN: 18227423358

**Property Release**

This is to certify that all items listed above have been released or have been stored for more than 30 days from discharge date and have been disposed of as authorized upon property receipt.

Release Reason:_____ Release Date:_____ Release Officer_____ Badge #_____

Prisoner/Person Receiving_____ Date_____ Officer_____ Badge #_____

Recipient:_____ Relation_____ Phone Number_____

Address_____ City_____ State____ Zip Code_____

**028**

PROPERTY RECORD RECEIPT

# PINELLAS COUNTY SHERIFF'S OFFICE

**Consolidated**

| Docket No. | SPN | Inmate Name | Housing Location | Security Level | RSA |
|---|---|---|---|---|---|
| 1822742 | 310765947 | BELLO NOGUEDA, CARLOS RA | | Minimum Misd | HM37 |

**Form 1 of 1**

**Comments:** PFC - 1 pr uw, colored pencils, coffee, misc papers

**Inmate's Signature**

**Date:** 12/10/2019 20:01

---

**Property Receipt**
This receiving officer hereby certifies that the above listing accurately represents property received from prisoner/inmate.
Receiving Officer_____ Badge #_____ Arresting Officer_____ Badge #_____

2nd Officer if prisoner/inmate refuses or unable to sign_____ Badge #_____
Prisoner acknowledges that any personal property and/or clothing stored for more than 30 days from release or discharge will be disposed without court order as agreed to by the prisoner.
Prisoner_____ I.D. #_____ PIN: 18227423358

**Property Release**
This is to certify that all items listed above have been released or have been stored for more than 30 days from discharge date and have been disposed of as authorized upon property receipt.

Release Reason:_____ Release Date:_____ Release Officer_____ Badge #_____

Prisoner/Person Receiving_____ Date_____ Officer_____ Badge #_____

Recipient:_____ Relation_____ Phone Number_____

Address_____ City_____ State_____ Zip Code_____

**029**

**Attorney Visits**

2/21/2020

| Event ID | Description | Event Time | Check in | Visitor | Attend |
|----------|-------------|------------|----------|---------|--------|

1

**Pinellas County Sheriff's Office**

*Leading the Way For A Safer Pinellas*

## INMATE VISITATION QUERY

Docket Inquiry:     **Docket #:**
                    1822742

Visitor Name:       **Last Name:**        **First Name:**        **Visitor ID:**

Inmate Name:        **Last Name:**        **First Name:**        [Submit]  [Clear]

<span style="color:red">Click the Clear button then re-search your query</span>

STATUS: P = PENDING, C = CANCELED, Y = COMPLETED, E = EXCUSED, U = UNEXCUSED

A network-related or instance-specific error occurred while establishing a connection to SQL Server. The server was not found or was not accessible. Verify that the instance name is correct and that SQL Server is configured to allow remote connections. (provider: Named Pipes Provider, error: 40 - Could not open a connection to SQL Server)

1

| Visit Time | Docket # | Inmate | Visitor Name | Address | City/State | ID Type | ID Number | Phone | Status |
|---|---|---|---|---|---|---|---|---|---|
| 12/10/2019 11:30:00 AM | 1822742 | BELLO NOGUEDA,CARLOS | RINGER,ROOK | 3405 MYRICA ST. | TAMPA,FL | D | R526725739640 | 8139536788 | Y |
| 12/10/2019 11:30:00 AM | 1822742 | BELLO NOGUEDA,CARLOS | RINGER,ROOK | 3405 MYRICA ST. | TAMPA,FL | D | R526-725-73-964 | 8139536788 | Y |

1

**ASK Admin Reports**

2/21/2020
3:48 PM

**Pinellas County**
**Print Message Report**
**From 11/29/2019  To 2/21/2020**

**Case #:** 817475
**Inmate:** BELLO NOGUEDA, CARLOS          **ID:** 1822742                    **Type:** Permission
**Recipient:** HOUSING DEPUTY              **Created:** 12/10/2019 1:53 PM      **Category:** Property Grievance
**Cellblock:**                                                                **Sub-Catgory:**
**Case Cellblock:** HD-3H4-3H4A-A-006                                         **Status:** Closed, Unfounded

