# EXHIBIT "G"

054

# DDC Incident Detail Report

Report Number: **DDCI-205807**
Incident Date: **12/2/2019 1615**
Report Type: **General**
Division: **CENTRAL DIVISION**

## Incident Information

| | | | |
|---|---|---|---|
| **Primary Incident Nature:** | MEDICAL | **Incident Location:** | 6C1 |
| **Secondary Incident Nature:** | INFORMATION | **Date/Time Occurred:** | 12/2/2019 1615 |
| **Tertiary Incident Nature:** | | **Date/Time Reported:** | 12/2/2019 1640 |
| **Serious Incident Report:** | N  **CRT:** N | **Evidence/Contraband Dispo:** | N/A |

## Subjects Involved

| Position | First Name | MI | Last Name | Docket/PR | Sex | IM Housed | IM Relocated | Involvement |
|---|---|---|---|---|---|---|---|---|
| DEPUTY | | | MOSES | 60017 | | | | REPORTING PERSON |
| CORPORAL | | | MERRITT | 56491 | M | | | STAFF MEMBER |
| LIC'D PRACT NURSE | | | HILERY | 57925 | F | | | NURSE |
| | CARLOS | C | BELLO NOGUEDA | 1822742 | M | CEN-6C1-UN01 | REMAINS | INMATE |

## Narrative

While viewing my ASK requests in 6C1, Inmate Bello Nogueda complained of having chest pains via the Kiosk. He showed no medical distress while eating his meal tray so a "Code 99" wasn't initiated. I notified 6th Floor Control via telephone who advised me to send him out to see Nurse Hilery. He was pat searched prior to exiting 6C1. Nurse Hilery medically evaluated and cleared him to remain in his current housing location. Corporal Merritt was made aware of the situation.

## Supplements

| Date/Time | User | Supplement |
|---|---|---|
| 12/2/2019 5:06:05 PM | CORPORAL MERRITT (56491) | I agree with the authored report generated by Deputy Moses and the actions taken. Sergeant Franjesevic responded. |
| 12/2/2019 5:07:27 PM | SERGEANT FRANJESEVIC (55432) | I was notified and responded. I agree with the actions taken by staff as outlined in this report. Inmate Nogueda was medically evaluated for his alleged, "chest pains" by Nurse Hilery and cleared to remain in his current housing assignment. Kiosk Case Message is attached to this report. Acting Shift Commander, Sergeant Vieno was notified. SGT. JF55432 |

## Notifications

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Shift Supervisor:** | Sergeant Franjesevic | **Time:** | 1615 | **Shift Commander:** | Sergeant Vieno | **Time:** | 1615 |
| **Division Commander:** | Captain Napier | **Time:** | | **Department Commander:** | Colonel Danzig | **Time:** | |
| **Medical:** | Nurse Hilery | **Time:** | 1630 | **Classification:** | N/A | **Time:** | N/A |
| **911:** | | **Time:** | N/A | **Fire Rescue:** | | **Time:** | N/A |
| **DIU:** | N/A | **Time:** | N/A | **Adm Invest Div:** | N/A | **Time:** | N/A |
| **Other:** | N/A | **Time:** | N/A | | | | |

## Other

| | |
|---|---|
| **Disciplinary Report.:** | N |
| **Photo(s)** | N |
| **Use Of Force:** | N |
| **Acc Injury** | N |
| **Other** | N |

## Actions

| Date/Time | User | Action |
|---|---|---|
| 12/2/2019 5:08:56 PM | SERGEANT FRANJESEVIC 55432 | Level 1 Approved |
| 12/2/2019 5:19:37 PM | SERGEANT FRANJESEVIC (55432) 55432 | Submitted |
| 12/2/2019 5:19:41 PM | SERGEANT VIENO 56189 | Level 2 Approved |

## Attachments

| File Name | Comment | User | Date |
|---|---|---|---|
| Nogueda #1822742 (Case #809314).pdf | Kiosk Message | SERGEANT JASON P FRANJESEVIC (55432) | 12/2/2019 5:08:35 PM |
| RPT 205807.tif | | ADMINISTRATIVE ASSISTANT MARK J MURPHY (59443) | 12/3/2019 8:09:04 AM |

[Print]

**055**

**ASK Admin Reports**                                                                                                    12/2/2019
                                                                                                                          4:48 PM

## Pinellas County
## Print Message Report
## From 1/1/1900 To 12/2/2019

**Case #:** 809314
**Inmate:** BELLO NOGUEDA, CARLOS                **ID:** 1822742                          **Type:** Request
**Recipient:** HOUSING DEPUTY                    **Created:** 12/2/2019 3:53 PM           **Category:** 01. General Request
**Cellblock:** CEN-6C1-UN01-L7-001                                                        **Sub-Catgory:** 4. Division Commander Request
**Case Cellblock:** CEN-6C1-UN01-L7-001                                                   **Status:** Closed, Unfounded

| From | To | Message | Entered |
|---|---|---|---|
| BELLO NOGUEDA, CARLOS | HOUSING DEPUTY | i have not recived hrt. i signed to se arnp nurse on friday. iv been off spironlactone, finersteride, and can feel chest pains. hormones unbalalanced. the lack of feedback about when ill see the arnp. | 12/2/2019 3:53:00 PM |
| SGT. FRANJESEVIC #55432 | BELLO NOGUEDA, CARLOS | Inmate Nogueda was medically evaluated for his "Chest Pains" on 12/02/2019 at 1645 hours. Per Nurse Hillary, the inmate was cleared to remain in current housing. | 12/2/2019 4:48:00 PM |

Page 1

**056**

ASK Admin Reports                                                                                                               12/2/2019
                                                                                                                                 4:48 PM

                                              Pinellas County                    DDCI - 205807
                                           Print Message Report
                                         From 1/1/1900 To 12/2/2019

**Case #:** 809314
    **Inmate:** BELLO NOGUEDA, CARLOS           **ID:** 1822742                    **Type:** Request
    **Recipient:** HOUSING DEPUTY               **Created:** 12/2/2019 3:53 PM     **Category:** 01. General Request
    **Cellblock:** CEN-6C1-UN01-L7-001                                              **Sub-Catgory:** 4. Division Commander Request
    **Case Cellblock:** CEN-6C1-UN01-L7-001                                        **Status:** Closed, Unfounded

| From | To | Message | Entered |
|---|---|---|---|
| BELLO NOGUEDA, CARLOS | HOUSING DEPUTY | i have not recived hrt. i signed to se arnp nurse on friday. iv been off spironlactone, finersteride, and can feel chest pains. hormones unbalalanced. the lack of feedback about when ill see the arnp. | 12/2/2019 3:53:00 PM |
| SGT. FRANJESEVIC #55432 | BELLO NOGUEDA, CARLOS | Inmate Nogueda was medically evaluated for his "Chest Pains" on 12/02/2019 at 1645 hours. Per Nurse Hillary, the inmate was cleared to remain in current housing. | 12/2/2019 4:48:00 PM |