# EXHIBIT "H"

# DDC Incident Detail Report

Report Number: **DDCI-206012**
Incident Date: **12/6/2019 1030**
Report Type: **General**
Division: **CENTRAL DIVISION**

## Incident Information

| | | | |
|---|---|---|---|
| **Primary Incident Nature:** | CLOSE OBSERVATION STATUS | **Incident Location:** | 6th Floor Nurse's Station |
| **Secondary Incident Nature:** | INMATE RELOCATION | **Date/Time Occurred:** | 12/6/2019 1030 |
| **Tertiary Incident Nature:** | | **Date/Time Reported:** | 12/6/2019 11:50 |
| **Serious Incident Report:** | N    **CRT:** N | **Evidence/Contraband Dispo:** | n/a |

## Subjects Involved

| Position | First Name | MI | Last Name | Docket/PR | Sex | IM Housed | IM Relocated | Involvement |
|---|---|---|---|---|---|---|---|---|
| CORPORAL | | | MERRITT | 56491 | | | | REPORTING PERSON |
| CLASSIFICATION SPECIALIST | | | WIDUA | 59431 | F | | | CLASS SPECIALIST |
| DEPUTY | | | COX JR | 54381 | M | | | STAFF MEMBER |
| DEPUTY | | | BERJE | 54153 | M | | | STAFF MEMBER |
| LIC'D MENTAL HEALTH COUNSELOR | | | DIXON | 59068 | F | | | OTHER |
| | CARLOS | C | BELLO NOGUEDA | 1822742 | M | 6C1 | HD-2H2-2H2B | INMATE |

## Narrative

Inmate Bello-Nogueda was seen by LMHC Dixon in her office on the 6th floor. Per LMHC Dixon, Bello-Nogueda was placed on Close Observation status. Utilizing the Attorney Visitation room for privacy, his personal undergarments were confiscated by me. He was then seated adjacent to the Officer's Station in the 6th floor hallway and kept under constant observation. Once his relocation was scheduled in JIMS, I escorted him to Pre-Housing to await transport to the Healthcare Building. All of his personal property was inventoried and sent to the Property Room. Classification Specialist Widau authorized the relocation in JIMS. Sergeant Franjesevic was notified.

## Supplements

| Date/Time | User | Supplement |
|---|---|---|
| 12/6/2019 12:49:21 PM | SERGEANT FRANJESEVIC (55432) | I was notified and agree with the actions taken by staff as outlined in this report. Acting Shift Commander, Sergeant Vieno was notified. SGT. JF55432 |

## Notifications

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Shift Supervisor:** | Sergeant Franjesevic | **Time:** | 1030 | **Shift Commander:** | Sergeant Vieno | **Time:** | 1030 |
| **Division Commander:** | Captain Napier | **Time:** | | **Department Commander:** | Colonel Danzig | **Time:** | |
| **Medical:** | LMHC Dixon | **Time:** | 1030 | **Classification:** | Widua | **Time:** | 1030 |
| **911:** | | **Time:** | n/a | **Fire Rescue:** | | **Time:** | n/a |
| **DIU:** | n/a | **Time:** | n/a | **Adm Invest Div:** | n/a | **Time:** | n/a |
| **Other:** | n/a | **Time:** | n/a | | | | |

## Other

**Disciplinary Report.:** N
**Photo(s):** N
**Use Of Force:** N
**Acc Injury:** N
**Other:** N

## Actions

| Date/Time | User | Action |
|---|---|---|
| 12/6/2019 1:58:05 PM | CORPORAL MERRITT 56491 | Submitted |
| 12/6/2019 1:59:18 PM | SERGEANT FRANJESEVIC 55432 | Level 1 Approved |
| 12/6/2019 2:51:09 PM | SERGEANT VIENO 56189 | Level 2 Approved |

## Attachments

| File Name | Comment | User | Date |
|---|---|---|---|
| BelloNogueda #1822742.pdf | Property Inventory | SERGEANT JASON P FRANJESEVIC (55432) | 12/6/2019 1:27:37 PM |
| Bellonogueda Carlos.tif | | ADMINISTRATIVE ASSISTANT MARK J MURPHY (59443) | 12/9/2019 10:54:48 AM |

[ Print ]

**059**

**PINELLAS COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF DETENTION AND CORRECTIONS**
**INMATE'S PERSONAL PROPERTY INVENTORY FORM**

