UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Carlos Bello Nogueda,
  a/k/a Karla Bello,
            Plaintiff,

                                  Case No. 8:20-cv-02005-TPB-AEP

vs.

Robert A. Gualtieri, et al.,
            Defendants.
_____/

## DEFENDANT PCSO's NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS   related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

___X___   IS NOT related to pending or closed civil or criminal cases filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions on each party no later than 14 days after appearance of the party.

                                          Respectfully submitted,

                                          /s/ Paul G. Rozelle
                                          Paul G. Rozelle
                                          Senior Associate Counsel
                                          FBN: 75948
                                          10750 Ulmerton Road
                                          Largo, FL   33778
                                          Telephone:  (727) 582-6274
                                          Facsimile:  (727) 582-6459
                                          *prozelle@pcsonet.com*
                                          *amarcott1@pcsonet.com*
                                          Attorney for the PCSO

## **CERTIFICATE OF SERVICE**

    On September 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                            /s/ Paul G. Rozelle