UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAUL BELLO NOGUEDA,
a/k/a KARLA BELLO

    Plaintiff,

vs.                                        Case No. 8:20-cv-02005-TPB-AEP

ROBERT A. GUALTIERI, in his official capacity
as Sheriff of Pinellas County, PINELLAS
COUNTY, FLORIDA, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

KELLY L. VICARI, the undersigned counsel, who is admitted or otherwise authorized to practice in this Court, hereby appears as counsel for Defendant, PINELLAS COUNTY, FLORIDA. The undersigned counsel requests that all other parties serve upon her copies of all pleadings and other papers filed or served hereinafter in this action.

RESPECTFULLY SUBMITTED on September 3, 2020.

                                                                    */s/ Kelly L. Vicari*
                                                                      KELLY L. VICARI
                                                                      FBN 88704 /SPN 03325558
                                                                      Senior Assistant County Attorney
                                                                      Pinellas County Attorney's Office
                                                                      315 Court Street, Sixth Floor
                                                                      Clearwater, Florida 33756
                                                                      Phone: (727) 464-3354
                                                                      Fax: (727) 464-4147
                                                                      Primary Email: kvicari@pinellascounty.org
                                                                      Secondary Email: eservice@pinellascounty.org
                                                                      Attorney for Defendant Pinellas County

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 3, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Rook Elizabeth Ringer, Esq., and to all other counsel of record in this case.

/s/ *Kelly L. Vicari*_____
Attorney for Defendant Pinellas County