UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAUL BELLO NOGUEDA,
a/k/a KARLA BELLO

    Plaintiff,

vs.                                      Case No. 8:20-cv-02005-TPB-AEP

ROBERT A. GUALTIERI, in his official
capacity as Sheriff of Pinellas County,
PINELLAS COUNTY, FLORIDA, et al.,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

      Defendant Pinellas County and its counsel Kelly L. Vicari, Esq., Senior Assistant Pinellas County Attorney

      Plaintiff Carlos Raul Bello Nogueda a/k/a Karla Bello and her counsel Rook Elizabeth Ringer, Esq.

      Codefendants and their respective counsel(s), to be determined.

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      N/A

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty

1

largest unsecured creditors) in bankruptcy cases:

    N/A

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    N/A

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 3rd day of September, 2020.

    */s/ Kelly L. Vicari*
    KELLY L. VICARI
    FBN 88704 /SPN 03325558
    Senior Assistant County Attorney
    Pinellas County Attorney's Office
    315 Court Street, Sixth Floor
    Clearwater, Florida 33756
    Phone: (727) 464-3354
    Fax: (727) 464-4147
    Primary Email: kvicari@pinellascounty.org
    Secondary Email: eservice@pinellascounty.org
    Attorney for Defendant Pinellas County

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 3, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Rook Elizabeth Ringer, Esq., and to all other counsel of record in this case.

    */s/ Kelly L. Vicari*
    Attorney for Defendant Pinellas County