UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAUL BELLO NOGUEDA,
a/k/a KARLA BELLO

      Plaintiff,

vs.                                                                        Case No. 8:20-cv-02005-TPB-AEP

ROBERT A. GUALTIERI, in his official
capacity as Sheriff of Pinellas County,
PINELLAS COUNTY, FLORIDA, et al.,

      Defendants.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with a Local Rule 1.04(d), I certify that the instant action

____ IS        related to pending or closed civil or criminal cases(s) previously filed
in this Court, or any other Federal or State court, or administrative
agency as indicated below.

__X_ IS NOT related to any pending or closed civil or criminal case filed with this Court,
or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of the NOTICE OF PENDENCY OF OTHER
ACTIONS upon each part no later than fourteen days after appearance of the party.

Dated this 3rd day of September, 2020.

*/s/  Kelly L. Vicari*
KELLY L. VICARI
FBN  88704 /SPN  03325558
Senior Assistant County Attorney
Pinellas County Attorney's Office
315 Court Street, Sixth Floor
Clearwater, Florida  33756
Phone:  (727) 464-3354
Fax:  (727) 464-4147
Primary Email: kvicari@pinellascounty.org

1

Secondary Email: eservice@pinellascounty.org
Attorney for Defendant Pinellas County

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Rook Elizabeth Ringer, Esq., and to all other counsel of record in this case.

*/s/  Kelly L. Vicari*
Attorney for Defendant Pinellas County