ORDINANCE NO. 87-49

AN ORDINANCE DESIGNATING THE SHERIFF THE CHIEF CORRECTIONAL OFFICER OF THE PINELLAS COUNTY CORRECTIONAL SYSTEM; PROVIDING AN EFFECTIVE DATE.

WHEREAS, Section 951.06 and Section 951.061, Florida Statutes, require the Board of County Commissioners to designate a chief correctional officer for Pinellas County, Florida; and

WHEREAS, the Sheriff of Pinellas County, Florida, operates the Pinellas County Jail;

NOW, THEREFORE, BE IT ORDAINED BY THE BOARD OF COUNTY COMMISSIONERS OF PINELLAS COUNTY, FLORIDA:

SECTION 1. The Sheriff of Pinellas County, Florida, is hereby designated the Chief Correctional Officer for the Pinellas County Correctional System pursuant to Chapter 951, Florida Statutes.

SECTION 2. This ordinance shall take effect immediately upon acknowledgment from the Secretary of State that the ordinance has been duly filed.

Commissioner __Rainey__ offered the foregoing Ordinance and moved its adoption, which was seconded by Commissioner __Tyndall__ and upon roll call the vote was:



AYES: Greer, Chesnut, Rainey and Tyndall.
NAYS: None.
ABSENT AND NOT VOTING: Todd.

Ord. 87-49/1

0645B



223

STATE OF FLORIDA
COUNTY OF PINELLAS

I, KARLEEN F. De BLAKER, Clerk of the Circuit Court and Ex-officio Clerk to the Board of County Commissioners, in and for the State and County aforesaid, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of an Ordinance adopted by the Board of County Commissioners of Pinellas County, Florida, on ___July 14, 1987___ relative to:

PINELLAS COUNTY ORDINANCE NO. 87-49
AN ORDINANCE DESIGNATING THE SHERIFF THE CHIEF CORRECTIONAL OFFICER OF THE PINELLAS COUNTY CORRECTIONAL SYSTEM; PROVIDING AN EFFECTIVE DATE.

IN WITNESS WHEREOF, I hereunto set my hand and official seal this ___15th___ day of ___July___, 19_87_.

KARLEEN F. De BLAKER
Clerk of the Circuit Court
and Ex-officio Clerk to the
Board of County Commissioners

By 
Deputy Clerk

(SEAL)

Ord. 87-49/2

224



FLORIDA DEPARTMENT OF STATE
George Firestone
Secretary of State

Dorothy W. Joyce
Deputy Secretary For Elections
1802-E The Capitol

July 17, 1987

Honorable Karleen F. De Blaker
Clerk of Circuit Court
Pinellas County Courthouse
315 Court Street
Clearwater, Florida 33516

Attention: G. K. West, Deputy Clerk, BCC Records Dept.

Dear Ms. De Blaker:

Pursuant to the provisions of Section 125.66, Florida Statutes, this will acknowledge:

1. Receipt of letter/s of _____July 15, 1987_____
   and certified copy/ies of _____Pinellas_____
   County Ordinance(s) ___Nos. 87-48 and 87-49___

2. Receipt of _____ County Ordinance(s)
   relative to:
   (a)_____
       which we have numbered_____
   (b)_____
       which we have numbered_____

3. We have filed this/these ordinances in this office
   on_____July 17,_____1987.

4. The original/duplicate copy/ies showing the filing date
   is/are being returned for your records.

Cordially,

(Mrs.) Liz Cloud, Chief
Bureau of Administrative Code

LC/mb
Enclosures (2)

DIVISION OF ELECTIONS, Room 1801, The Capitol, Tallahassee, Florida 32301
(Bureau of Ad. Cd./Laws) (904) 488-7690    Room 1802-E Ordinances

I, KENNETH P. BURKE, Clerk of the Circuit Court and Clerk Ex-Officio, Board of County Commissioners, do hereby certify that the above and foregoing is a true and correct copy of the original as it appears in the official files of the Board of County Commissioners of Pinellas County, Florida. Witness my hand and seal of said County FL this _____ day of _____ A.D. 20 ___
KENNETH P. BURKE, Clerk of the Circuit Court Ex-Officio Clerk of the Board of County Commissioners, Pinellas County, Florida.

By _____
Deputy Clerk