UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Carlos Bello Nogueda,
  a/k/a Karla Bello,
        Plaintiff,

Case No. 8:20-cv-02005-TPB-AEP

vs.

Robert A. Gualtieri, et al.,
        Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

On behalf of Defendants Gualtieri, Danzig, Napier, Vieno, Merritt, Cox, Franjesevic, Dixon, Widua, Moses, Hilery, Holler, and Berje, I hereby disclose the following pursuant to this Court's interested persons order:

1)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- Carlos Bello Nogueda, a/k/a Karla Bello, Plaintiff

- Rook Elizabeth Ringer, attorney for Plaintiff

- Joseph D. Lento, attorney for Plaintiff

- Lento Law Group, P.A., attorneys for Plaintiff

- Kelly Vicari, counsel to Defendant Pinellas County

- Pinellas County, Fla., Defendant

- Bob Gualtieri, Sheriff of Pinellas County, Fla. and Defendant

- David Danzig, Defendant

- Jesse Napier, Defendant

- Jason Franjesevic, Defendant

- Jennifer Vieno, Defendant

- Jane Holler, Defendant

- Richard Merritt, Defendant

- Christopher Moses, Defendant

- Steve Cox, Jr., Defendant

- Alvaro Berje, Defendant

- Crystal Widua, Defendant

- Darlene Hilery, Defendant

- Yvette Dixon, Defendant

- Paul G. Rozelle, Senior Associate Counsel Pinellas County Sheriff's Office

- Shannon Kennedy Lockheart, General Counsel, Pinellas County Sheriff's Office

2) The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4)    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff, Carlos Bello Nogueda, a/k/a Karla Bello, alleges she was the victim of wrongful conduct.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: September 22, 2020

Respectfully submitted,

/s/ Paul G. Rozelle
Paul G. Rozelle
Senior Associate Counsel
FBN: 75948
10750 Ulmerton Road
Largo, FL   33778
Telephone:  (727) 582-6274
Facsimile:  (727) 582-6459
*prozelle@pcsonet.com*
*amarcott1@pcsonet.com*
Attorney for Defendants Gualtieri, Danzig, Napier, Vieno, Merritt, Cox, Franjesevic, Dixon, Widua, Moses, Hilery, Holler, and Berje

## CERTIFICATE OF SERVICE

 On September 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

             /s/ Paul G. Rozelle