UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Carlos Bello Nogueda,
  a/k/a Karla Bello,
        Plaintiff,

Case No. 8:20-cv-02005-TPB-AEP

vs.

Robert A. Gualtieri, et al.,
        Defendants.
_____/

## DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify on behalf of Defendants Gualtieri, Danzig, Napier, Vieno, Merritt, Cox, Franjesevic, Dixon, Widua, Moses, Hilery, Holler, and Berje that the instant action:

_____    IS    related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

___X___    IS NOT related to pending or closed civil or criminal cases filed with this Court, or any other Federal or State court, or administrative agency.

[*remainder of page intentionally left blank*]

I further certify that I will serve a copy of this Notice of Pendency of Other Actions on each party no later than 14 days after appearance of the party.

        Respectfully submitted,

        /s/ Paul G. Rozelle
        Paul G. Rozelle
        Senior Associate Counsel
        FBN: 75948
        10750 Ulmerton Road
        Largo, FL   33778
        Telephone:  (727) 582-6274
        Facsimile:  (727) 582-6459
        *prozelle@pcsonet.com*
        *amarcott1@pcsonet.com*
        Attorney for Defendants Gualtieri, Danzig, Napier, Vieno, Merritt, Cox, Franjesevic, Dixon, Widua, Moses, Hilery, Holler, and Berje

## **CERTIFICATE OF SERVICE**

On September 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

        /s/ Paul G. Rozelle