# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of MIDDLE DISTRICT OF FLORIDA | United States District Court |

Case Number: 8:20-CV-02005-T-60AEP


APD2020001446

Plaintiff(s):
**Carlos Raul Bello Nogueda, a/k/a Karla Bello**

vs.

Defendant(s):
**Robert A. Gualtieri, et al:**

For:
ROOK ELIZABETH RINGER, ESQ.
LENTO LAW GROUP, P.A.
222 SAN MARCO AVE.
ST. AUGUSTINE, FL 32084

Received by Applied Process Professionals on the 1st day of September, 2020 at 10:02 am to be served on **Nurse Hilery, ARNP, PINELLAS COUNTY SHERIFF'S OFFICE, 14400 49th North Street, Clearwater, FL 33762**.

I, Mark Maraventano, being duly sworn, depose and say that on the **12th day of September, 2020** at **3:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, A COPY OF THE COMPLAINT AND DEMAND FOR JURY TRIAL and EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Nurse Hilery, ARNP, PINELLAS COUNTY SHERIFF'S OFFICE** at the address of: **14400 49th North Street, Clearwater, FL 33762**, and informed said person of the contents therein, in compliance with Florida State Statutes 48.031.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Pursuant to F. S. 92.525, under penalties of perjury, I declare that I have read the forgoing document and that the facts stated are true.

Subscribed and Sworn to before me on the 24TH day of
September, 2020 by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

RAYMOND GUDAITIS
Notary Public - State of Florida
Commission # HH 028218
My Comm. Expires Aug 4, 2024
Bonded through National Notary Assn.

**Mark Maraventano**
Process Server # APS 09976

**Applied Process Professionals**
**11454 131st Avenue N.**
**Largo, FL 33778**
**(727) 481-1078**

Our Job Serial Number: APD-2020001446