# AFFIDAVIT OF SERVICE

| State of Florida | County of MIDDLE DISTRICT OF FLORIDA | United States District Court |



APD2020001332

Case Number: 8:20-CV-02005-T-60AEP

Plaintiff(s):
**Carlos Raul Bello Nogueda, a/k/a Karla Bello**

vs.

Defendant(s):
**Robert A. Gualtieri, et al:**

For:
ROOK ELIZABETH RINGER, ESQ.
LENTO LAW GROUP, P.A.
222 SAN MARCO AVE.
ST. AUGUSTINE, FL 32084

Received by Applied Process Professionals on the 1st day of September, 2020 at 8:36 am to be served on **PINELLAS COUNTY SHERIFF'S OFFICE, c/o ROBERT A. GUALTIERI, 10750 ULMERTON RD, LARGO, FL 33778**.

I, Mark Maraventano, being duly sworn, depose and say that on the **1st day of September, 2020 at 3:40 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS, A COPY OF THE COMPLAINT AND DEMAND FOR JURY TRIAL and EXHIBITS** with the date and hour of service endorsed thereon by me, to: **PAUL ROZELLE** as **SENIOR ASSOCIATE COUNSEL** at the address of: **10750 ULMERTON RD, LARGO, FL 33778**, who stated they are authorized to accept service for **PINELLAS COUNTY SHERIFF'S OFFICE,**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Pursuant to F. S. 92.525, under penalties of perjury, I declare that I have read the forgoing document and that the facts stated are true.

Subscribed and Sworn to before me on the 24th day of September, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

RAYMOND GUDAITIS
Notary Public - State of Florida
Commission # HH 028218
My Comm. Expires Aug 4, 2024
Bonded through National Notary Assn.

Mark Maraventano
Process Server # APS 09976

**Applied Process Professionals**
11454 131st Avenue N.
Largo, FL 33778
(727) 481-1078

Our Job Serial Number: APD-2020001332

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t