# AFFIDAVIT OF SERVICE

| State of Florida | County of MIDDLE DISTRICT OF FLORIDA | United States District Court |

Case Number: 8:20-CV-02005-T-60AEP



**Plaintiff(s):**
**Carlos Raul Bello Nogueda, a/k/a Karla Bello**

vs.

**Defendant(s):**
**Robert A. Gualtieri, et al:**

For:
ROOK ELIZABETH RINGER, ESQ.
LENTO LAW GROUP, P.A.
222 SAN MARCO AVE.
ST. AUGUSTINE, FL 32084

Received by Applied Process Professionals on the 21st day of September, 2020 at 10:22 am to be served on **Dep. Berje, PINELLAS COUNTY SHERIFF'S OFFICE, 10750 ULMERTON RD, LARGO, FL 33778**.

I, Mark Maraventano, being duly sworn, depose and say that on the **21st day of September, 2020** at **2:45 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS, A COPY OF THE COMPLAINT AND DEMAND FOR JURY TRIAL and EXHIBITS** with the date and hour of service endorsed thereon by me, to: **PAUL ROZELLE** as **SENIOR ASSOCIATE COUNSEL** at the address of: **10750 ULMERTON RD, LARGO, FL 33778**, who stated they are authorized to accept service for **Dep. Berje,**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
The servee is retired, attorney for the defendant stated that he would accept service for him.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Pursuant to F. S. 92.525, under penalties of perjury, I declare that I have read the forgoing document and that the facts stated are true.



Subscribed and Sworn to before me on the 24TH day of September, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

Mark Maraventano
Process Server # APS 09976

**Applied Process Professionals**
11454 131st Avenue N.
Largo, FL 33778
(727) 481-1078

Our Job Serial Number: APD-2020001448