| From | To | Message | Entered |
|------|-----|---------|---------|
| BELLO NOGUEDA, CARLOS | HOUSING DEPUTY | i ned a bra at minimum. im a ts woman,transgender, and ben on hrt over three years. to grow  a bust. why do i have to show everyman  my boobs when i get changed. my chest huts due to anxiety or potasium levels unbalanced. due not geting hrt since ive ben here. its hard to breath  at times. | 12/10/2019 1:54:00 PM |
| SGT. MOON #54062 | BELLO NOGUEDA, CARLOS | You have received permission to file a grievance. Inmates have 72 hours to file the grievance once approval has been granted. The approved category of the grievance is listed in the "Subject" line above. In order to file a grievance, click the back button, click on "New", select "Grievance" and select the approved category. | 12/11/2019 6:09:00 AM |
| SUPPORT/DDC ADMIN | BELLO NOGUEDA, CARLOS | Case closed by System due to inmate being released. | 12/11/2019 9:40:00 PM |

**032**

ASK Admin Reports
2/21/2020<br>3:48 PM

**Pinellas County**
**Print Message Report**
**From 11/29/2019  To 2/21/2020**

**Case #:** 809314

| | | | |
|---|---|---|---|
| **Inmate:** BELLO NOGUEDA, CARLOS | | **ID:** 1822742 | **Type:** Request |
| **Recipient:** HOUSING DEPUTY | | **Created:** 12/2/2019 3:53 PM | **Category:** 01. General Request |
| **Cellblock:** | | | **Sub-Catgory:** 4. Division Commander Request |
| **Case Cellblock:** CEN-6C1-UN01-L7-001 | | | **Status:** Closed, Unfounded |

| From | To | Message | Entered |
|---|---|---|---|
| BELLO NOGUEDA, CARLOS | HOUSING DEPUTY | i have not recived hrt. i signed to se arnp nurse on friday. iv been off spironlactone,finersteride, and can feel chest pains. hormones unbalalanced.  the lack of feedback about when ill see the arnp. | 12/2/2019 3:53:00 PM |
| SGT. FRANJESEVIC #55432 | BELLO NOGUEDA, CARLOS | Inmate Nogueda was medically evaluated for his "Chest Pains" on 12/02/2019 at 1645 hours.  Per Nurse Hillary, the inmate was cleared to remain in current housing. | 12/2/2019 4:48:00 PM |

**033**

**Case #:** 810406

| | | |
|---|---|---|
| **Inmate:** BELLO NOGUEDA, CARLOS | **ID:** 1822742 | **Type:** Request |
| **Recipient:** HOUSING DEPUTY | **Created:** 12/3/2019 2:46 PM | **Category:** 01. General Request |
| **Cellblock:** | | **Sub-Catgory:** 1. Housing Deputy Request |
| **Case Cellblock:** CEN-6C1-UN01-L7-001 | | **Status:** Closed, Unfounded |

| From | To | Message | Entered |
|---|---|---|---|
| BELLO NOGUEDA, CARLOS | HOUSING DEPUTY | requesting pillow.  my bed ive obsereved didnt come with a pillow . ive requested one and was told not all bds come with them. | 12/3/2019 2:47:00 PM |
| DEP. BERJE #54153 | BELLO NOGUEDA, CARLOS | When one becomes available it can be given to you | 12/3/2019 2:51:00 PM |

**034**

**Case #:** 816598

| | |
|---|---|
| **Inmate:** BELLO NOGUEDA, CARLOS | **ID:** 1822742 |
| **Recipient:** HOUSING DEPUTY | **Created:** 12/9/2019 7:42 PM |
| **Cellblock:** | |
| **Case Cellblock:** HD-3H4-3H4A-A-006 | |

**Type:** Request
**Category:** 06. Property Request
**Sub-Catgory:** Property Request
**Status:** Closed, Unfounded

| From | To | Message | Entered |
|---|---|---|---|
| BELLO NOGUEDA, CARLOS | HOUSING DEPUTY | need debit card number to order comisary. can i request my make up bag please.  i have property like my underwear in a bag. i had a coffee bag colored pencils. | 12/9/2019 7:42:00 PM |
| DEP. MARI #55653 | BELLO NOGUEDA, CARLOS | You can't receive your debit card number to place commissary orders. No make up ids allowed. If you have personal under garments that would not be considered contraband, you can request those items. | 12/9/2019 8:55:00 PM |

**035**

Classification Assessment: Admissions Assessment - 7822742 BELLO-NOGUEDA, CARLOS RAUL

**Classification Form**

**PART I.  ADMISSION ASSESSMENT**

Category: 1. SEVERITY OF CURRENT CHARGES/CONVICTIONS                                    Category Score: 0

    Low - 0
    ✓

    Moderate - 2

    High - 8

    Highest - 11

(The Severity of Offense Scale used and the most serious charge/conviction, including detainers/warrants was rated.)