Name: BELLO NOGUEDA, CARLOS   Docket #: 1822742
Location: ZH2   Date: 12-6-19   Report #: 206012

| NO. | HYGIENE ITEMS | NO. | CLOTHING | NO. | FOOD ITEMS |
|---|---|---|---|---|---|
| | Toothbrush | | Shirts | | Chips |
| | Toothpaste | ✓ | Underwear | | Cookies |
| | Hair Conditioner | | Socks | | Soups |
| | Deodorant | | Thermal Top | | Candy Bars |
| | Brush | | Thermal Bottom | | Candy Bags |
| | Shampoo | | Shorts | ✓ | Coffee |
| | Comb | | Bra | | Pastries |
| | Soap | | Other: | | Condiments |
| | Soap Dish | | | ✓ | Other: |
| | Gel | | | | |
| | Pads/Tampons | | | | |
| | Hair Tie | | | | |
| | Powder | | | | |
| | Cotton Swabs | | | | |
| | Chap Stick | | **PAPERS/BOOKS** | | |
| | Lotion | | Cards | | |
| | Other: | | Letters | | |
| | | | Envelopes | | |
| | | | Legal Papers | | |
| | **MISC. ITEMS** | | Books | | |
| | Radio | | Bible | | |
| | Earbuds | | Discharge Paperwork | | |
| | Batteries | | Bus Pass | | |
| | Cups | | Misc. Paperwork | | **MEDICAL** |
| | Bowls | | Certificate | | Cough Drops |
| | Lids | | Postcards | | Aspirin |
| | Spoon | | Magazines | | Eye Drops |
| | Rosary | | Pictures | | Vitamins |
| ✓ | Other: PENCILS (COLORED) | | Other: | | Glasses |
| | | | | | Brace |
| | | | | | CPAP Machine |
| | | | | | Other: |

Inventoried By: [signature]   Payroll # 6491   Date: 12-6-19
Verified By: [signature]   Payroll # 5891   Date: 12-6-19
Property Clerk: _____   Payroll # _____   Date: _____

Return county property to issuing department (Property, Laundry, Library, etc.)

Revised 7/24/19

**060**

PINELLAS COUNTY SHERIFF'S OFFICE
DEPARTMENT OF DETENTION AND CORRECTIONS
INMATE'S PERSONAL PROPERTY INVENTORY FORM

Name: BELLO NOGUEDA, CARLOS  Docket #: 1822742
Location: ZH2  Date: 12-6-19  Report #: 206012

| NO. | HYGIENE ITEMS | NO. | CLOTHING | NO. | FOOD ITEMS |
|---|---|---|---|---|---|
| | Toothbrush | | Shirts | | Chips |
| | Toothpaste | ✓ | Underwear | | Cookies |
| | Hair Conditioner | | Socks | | Soups |
| | Deodorant | | Thermal Top | | Candy Bars |
| | Brush | | Thermal Bottom | | Candy Bags |
| | Shampoo | | Shorts | ✓ | Coffee |
| | Comb | | Bra | | Pastries |
| | Soap | | Other: | | Condiments |
| | Soap Dish | | | ✓ | Other: |
| | Gel | | | | |
| | Pads/Tampons | | | | |
| | Hair Tie | | | | |
| | Powder | | | | |
| | Cotton Swabs | | | | |
| | Chap Stick | | **PAPERS/BOOKS** | | |
| | Lotion | | Cards | | |
| | Other: | | Letters | | |
| | | | Envelopes | | |
| | | | Legal Papers | | |
| | **MISC. ITEMS** | | Books | | |
| | Radio | | Bible | | |
| | Earbuds | | Discharge Paperwork | | |
| | Batteries | | Bus Pass | | |
| | Cups | | Misc. Paperwork | | **MEDICAL** |
| | Bowls | | Certificate | | Cough Drops |
| | Lids | | Postcards | | Aspirin |
| | Spoon | | Magazines | | Eye Drops |
| | Rosary | | Pictures | | Vitamins |
| ✓ | Other: PENCILS (COLORED) | | Other: | | Glasses |
| | | | | | Brace |
| | | | | | CPAP Machine |
| | | | | | Other: |

Inventoried By: [signature]  Payroll # 6491  Date: 12-6-19
Verified By: [signature]  Payroll # 5891  Date: 12-6-19
Property Clerk: _____  Payroll # _____  Date: _____

Return county property to issuing department (Property, Laundry, Library, etc.)

Revised 7/24/19

**061**