---

Category: 2. SERIOUS OFFENSE HISTORY                                    Category Score: 0

    None or Low - 0
    ✓

    Moderate - 1

    High - 7

    Highest - 11

(The Severity of Offense Scale used and the most serious charge/conviction, including detainers/warrants was rated.)

---

Category: 3. ESCAPE HISTORY (EXCLUDING CURRENT CHARGES)                                    Category Score: 0

    No Escape or Attempts - 0
    ✓

    Walkaway or attempted escape from minimum security facility or failure to return from authorized absence - 8

    Escape or attempted escape from medium or maximum security setting - 11

---

Category: 4. INSTITUTIONAL DISCIPLINARY HISTORY                                    Category Score: 0

    None or minor disciplinary reports - 0
    ✓

    One or more major disciplinary reports and/or time in segregation - 3

---

Category: 5. PRIOR FELONY CONVICTIONS                                    Category Score: 0

    None - 0
    ✓

    One - 2

    Two or more - 4

Current charges were excluded and the last five years of street time was reviewed.

---

Category: 6. ALCOHOL/DRUG ABUSE (CHOOSE ONE)                                    Category Score: 0

    No social, economic, or legal problems related to abuse - 0
    ✓

    Abuse resulting in social, economic, or legal problems - 1

**036**

Classification Assessment: Admissions Assessment - 1822742 BELLO NOGUEDA, CARLOS RAUL

## PART I. ADMISSION ASSESSMENT

Category: 6. ALCOHOL/DRUG ABUSE (CHOOSE ONE)        Category Score:   0

Abuse resulting in assaultive behavior - 3

---

Category: 7. STABILITY FACTORS (DEDUCT INDICATED POINTS)      Category Score:   -2

Age 26 or over - (-1)                                                -1
✓

Employed or attending school for 6 months prior to arrest - (-1)      -1
✓

Lived at same address for 12 or more months prior to arrest - (-1)

---

Category: 8. CUSTODY LEVEL                Category Score:   0

0 to 5 points ........................................................Minimum
✓

0 to 5 points with detainer/warrant ......................................Medium

6 to 10 points ........................................................Medium

11 to 39 points ........................................................Maximum

40+ points ........................................................Close Custody

Military/ICE Hold Only ........................................................PC Housing

---

Category: 9. SPECIAL MANAGEMENT ISSUES (CHECK ALL APPLICABLE)     Category Score:   0

Red Dot Aggressive

Red Dot Death Row

Red Dot Escape Risk

Administrative Segregation

Threat Group Member

Protective Custody

Sex Offender

Jimmy Ryce

Ice Hold Only

Juvenile

Suicide Risk

Close Observation

Psychiatric Observation

**037**

*Classification Assessment: Admissions Assessment - 1822742 BELLO NOGUEDA, CARLOS RAUL*

## PART I. ADMISSION ASSESSMENT

Category: 9. SPECIAL MANAGEMENT ISSUES (CHECK ALL APPLICABLE)          Category Score:     0

   Medical Observation

Other

      Please explain:

Category: 10. SVP ASSESSMENT "VULNERABILITY"          Category Score:     0

1. Inmate has been sexually victimized while incarcerated.

    Reported - verified   (Known Victim)
      Where and when did it occur?
    Reported - not verified (Potential Victim)
      Where and when did it occur?
    Not reported  (Potential Victim)
      Where and when did it occur?

2. Inmate has been sexually abused (excluding incarcerations).
✓

3. The inmate and/or the interviewer is concerned with being sexually victimized while incarcerated.
    If so, please specify:

4. Inmate is LBGTI or gender non-conforming.
✓    If so, please specify:   Transgender

5. Does the inmate require special accommodations?.
    If so, please specify:

6. Inmate has never been incarcerated longer than 90 days.
✓

7. Inmate has a history of consensual sex while incarcerated in the last 10 years.

8. Inmate is 26 years of age or younger or 65 years of age or older.

9. Inmate is of small physical stature (5'6'' or less and 140 lbs. or less (Males only).

10. Inmate has prior convictions for sex offenses.

11. Inmate refused to answer one or more of the first 10 questions in the "Vulnerability Factors" section.
    If so, which question(s)?

12. Item #1 is checked. Enter "Known or Potential Victim" code in category 12 based on information provided.
    If so, please specify:

13. Inmate answered "Yes" to 3 or more (excluding item #1). I have entered "Potential Victim" code in Category 12.
✓

14. Neither items 12 or 13 are checked. I have entered "No Score" code in category 12.

Category: 11. SVP ASSESSMENT "PREDATORY"          Category Score:     0

1. Inmate has a substantiated sexual abuse case while incarcerated.

2. Inmate has been convicted of Sex Battery,Agg Battery,Fel Dom Battery, or other violent crimes toward others (Felony).

3. Inmate has displayed a pattern of institutional predatory behavior.

4. Inmate has a history of consensual sex while incarcerated.

**038**

Classification Assessment: Admissions Assessment - 7822742 BELLO-NOGUEDA, CARLOS RAUL

## PART I. ADMISSION ASSESSMENT

Category: 11. SVP ASSESSMENT "PREDATORY"    Category Score: 0

   5. Inmate has a gang or security threat group affiliation.

      If so, please specify:

   6. Item 1 was checked. I have entered "Known Predator" code in category 12.

   7. Two or more (excluding item 1) were checked. I have entered "Potential Predator" code in category 12.

   8. Neither item 6 or 7 was checked. I have entered "No Score" code in category 12.
   ✓

Category: 12. SVP ASSESSMENT CODE    Category Score: 0

Potential Victim
✓

Potential Predator

Known Victim

Known Predator

No Score

Category: 13. OTHER FACTORS    Category Score: 0

   Inmate was uncooperative and not interviewed.

   Inmate's Arrest Affidavit(s) was reviewed.
   ✓

   FCIC/NCIC and prior/current institutional records were reviewed.
   ✓

   Inmate is a Veteran.
   ✓   If so, which branch?    Army

   Referred to the inmate handbook on the housing kiosks
      Comment:

   Inmate was given orientation.
   ✓   Comment:

Category: 14. ACCOMMODATIONS    Category Score: 0

Vision
     Comment:

Hearing
     Comment:

Physical
     Comment:

Developmental
     Comment:

Psychiatric
     Comment:

Interpreter Provided
     Comment:

## Comments and Status

**039**

*Classification Assessment: Admissions Assessment - 7822742 BELLO NOGUEDA, CARLOS RAUL*

| Officer ID: | apaolillo | Comments: | Minimum Custody Misd  SVP - Potential Victim. Veteran. ap7541 | Custody Score: | -2 |
|---|---|---|---|---|---|
| Time : | 12/2/2019 00:40:10 | | | | |

Inmate's Signature _____    Date: 12/02/2019 02:12

**040**

December 10, 2019 17:56

Jail Inmate Management System
Release Form - 1822742  BELLO NOGUEDA,CARLOS RAUL

### PINELLAS COUNTY SHERIFF'S OFFICE
### *Release Form*                     *12/10/2019 17:56*

| Docket No. | SPN | Inmate Name | Housing Location | Security Level | RSA |
|---|---|---|---|---|---|
| 1822742 | 310765947 | BELLO NOGUEDA, CARLOS R | HD-3H4-3H4A-A-006 | Minimum Misd | MH37 |

Scheduled Release Date: 12/10/2019 17:55       Release Reason: Cash Bond

Release Event: REL   -   [ ]                    Release To Agency: [ ]

Release Auth By: MSC9670

Comments: CB # 422687

Authorized By: _MXRG 70_                    Date: _12/10/19_

Officer's name: _MB_                        Badge number: _9900_

Released to: _____                Time: _2020_

Inmate Signature: _C Bell_



**041**

PMF
7236

November 29, 2019 13:47

## Jail Inmate Management System
### Demographics - 1822742  BELLO NOGUEDA, CARLOS

| | | |
|---|---|---|
| **Docket No:** 1822742 | **SPN:** 310786947  **SSN:** ▉▉▉ | **Date Admitted:** 11/29/2019 12:20 |

**Last Name:** BELLO NOGUEDA   **First Name:** CARLOS   **Middle Name:** RAUL   **Suffix:** ▼

**Address:** 5701 12TH AVE SO   **City:** GULFPORT   **State:** FL ▼   **Zip Code:** 33707-0000

**ID Type:** Driver license ▼   **ID Number:** B452116823030   **ID State:** FL ▼   **PIN:** 16227423358   **Phone:** (727) 342-3147

**Booking Type:** Misdemeanor ▼   **Education:** ▼   **Arrest Type:** Traffic - FTA ▼

**Incident No:** 0   **Marital Status:** ▼   **Arrest Officer:** JANOVICH   02490251

**OBTS No:** 0   **Occupation:** ▼   **Arrest Agency:** Gulfport

**SID:** 00000000   **Language:** ▼   **Arrest Date/Time:** 11/29/2019 11:07

**SO ID:** 520000651167   **Religion:** ▼   **Location of Arrest:**

**Sex:** Male ▼   **Current Age:** 37   **Height:** 511   **Eye:** Brown ▼   **FBI No:**

**Race:** Hispanic ▼   **Age at Arrest:** 37   **Weight:** 175   **Hair:** Blond ▼   **INS No:**

**DOB:** 08/23/1982   **POB:** MEXICO   **POB:** MM ▼   **SPOT:**   **Complexion:** MED ▼   **FDCN:**

**Consulate:** ▼   **Citizenship:** OT   **Acct. Class:** GENERAL Pt ▼   **DNA:**

**Comments:** NCIC/FCIC 1229 WA/VIPAR

422687



NCIC ✓
WA ✓
VPR ✓
RV ✓

**042**

FL0520500

## COMPLAINT/ARREST AFFIDAVIT – CIRCUIT/COUNTY COURT – PINELLAS COUNTY, FLORIDA

| OBTS # | REPORT # GP19-25811 | DOCKET # 1822742 |
|---|---|---|

| Person ID | | SSN# ▉▉▉▉▉ |
|---|---|---|

| Charge Description | Felony | [X] Misdemeanor | Warrant | Traffic | Ordinance | Traffic Citation # (if any) | | Court Case # |
|---|---|---|---|---|---|---|---|---|

**Charge**
WARRANT ARREST (DWLSR W/KNOWLEDGE - FTA)

| Defendant's Name (Last, First, Middle) | DOB | Sex | Race | Ht | Wt | Hair | Eyes | Skin |
|---|---|---|---|---|---|---|---|---|
| BELLO NOGUEDA, CARLOS RAUL | 08/23/1982 | M | H | 511 | 175 | BLN | BRO | MED |

| Alias KARLA BELLO | DL # B-452-116-82-303-0 | State FL | Scars/Marks/Tattoos/Physical Features NONE |
|---|---|---|---|

| Local Address (Street, City, State, Zip Code) 5701 12TH AVE S GULFPORT FL 33707 | Telephone 7273423147 | Place of Birth MEXICO | Citizenship RESIDENCY |
|---|---|---|---|

| Permanent Address (Street, City, State, Zip Code) 5701 12TH AVE S GULFPORT FL 33707 | Telephone 7273423147 | Employed by / School PEOPLE'S CHOICE |
|---|---|---|

| Weapon Seized Type [ ]Yes [X]No | Indication of Drug Influence Y [ ] N [X] UNK [ ] | Indication of Mental Health Issues Y [ ] N [X] UNK [ ] | Indication of Alcohol Influence Y [ ] N [X] UNK [ ] |
|---|---|---|---|

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody [ ]Yes [ ]No [ ]Felony [ ]Misdemeanor |
|---|---|---|---|---|

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody [ ]Yes [ ]No [ ]Felony [ ]Misdemeanor |
|---|---|---|---|---|

The undersigned swears that he/she has reasonable grounds to believe that the above named defendant on the **29** day of **NOVEMBER** **2019** at approximately **10:51 AM**, at **5701 12TH AVE S, GULFPORT FL 33707** in Pinellas County did:

PINELLAS COUNTY WARRANT

ARREST ON WARRANT/CAPIAS # AC7QEYE

I HAVE NO KNOWLEDGE OF THIS CASE

BOND: $513

ISSUE DATE: 11/04/2019

WARRANT CANCELLED:
DATE: 11/29/2019 12:24:21 PM
CLERK: 55478
DEPUTY: 56952

Contrary to Florida Statute/Ordinance **901.02 / 322.34(2)**

| ARREST DATE: 11/29/2019 Time 11:07 AM | Aggravating/Mitigating Factors |
|---|---|

| Booking Officer: WILLIAMS, M 56952 | Amount of Bond 513.00 | Bond Out Date | Time | [ ]a.m. [ ]p.m. |
|---|---|---|---|---|

| Victim Notified of Advisory? ___Yes ___No | Injuries to Victim? ___Yes ___No | Medical Treatment to Victim? [ ]Yes [ ]No |
|---|---|---|

The Court reviewed this complaint and finds there: [ ]is probable cause [ ]is not probable cause to detain defendant [ ]Bond Action, if any:_____

The probable cause determination is passed for: [ ]24 Hrs [ ]24 Hrs on showing of extraordinary circumstances   Received by Booking: 11/29/2019 12:24:23 PM

Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read the foregoing document and that the facts in it are true.

*[signature]*

GULFPORT POLICE DEPT

| Declarant Signature | Agency |
|---|---|
| OFFICER DAVID JANOVICH GP9274/625 | 02490251 |
| Printed Name | Declarant ID# |

**REQUEST FOR INVESTIGATIVE COSTS, F.S. 938.27(1)**

| DATE | OFFICER | HOURS X PAY RATE | OR | COST |
|---|---|---|---|---|
| 11/29/2019 | JANOVICH | 1   30.32 | | $30.32 |
| | | | | |
| | | | | |

OTHER – Describe _____

Continuation sheet [____]Yes [____]No    TOTAL $ $30.32

COCR59 (Revised 10/2014)
815417   Copies to:

Jail

**043**

## CIRCUIT / COUNTY, PINELLAS COUNTY, FLORIDA
## CRIMINAL DIVISION

### CAPIAS

STATE OF FLORIDA
VS.
CARLOS RAUL BELLO NOGUEDA

Case Number:   AC7QEYE
UCN:   522019CT076013000APC
Person ID:   310765947

Race:   Hispanic                    Sex:   Male                    DOB:   08/23/1982
Height:   6 Ft. 0 In.               Weight:                         Hair:   Unknown or Bald
Eyes:   Unknown

Alias(es):   Carlos Bellonogueda; Carlos Raul Bellonogueda

Address:   2520 1st Ave N
St Petersburg Fl  33713

In the name of the State of Florida, to all and singular the sheriffs of the said states,

Greetings,

These are to command you as have heretofore been commanded to take CARLOS RAUL BELLO
NOGUEDA, if he be found in your county, and he safely keep, so that you have his body before the judge of
above court, at the courthouse in Clearwater, Pinellas County, instanter to answer an information found and
now pending in said court, for said county, for

Warrant Type:     FTA CAPIAS

Condition(s):

Charge(s):                                                        Statute(s):                    Type:

Driving/while License/susp/revoked Had Knowledge                  322.34(2)                      MISDEMEANO
R

Total Bond:    513.00

And have then and there this writ, with due return of your action endorsed thereon.

This Capias is issued at the direction of the Court

Witness, Ken Burke, as Clerk of the Circuit Court and , the seal of said court, at the courthouse at
Clearwater, Florida

Date:   November 04, 2019

Ken Burke
Clerk of the Circuit Court and Comptroller

By:   _____
Deputy Clerk

WARRANT CANCELLED
DATE
CLERK   5478
DEPUTY

**044**

**Pinellas County Sheriff's Office**
**Department of Detention and Corrections**

**Foreign National Notification Request**

Inmate Name: _Bello Nogueda, Carlos_   Docket: _1822742_

DOB: _Aug 23, 1982_   POB: _MEXICO_   Nationality: _MEXICAN_

Receiving Officer: _Neuzarts_   Date of Arrest: _11-29-19_

☒ Requested by Inmate   ☐ Refused by Inmate   ☐ *Mandatory Notification
*Mandatory notification must be made to the countries below, regardless of inmate's refusal

## Mandatory Notification Countries and Jurisdictions

| | | | |
|---|---|---|---|
| Albania | Ghana | St. Kitts & Nevis | United Kingdom (Fax Affidavits) |
| Algeria | Grenada | St. Lucia | - Anguilla |
| Antigua & Barbuda | Guyana | St. Vincent & Grenadines | - Ascension |
| Armenia | Hungary | Seychelles | - Bermuda |
| Azerbaijan | Jamaica | Sierra Leone | - British Antarctic |
| Bahamas | Kazakhstan | Singapore | - Cayman Islands |
| Barbados | Kiribati | Slovakia | - Chagos Archipelago |
| Belarus | Kuwait | Tajikistan | - England |
| Belize | Kyrgyzstan | Tanzania | - Falkland Islands |
| Brunei | Malaysia | Tonga | - Gibralter |
| Bulgaria | Malta | Trinidad & Tobago | - Guernsey |
| China | Mauritius | Tunisia | - Isle of Man |
| -Hong Kong | Moldova | Turkmenistan | - Jersey |
| -Macao | Nigeria | Tuvalu | - Montserrat |
| Costa Rica | Philippines | Ukraine | - Northern Ireland |
| Cyprus | USSR | Uzbekistan | - Pitcairn Islands |
| Czech Republic | Poland | Zambia | - Scotland |
| Dominica | Romania | Zimbabwe | - St. Helena |
| Fiji | Russia | | - Tristan Da Dunha |
| Gambia | | | - Turks & Caicos |
| Georgia | | | - Virgin Islands (British) |
| | | | -Wales |

*Completed in accordance with Article 36, Section (b), of the Vienna Convention on Consular Relations.*

Revised 09/25/19

**045**







# PINELLAS COUNTY SHERIFF'S OFFICE
# DETENTION AND CORRECTIONS BUREAU
# INMATE RECORDS UNIT

## FOREIGN NATIONAL NOTIFICATION

DATE: 11/30/2019                     DOCKET: 1822742
TIME: 0208
TO: Embassy/Consulate of Mexico                     Orlando          FL
                                 (Country or Jurisdiction)           (City)          (State)

☑ Faxed to (407) 422-9633          ☐ Called _____
            (Fax Number)                          (Name and Title of Official)

FROM: Egelie #59768
Pinellas County Sheriff's Office, Pinellas County Jail
14400 49th Street North
Clearwater, FL  33762
Telephone: (727) 464-6415
Fax: (727) 464-6113

**Subject: Notification of Arrest/Detention of a National of Your Country**
We arrested/detained the following foreign national, whom we understand to be a
national of your country, on 11/29/2019          .
Name: Mr./Ms. Carlos Bello Nogueda
DOB: 8/23/1982
POB: Mexico
Alien Registration Number (ARN) _____
Admission Number (ADM) _____
Passport Number (PP) _____
Case#: FTA DWLSR          Charge: AC7QEYE-1
Case#: _____          Charge: _____
Case#: _____          Charge: _____

To arrange for consular access, please call (727) 464-6415 between the hours of 0800
and 1600 hours.  You may also visit our website for additional information:
www.pcsoweb.com

**049**

## Cash Appearance Bond
### State of Florida
### Pinellas County

Offender:  BELLO NOGUEDA,CARLOS RAUL                Cash Bond number:  422687

Docket Number:  1822742         SPN:  310765947

Defendant.                                          Depositor:
BELLO NOGUEDA,CARLOS RAUL                           FOGLIA, STEPHEN P
5701 12TH AVE SO                                    1902 ALDER WAY
GULFPORT          FL    33707-0000                  BRANDON          FL    33510-

I, the above named person, have deposited with the Pinellas County Sheriff's Office the sum of $513.00 as security for
the appearance of the defendant named above to answer to the following charge(s):

Charge(s):                                  Case number:              Bond amount:
1.  FTA DWLSR W/KNOWLEDGE                    AC7QEYE-1                 $513 00

COPY

The above bond was taken and sum received this 10 day of December, 2019.

BY: _____              58205
                                             _____
    Goodrich                                 Payroll number

F.S. 903.286 requires the Clerk of the Court to withhold from the return of a cash bond posted on behalf of a criminal
defendant by a person other than a bail bond agent, sufficient funds to pay any unpaid court fees, court costs, and
criminal penalties.

**This means that if the defendant for whom you are posting bond owes costs and penalties, those fees will be
taken out of the bond money you have posted.  You may receive only a portion or none of the posted bond
money back even though the defendant makes all timely required court appearances.**

**However, if the defendant fails to appear at the time, date and place required, the bond money will be forfeited.**
F.S. 903.26 (2)(b)

COPY

_____
Depositor (signature)

Comments:   CASH BOND REF 27431429

**050**



Government Payment Service
GovPayNet
7102 Lakeview Parkway West Drive
Indianapolis, IN 46268
24hr. Customer Service #: 888-604-7888

# Cash Bail/bond Payment Confirmation (Ref #: 27431429)

**PLC:** **Pinellas County Sheriff's Office**      **Date:** 12/10/2019 16:49 EST
**6343**    **14400 49th St N**
       **Clearwater, Florida 33762**
       **For: Cash Bail/bond**

## TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| **Defendant's Name:** | Carlos Raul Bello Nogueda | **Transaction Reference #:** | 27431429 |
| **Docket #:** | 1822742 | **Transaction Date/Time:** | 12/10/2019 15:27 EST |
| **Case #:** | Ac7qeye-1 | | |

## BILLING INFORMATION

**Name:**           Stephen P Foglia
**Address:**         1902 Alder Way
**City, State Zip:**     Brandon, De 33510
**Phone #:**         (813)494-3634
**Card #:**          ███████████

## PAYMENT INFORMATION

| | |
|---|---|
| **Approval #:** | 02112A |
| **Payment Amount:** | $513.00 |
| **Service Fee:** | $35.91 |
| **Total Amount:** | $548.91 |

## The service fee is not refundable.

---

**ATTENTION CARDHOLDER**
If you have questions about the processing of your payment, please call GovPayNet at 888-604-7888.

### Thank you for using GovPayNet

© 2007-2019 Government Payment Service, Inc.                                    Form #: EUR

**051**    1/1



STRIP SEARCH

P/R 9837

Date: 12-1-19

P/R 9180

Time: 0228

**052**

# Movement Sheet

**RECORD #:** 152707301
**LAST NAME:** BELLONOGUEDA
**FIRST NAME:** CARLOS
**DOCKET #:** 1822742



Pinellas County Sheriff's Office
Department of Detention and Corrections
14400 49th Street North Clearwater, FL 33762 (727) 464 6415

| DATE | FROM | TO | INIT | DATE | FROM | TO | INIT |
|------|------|-----|------|------|------|-----|------|
| 11/25/19 | VIDEO | 3G1 | 131266 | | | | |
| 12/8/19 | 3G1 | 3G1-A | BBB4 | | | | |
| 12/8/19 | 3G1 | 3H2-B | 3G91 | | | | |
| 2/6/19 | 3H4 | ATW | 8869 | | | | |
| | | | | | | | |
| | | | | | | | |

**NAME:** CARLOS BELLONOGUEDA
**ALIAS:** KARLA BELLO

**HAIR COLOR:** Black

**DOB:** 08/23/1982
**HEIGHT:** 5' 11"

**RACE:** Hispanic
**SEX:** M
**WEIGHT:** 175 lbs
**EYE COLOR:** Brown

| | | HEAD | CHEST | BACK | ARM L. R | HAND L. R | FINGERS L. R | LEG L. R | FOOT L. R |
|---|---|------|-------|------|----------|-----------|--------------|----------|-----------|
| SCARS | | N | N | N | N N | N N | N N | N N | N N |
| MARKS | | N | N | N | N N | N N | N N | N N | N N |
| TATTOOS | | N | N | N | N N | N N | N N | N N | N N |
| MISSING | | N | N | N | N N | N N | N N | N N | N N |

**SMT**
**COMMENTS:**

Video Booked
P/R# 131266   Date: 11/25/2019

Fingerprints
P/R# Gverg   Date: 11/25/19

Phone Call Offered
P/R# Gr3x   Date: 11-25-19

Pre-Classified
P/R#   Date:

P/R#   Date:

Medical Screening Complete
Nurse: _____
Date: 11/25/19

**053**