# EXHIBIT "A"

**City of Tampa, FL**
Violations Processing Center
PO Box 22091
Tempe, AZ 85285-2091
Customer Service # 1-866-224-2354

Tracking Number
920719011289252679630

# Florida Uniform Traffic Citation

NOTICE #: **3441800958665**
PIN: **7658**

View your video online at:
**www.ViolationInfo.com**

## PAYMENTS AND HEARING REQUESTS NOT ACCEPTED AT THIS ADDRESS

CARLOS RAUL BELLO NOGUEDA
2900 DREW ST
CLEARWATER, FL 33776

Amount Due: $261.00
Due Date: **04/10/2019**

ISSUE DATE: 03/11/2019          FINE AMOUNT: $261.00

Location: SB S 50TH ST / S TAMIAMI TRAIL @ ADAMO DR

Violation Date and Time: 12/3/2018  1:53:31PM

Vehicle License Number: JEVP49  FL

**Important instructions to individuals charged with a non criminal traffic infraction.** You have been issued a Uniform Traffic Citation for a violation of **State Statute code 547-Red-Light Camera, Section, 316.075(1)(c)1 failure to stop at a red traffic signal pursuant to F.S. 316.0083 of the Florida State Statutes.** You are required to comply with one of the options listed below. If you fail to comply with one of the options by the date listed your driving privilege may be suspended until you comply and you may incur additional cost associated with non-compliance.

### FLORIDA UNIFORM TRAFFIC CITATION          AB8S6OE

| COUNTY OF | | | | ☐ (1) F.H.P. | ☑ (2) P.D. | ☐ (3) S.O. | ☐ (4) OTHER |
|---|---|---|---|---|---|---|---|
| HILLSBOROUGH | | | | | | | |

CITY (IF APPLICABLE): TAMPA    AGENCY NAME: City of Tampa, FL    AGENCY #: 50

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT THE:

SUMMONS
(VIOLATOR'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | 1:53:31 | ☐ A.M. |
|---|---|---|---|---|---|
| Monday | Dec | 3 | 2018 | | ☐ P.M. |

| NAME (PRINT)  FIRST | MIDDLE | LAST |
|---|---|---|
| CARLOS  RAUL | | BELLO NOGUEDA |

STREET: 2900 DREW ST          IF DIFFERENT THAN DRIVER'S LICENSE, "X" HERE →

| CITY | STATE | ZIP CODE |
|---|---|---|
| CLEARWATER | FL | 33776 |

| TELEPHONE NUMBER | DATE OF  MO  DAY  YR  BIRTH | RACE | SEX | HGT |
|---|---|---|---|---|
| | Aug  23  1982 | | M | |

| DRIVER LICENSE NUMBER | STATE | CLASS | CDL LICENSE | YR. LICENSE EXP. | COMMERCIAL VEHICLE |
|---|---|---|---|---|---|
| B452116823030 | FL | E | YES ☐ NO ☐ | | YES ☐ NO ■ |

| YR. VEHICLE | MAKE | STYLE | COLOR | PLACARDED HAZARDOUS MATERIAL |
|---|---|---|---|---|
| 2010 | NISS | 4D | BLU | YES ☐ NO ■ |

| VEHICLE LICENSE NO. | TRAILER TAG NO. | STATE | YEAR TAG EXPIRES | ≥16 PASSENGERS |
|---|---|---|---|---|
| JEVP49 | | FL | 20190823 | YES ☐ NO ■ |

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY

SB S 50TH ST / S TAMIAMI TRAIL @ ADAMO DR

MOTORCYCLE   YES ☐ NO ■

COMPANION CITATION NUMBER(S)

FT._____ MILES_____   ☐ N  ☐ S  ☐ E  ☐ W  OF NODE _____

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE:
VIOLATION OF STATE STATUTES §§ 316.075(1)(c)1 and 316.074(1) FAILURE TO STOP AT A RED TRAFFIC SIGNAL PURSUANT TO F.S. § 316.0083

### DIRECTIONS TO RESOLVE THIS CITATION

OPTIONS: MARK **ONLY ONE**

☐ **Option A: MAKE A PAYMENT**

● **PAYMENT BY MAIL** $261.00 must be received by 04/10/2019 payable by check or money order directly to the Clerk of the Court. Sign and mail this original Citation with your payment. Please keep a copy for your records. **MAILING ADDRESS FOR THE CLERK OF COURT:** Clerk of the Circuit Court, P.O. Box 3360, Tampa FL 33601-3360. **DO NOT MAIL CASH.**

● **PAYMENT IN PERSON** $261.00 may be paid in person at Clerk of Circuit Court Customer Service Center, George E. Edgecomb Courthouse, 800 Twiggs Street, Room 101, Tampa, FL 33602, or check the Clerk of Courts website for other locations on or before 04/10/2019. Include this original Citation with your payment. Please keep a copy for your records.

● **PAYMENT ONLINE http://www.hillsclerk.com / or Call 813-276-8100 24/7.**

☐ **Option B: REQUEST A HEARING** To challenge this Citation, request a court hearing prior to 04/10/2019. Sign and mail this original Citation to the Clerk of Circuit Court Customer Service Center, George E. Edgecomb Courthouse, 800 Twiggs Street, Room 101, Tampa, FL 33602. Please keep a copy for your records. If the official determines no infraction has been committed, no costs or penalties shall be imposed and any costs or penalties which have been paid shall be returned in accordance with Florida Statute § 318.20. **IF THIS BOX IS NOT CHECKED, A HEARING WILL NOT BE SCHEDULED. THE COURT WILL SCHEDULE YOUR HEARING AND NOTIFY YOU OF THE DATE, TIME AND LOCATION.**

☐ **Option C: AFFIDAVIT** If you are the registered owner of the vehicle, you are deemed responsible for the penalty unless, in compliance with Florida Statute § 316.0083(1)(d)(1)-(4), you establish by a notarized affidavit that a statutory exemption applies. Please visit and log in **www.ViolationInfo.com**

_____     _____
SIGNATURE OF VIOLATOR            DATE

BRYAN ALOFS                      955
TROOPER/OFFICER NAME & RANK      BADGE NUMBER

*Brian Alofs*
_____     _____
SIGNATURE OF OFFICER             ID NUMBER

**VIEW YOUR IMAGES AND VIDEO EVIDENCE OBTAINED FOR THIS CASE: The recorded images and video of your violation will be submitted as evidence for the disposition of this violation. You have the right to examine and observe your images and video online at www.ViolationInfo.com. You will need your Notice # and PIN printed on the top of this Citation inside the red box. If you do not have internet access, you have the right to examine and observe your video and images at the local library.**





# EXHIBIT "B"

Hillsborough County Board of County
Commissioners
Violations Processing Center
PO Box 22091
Tempe, AZ 85285-2091
Customer Service # 1-866-224-2354

**Tracking Number**
9207190112892527489958

# Florida Uniform Traffic Citation

NOTICE #: **1721800463960**
PIN: **6902**

View your video online at:
**www.ViolationInfo.com**

PAYMENTS AND HEARING REQUESTS NOT ACCEPTED AT THIS ADDRESS

**CARLOS RAUL BELLO NOGUEDA**
**2900 DREW ST**
**CLEARWATER, FL 33776**

**Amount Due:** $261.00
**Due Date:** 06/19/2019

ISSUE DATE: 05/20/2019          FINE AMOUNT: $261.00

Location: NB BRANDON TOWN CENTER DR @ W BRANDON BLVD

Violation Date and Time: 10/11/2018  7:37:03PM

Vehicle License Number: JEVP49  FL

**Important instructions to individuals charged with a non criminal traffic infraction.** You have been issued a Uniform Traffic Citation for a violation of **State Statute code 547-Red-Light Camera, Section, 316.075(1)(c)1** failure to **stop at a red traffic signal pursuant to F.S. 316.0083 of the Florida State Statutes.** You are required to comply with one of the options listed below. If you fail to comply with one of the options by the date listed your driving privilege may be suspended until you comply and you may incur additional cost associated with non-compliance.

## FLORIDA UNIFORM TRAFFIC CITATION      AAUXT5E

| COUNTY OF | | | | ☐ (1) F.H.P. | ☐ (2) P.D. | ☒ (3) S.O. | ☐ (4) OTHER |
|---|---|---|---|---|---|---|---|
| **HILLSBOROUGH** | | | | | | | |

CITY OR TOWN
**UNINCORPORATED**

AGENCY NAME: Hillsborough County Board of
County Commissioners
AGENCY #: 3

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON:

*SUMMONS
(VIOLATOR'S COPY)*

| DAY OF WEEK | MONTH | DAY | YEAR | 7:37:03 | ☐ A.M. |
|---|---|---|---|---|---|
| **Thursday** | **Oct** | **11** | **2018** | | ☐ P.M. |

| NAME (PRINT)   FIRST | | MIDDLE | LAST |
|---|---|---|---|
| **CARLOS** | **RAUL** | | **BELLO NOGUEDA** |

| STREET | IF DIFFERENT THAN DRIVER'S LICENSE, "X" HERE |
|---|---|
| **2900 DREW ST** | → |

| CITY | | STATE | ZIP CODE |
|---|---|---|---|
| **CLEARWATER** | | **FL** | **33776** |

| TELEPHONE NUMBER | DATE OF  MO   DAY   YR
BIRTH | | RACE | SEX | HGT |
|---|---|---|---|---|---|
| | **Aug** | **23**    **1982** | | **M** | |

| DRIVER
LICENSE
NUMBER | STATE | CLASS | CDL LICENSE | YR. LICENSE EXP. | COMMERCIAL VEHICLE |
|---|---|---|---|---|---|
| **B452116823030** | **FL** | **E** | YES ☐ NO ☐ | | YES ☐ NO ☒ |

| YR. VEHICLE | MAKE | | STYLE | COLOR | PLACARDED HAZARDOUS MATERIAL |
|---|---|---|---|---|---|
| **2010** | **NISS** | | **4D** | **BLU** | YES ☐ NO ☐ |

| VEHICLE LICENSE NO. | TRAILER TAG NO. | STATE | YEAR TAG EXPIRES | ≥16 PASSENGERS |
|---|---|---|---|---|
| **JEVP49** | | **FL** | **20190823** | YES ☐ NO ☐ |

| UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY | MOTORCYCLE |
|---|---|
| **NB BRANDON TOWN CENTER DR @ W BRANDON BLVD** | YES ☐ NO ☐ |

COMPANION CITATION NUMBER(S)

FT_____ MILES_____   ☐N ☐S ☐E ☐W  OF NODE _____

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE:
VIOLATION OF STATE STATUTES §§ 316.075(1)(c)1 and 316.074(1) FAILURE TO STOP AT A RED TRAFFIC SIGNAL PURSUANT TO F.S. § 316.0083

SIGNATURE OF VIOLATOR                    DATE

DEP. KENNETH AKINS                       0362

TROOPER/OFFICER NAME & RANK              BADGE NUMBER

SIGNATURE OF OFFICER                     ID NUMBER

**VIEW YOUR IMAGES AND VIDEO EVIDENCE OBTAINED FOR THIS CASE: The recorded images and video of your violation will be submitted as evidence for the disposition of this violation. You have the right to examine and observe your images and video online at www.ViolationInfo.com. You will need your Notice # and PIN printed on the top of this Citation inside the red box. If you do not have internet access, you have the right to examine and observe your video and images at the local library.**

## DIRECTIONS TO RESOLVE THIS CITATION

OPTIONS: MARK **ONLY ONE**

☐ Option A: MAKE A PAYMENT

● **PAYMENT BY MAIL** $261.00 must be received by 06/19/2019 payable by check or money order directly to the Clerk of the Court. Sign and mail this original Citation with your payment. Please keep a copy for your records. **MAILING ADDRESS FOR THE CLERK OF COURT:** Hillsborough County Clerk of the Court, PO Box 3360, Tampa, FL 33601. **DO NOT MAIL CASH.**

● **PAYMENT IN PERSON** $261.00 may be paid in person at the Clerk of the Court, 800 E Twiggs Street, Room 101, Tampa, FL 33602, or check the Clerk of Courts website for other locations on or before 06/19/2019. Include this original Citation with your payment. Please keep a copy for your records.

● **PAYMENT ONLINE** www.myclerk.com / or call 813-276-8100 24/7

☐ Option B: **REQUEST A HEARING** To challenge this Citation, request a court hearing prior to 06/19/2019. Sign and mail this original Citation to the Hillsborough County Clerk of the Court, PO Box 3360 Tampa, FL 33601. Please keep a copy for your records.  If the official determines no infraction has been committed, no costs or penalties shall be imposed and any costs or penalties which have been paid shall be returned in accordance with Florida Statute § 318.20. **IF THIS BOX IS NOT CHECKED, A HEARING WILL NOT BE SCHEDULED. THE COURT WILL SCHEDULE YOUR HEARING AND NOTIFY YOU OF THE DATE, TIME AND LOCATION.**

☐ Option C: **AFFIDAVIT** If you are the registered owner of the vehicle, you are deemed responsible for the penalty unless, in compliance with Florida Statute § 316.0083(1)(d)(1)-(4), you establish by a notarized affidavit that a statutory exemption applies. Please visit and log into www.ViolationInfo.com to obtain an affidavit.





# EXHIBIT "C"

**FLORIDA UNIFORM TRAFFIC CITATION**                    AC7QEYE

| COUNTY OF | | |
|---|---|---|
| PINELLAS 04 | ☐ (1) F.H.P. ☒ (2) P.D. ☐ (3) S.O. ☐ (4) OTHER | |

| CITY (IF APPLICABLE) | AGENCY NAME | GULFPORT PD |
|---|---|---|
| GULFPORT 40 | AGENCY NO | |

IN THE COURT DESIGNATED BELOW, THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON     **COMPLAINT (RETAINED BY COURT)**

| DAY OF WEEK | MONTH | DAY | YEAR | 11:10 | ☐ AM ☒ PM |
|---|---|---|---|---|---|
| FRI | 10 | 4 | 2019 | | |

| NAME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|
| CARLOS RAUL | BELLO | NOGUEDA |

| STREET | IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ▶ |
|---|---|
| 2520 1ST AVE N | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| ST PETERSBURG | FL | 33713 |

| TELEPHONE NUMBER | DATE OF BIRTH MO | DAY | YR | RACE | SEX | HGT |
|---|---|---|---|---|---|---|
| | 08 | 23 | 82 | H | M | 600 |

| DRIVER LICENSE NUMBER | B 4 5 2 1 1 6 8 2 3 0 3 0 | | | |
|---|---|---|---|---|

| | STATE | CLASS | CDL LICENSE | YR. LICENSE EXP. | COMMERCIAL VEHICLE |
|---|---|---|---|---|---|
| | FL | E | ☐ YES ☒ NO | 22 | ☐ YES ☒ NO |

| YR. VEHICLE | MAKE | STYLE | COLOR | PLACARDED HAZARDOUS MATERIAL |
|---|---|---|---|---|
| 10 | NISS | 4D | BLU | ☐ YES ☒ NO |

| VEHICLE LICENSE NO. | TRAILER TAG NO. | STATE | YEAR TAG EXPIRES | 9-18 PASSENGERS |
|---|---|---|---|---|
| JEVP49 | | FL | 2019 | ☐ YES ☒ NO |

| UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY | MOTORCYCLE |
|---|---|
| 5700 19TH AVE S | ☐ YES ☒ NO |

| | COMPANION CITATION NUMBER(S) |
|---|---|
| | ☐ YES ☒ NO |

| FT. | MILES | ☒ | ☐ | ☐ | ☐ | OF NODE |
|---|---|---|---|---|---|---|
| | | N | S | E | W | |

**DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.**

☐ UNLAWFUL SPEED ___ MPH IN A ___ MPH SPEED APPLICABLE

☐ INTERSTATE  ☐ SCHOOL ZONE  ☐ CONSTRUCTION/WORKERS PRESENT

SPEED MEASUREMENT DEVICE:

☐ CARELESS DRIVING                    ☐ CHILD RESTRAINT                    ☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
☐ VIOLATION OF TRAFFIC CONTROL DEVICE ☐ SAFETY BELT VIOLATION
☐ FAILURE TO STOP AT TRAFFIC SIGNAL   ☐ IMPROPER OR UNSAFE EQUIPMENT       ☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
☐ IMPROPER LANE CHANGE OR COURSE      ☐ EXPIRED TAG SIX (6) MONTHS OR LESS ☐ NO VALID DRIVER LICENSE
☐ NO PROOF OF INSURANCE               ☐ EXPIRED TAG MORE THAN SIX (6) MONTHS ☐ DRIVING UNDER THE INFLUENCE
☐ VIOLATION OF RIGHT-OF-WAY           ☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED ☐ PASSENGER UNDER 18 YRS.
☐ IMPROPER PASSING

BAL ___

| OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE | RE-EXAM |
|---|---|
| DWLS - (SPECIFY REASON) | ☐ YES ☒ NO |
| | DL SEIZED |
| SUSPENDED:8/19/19 FAILURE TO PAY | ☐ YES ☒ NO |

| ☐ AGGRESSIVE DRIVING   IN VIOLATION OF STATE STATUTE | SECTION | SUB SECTION |
|---|---|---|
| | 322.34(2) | |

| CRASH ☐ YES ☒ NO | PROPERTY DAMAGE ☐ YES   0 ☒ NO | INJURY TO ANOTHER ☐ YES ☒ NO | SERIOUS BODILY INJURY OR FATAL ☐ YES ☒ NO |
|---|---|---|---|

☒ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED AS INDICATED BELOW.

☐ INFRACTION COURT APPEARANCE REQUIRED AS INDICATED BELOW.

☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.                    **AC7QEYE**

CIVIL PENALTY IS ___

| COURT INFORMATION | 11/04/2019 | 01:30 PM |
|---|---|---|
| | DATE | TIME |
| CLERK OF THE COURT | | |
| | COURT | |
| 14250 49TH ST. N. | | |
| | LOCATION | |
| CLEARWATER, FL 33762 | | |

Additional Comments:

| ARREST DELIVERED TO | DATE |
|---|---|

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND THAT MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF APPEARANCE IS REQUIRED IN COURT)

| RANK - NAME OF OFFICER | BADGE NO. | ID. NO. | TROOP/UNIT |
|---|---|---|---|
| SGT R. BURKHART | GP9203 | | |

☒ I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGES ABOVE

| RANK - NAME OF OFFICER | BADGE NO. | ID. NO. | TROOP/UNIT |
|---|---|---|---|

HSMV 70901 (Rev. 06/19)

| CASE # GP19-21410 | GRID: 667 | SPIN: 02185173 |
|---|---|---|

Clerk: 10/8/2019 3:40 PM

**006**

## OFFICER'S WORKSHEET

Name: CARLOS RAUL BELLO NOGUEDA

Citation No. AC7QEYE

Criminal Offense X          Infraction

Investigative Costs $ 35

Attitude GOOD      Drinking No      Acc. No

Liability Insurance No          Est. of Damages $ N/A

Remarks to the Court:

DEF WAS STOPPED FOR PASSENGER SIDE TAIL
LIGHT NOT WORKING. DEF'S LICENSE WAS
SUSPENDED ON 8/19/19 FOR FAILURE TO PAY
TRAFFIC FINE.  DEF HAD A GOOD ATTITUDE AND
WAS RESPECTFUL.

Re-exam: No      Reason:

## REQUEST FOR INVESTIGATIVE COST RECOVERY
### CRIMINAL TRAFFIC ONLY

The GULFPORT PD _____ (law enf. agency) requests and has
documented investigative costs amounting to $ _____
which have been incurred as a direct result of investigating this case. The above
referenced law enf. agency requests in accordance with Florida State Statute
939.01(1), "Judgment for Costs on Conviction" that this amount be included and
entered in judgment rendered against the defendant(s).

| Date | Officer | Hours | X | Pay Rate | Cost |
|------|---------|-------|---|----------|------|
| 10/04/19 | BURKHART | 1.00 | | 35.00 | 35.00 |
| | | | | | |
| | | | | | |
| Other Describe: | | | | | |
| Continuation Sheets | | | | | |
| | | | | Total | 35.00 |

Robert T. Burkhart
Officer

LAW ENFORCEMENT

73T-1 (Revised 05/13)                    WD2/Traffic D87/05/13

# EXHIBIT "D"

UCN: 522019CT076013000APC                                                    FL0520500

**COMPLAINT/ARREST AFFIDAVIT – CIRCUIT/COUNTY COURT – PINELLAS COUNTY, FLORIDA**

| OBTS # | | REPORT # GP19-25811 | | DOCKET # 1822742 |
|---|---|---|---|---|

| Person ID 310765947 | | SSN# ▮▮▮▮▮▮▮ |
|---|---|---|

| Charge Description | Felony [X] Misdemeanor | Warrant | Traffic | Ordinance | Traffic Citation # (if any) | Court Case # |
|---|---|---|---|---|---|---|
| Charge<br>WARRANT ARREST (DWLSR W/KNOWLEDGE - FTA) | | | | | | AC7QEYE-1 |

| Defendant's Name (Last, First, Middle) | DOB | Sex | Race | Ht | Wt | Hair | Eyes | Skin |
|---|---|---|---|---|---|---|---|---|
| BELLO NOGUEDA, CARLOS RAUL | 08/23/1982 | M | H | 511 | 175 | BLN | BRO | MED |

| Alias KARLA BELLO | DL # B-452-116-82-303-0 | State FL | Scars/Marks/Tattoos/Physical Features NONE |
|---|---|---|---|

| Local Address (Street, City, State, Zip Code) 5701 12TH AVE S GULFPORT FL 33707 | Telephone 7273423147 | Place of Birth MEXICO | Citizenship RESIDENCY |
|---|---|---|---|
| Permanent Address (Street, City, State, Zip Code) 5701 12TH AVE S GULFPORT FL 33707 | Telephone 7273423147 | Employed by / School PEOPLE'S CHOICE | |

| Weapon Seized –Type<br>[ ] Yes [X] No | Indication of Drug Influence Y [ ] N [X] UNK [ ] | Indication of Mental Y [ ] N [X] UNK [ ] Health Issues | Indication of Y [ ] N [X] UNK [ ] Alcohol Influence |
|---|---|---|---|

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody [ ] Yes [ ] No |
|---|---|---|---|---|
| | | | | [ ] Felony [ ] Misdemeanor |

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody [ ] Yes [ ] No |
|---|---|---|---|---|
| | | | | [ ] Felony [ ] Misdemeanor |

The undersigned swears that he/she has reasonable grounds to believe that the above named defendant on the __29__ day of __NOVEMBER__ __2019__

at approximately __10:51__ __AM__, at __5701 12TH AVE S, GULFPORT FL 33707__, in Pinellas County did:

PINELLAS COUNTY WARRANT

ARREST ON WARRANT/CAPIAS # AC7QEYE

I HAVE NO KNOWLEDGE OF THIS CASE

BOND: $513

ISSUE DATE: 11/04/2019

WARRANT CANCELLED:
DATE: 11/29/2019 12:24:21 PM
CLERK: 55478
DEPUTY: 56952

Contrary to Florida Statute/Ordinance __901.02 / 322.34(2)__

ARREST DATE: __11/29/2019__ Time __11:07 AM__. Aggravating/Mitigating Factors _____

Booking Officer: __WILLIAMS, M 56952__ Amount of Bond __513.00__ Bond Out Date _____ Time _____ [ ] a.m. [ ] p.m.

Victim Notified of Advisory? [ ] Yes [ ] No        Injuries to Victim? [ ] Yes [ ] No        Medical Treatment to Victim? [ ] Yes [ ] No

The Court reviewed this complaint and finds there: [ ] is probable cause [ ] is not probable cause to detain defendant [ ] Bond Action, if any:_____

The probable cause determination is passed for: [ ] 24 Hrs [ ] 24 Hrs on showing of extraordinary circumstances        Received by Booking: 11/29/2019 12:24:23 PM

| Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read the foregoing document and that the facts in it are true. | REQUEST FOR INVESTIGATIVE COSTS, F.S. 938.27(1) | | | | |
|---|---|---|---|---|---|
| *Dbd Sms* (signature) | DATE 11/29/2019 | OFFICER JANOVICH | HOURS 1 | X PAY RATE 30.32 | OR COST $30.32 |
| GULFPORT POLICE DEPT. | | | | | |
| Declarant  Signature        Agency | | | | | |
| OFFICER DAVID JANOVICH GP9274/625   02490251 | OTHER – Describe | | | | |
| Printed Name        Declarant ID# | Continuation sheet [ ] Yes [ ] No | | | TOTAL $ $30.32 | |

COCR59 (Revised 10/2014)
815417   Copies to:

Court

**009**

**Defendant**  BELLO NOGUEDA, CARLOS RAUL          **Court Case No:**  AC7QEYE-1

## ADVISORY AND SOLVENCY HEARING

The above named Defendant came before me for Advisory and Solvency hearing and was advised by me of the charge(s) against him; his right to remain silent; that any statements by him may be used against him; his right to counsel, and, if he is financially unable to afford counsel, that counsel forthwith will be appointed; of his right to communicate with his counsel, family or friends, and that reasonable implementation will be afforded him to contact the foregoing.

### I FURTHER CERTIFY THAT:

☐ A.  Defendant has advised the Court that he has retained counsel or will retain counsel.

☐ B.  The Court investigated Defendant's solvency and found the Defendant financially able to secure counsel.

☒ C.  The Court investigated Defendant's solvency and provisionally appointed the Public Defender.

☐ D.  The Defendant waived the right to counsel at the first appearance only.

_____                          _____
DATE AND TIME                                                      JUDGE

☐ I hereby waive the right to counsel at the first appearance only.

☐ I, having been found solvent and financially able to secure counsel, hereby waive counsel until my attorney files an appearance in this case or until I file a written request for a review of my solvency and ability to secure counsel.

_____
DEFENDANT'S SIGNATURE

Thumb Print

I HEREBY acknowledge receipt of a copy of the foregoing Complaint and Advisory.

_____        _____        _____
DEFENDANT'S SIGNATURE        DEFENDANT'S ATTORNEY'S SIGNATURE          DATE

COCR59  (Revised 02/2014)

**010**

# EXHIBIT "E"

# Pinellas County Sheriff's Office
## Subject Charge Report

The data on this site provides arrest and booking information and should not be relied upon to determine an individual's actual criminal record. This data may not reflect charging decisions made by the State Attorney's Office or the outcome of criminal trials. An acquittal or dismissal of a criminal charge does not necessarily negate the validity of an arrest. To obtain the final disposition of any criminal charges, contact the Clerk of the Court's Office.

 

| Name | Docket No. | Booking Date | Arresting Agency | |
|------|-----------|--------------|------------------|--|
| **BELLO NOGUEDA, CARLOS RAUL** | **1822742** | **11/29/2019 12:20:36 PM** | **GULFPORT POLICE** | |

| Address | City | State | Zip Code |
|---------|------|-------|----------|
| **5701 12TH AVE SO** | **GULFPORT** | **FL** | **33707** |

| Race | Sex | DOB | Place of Birth | Arrest Age |
|------|-----|-----|----------------|------------|
| **HISPANIC** | **MALE** | **8/23/1982** | **MM** | **37** |

| Eyes | Hair | Complexion | Height | Weight |
|------|------|-----------|--------|--------|
| **BRO** | **BLN** | **MED** | **511** | **175** |

| Scars, Marks & Tattoos |
|------------------------|
| |

| Cell Location/Status | Proj Release Date | Commissary Balance | SPIN | Booking Type |
|----------------------|-------------------|--------------------|------|--------------|
| **HD-2H2-2H2B-B1-001** | **NONE** | **$-29.88** | **310765947** | **MISDEMEANOR** |

| Aliases |
|---------|
| |

## Charges

| | |
|--|--|
| **Charge Number:** | 1 |
| **Agency Report Number:** | GP19025811 |
| **Offense Description:** | FTA DWLSR W/KNOWLEDGE |
| **Statute:** | 843.15(1)(B)/M |
| **Court Case Number:** | AC7QEYE-1 |
| **Bond Assessed:** | $513.00 |
| **Bond Amount Due:** | $513.00 |
| **Charge Status:** | AWAITING TRIAL |
| **Arrest Type:** | TRAFFIC - FTA |
| **OBTS:** | 5211060203 |

# EXHIBIT "F"

**Inmate Charge Summary**

# PINELLAS COUNTY SHERIFF'S OFFICE

02/21/2020 15:41

| Docket No. | SPN | Inmate Name | Housing Location | Security Level | SRA | *Projected Release Date:* |
|---|---|---|---|---|---|---|
| 1822742 | 310765947 | BELLO NOGUEDA,CARLOS R | | Minimum Misd | MH37 | Actual: |

Scheduled:

**Amt. Due:** $0.00

*Charges:*

| Statute | Statute Description | Degree | Chrg Type | UCR Code | Chrg Status | Case No. | Disposition |
|---|---|---|---|---|---|---|---|
| 843.15(1)(B)/M | ILURE TO APPEAR (MISDEMEANC | 1 | M | 5015 | BOND | AC7QEYE-1 | |

| Sent Start | 00/00/0000 00:00 | Sent Date | 00/00/0000 00:00 | Replace | Years | 0 | 0 | Months | 0 | 0 | Days | 0 | 0 | Hours | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Admit Date | 11/29/2019 12:20 | Activate Dt | 11/29/2019 12:24 | Classify Value: | | Time in Jail: | **11 Day(s) and 8 Hour(s)** |
|---|---|---|---|---|---|---|---|

| Concurrent | Gain | 0 | Good | 0 | ☐ Weekender ☐ RTS | Bond $513.00 | Fine $.00 | Purge $.00 | Bond Grp |
|---|---|---|---|---|---|---|---|---|---|

**Charge Cmts:**

**Sentence Cmts:**    AC7QEYE-1 sucessfully added.

**014**

# Jail Inmate Management System
## Movement History - 1822742  BELLO NOGUEDA,CARLOS RAUL

### November 29 2019

Unscheduled Event HOUS-UNSCH    occurred at 11/29/2019 12:21 - 11/29/2019 12:21
    Checked out of I on the way to CSOD-INTAK-REC-01-008 at 11/29/2019 12:21
    Completed event at 11/29/2019 12:21
Unscheduled Event HOUS-UNSCH    occurred at 11/29/2019 13:02 - 11/29/2019 13:02
    Checked out of CSOD-INTAK-REC-01-008 on the way to CSOD-INTAK-PRO-01--50 at 11/29/2019 13:02
    Completed event at 11/29/2019 13:02
Event HOUS-CSO-CE (9762837)  scheduled at 11/29/2019 14:30 - 15:30  occurred at 11/29/2019 14:45 - 11/29/2019 14:50
    Checked out of CSOD-INTAK-PRO-01-003 on the way to CSOD-PRE-HOUSE-01-1 at 11/29/2019 14:45
    Checked into CSOD-PRE-HOUSE-01-1 at 11/29/2019 14:46
    Checked out of CSOD-PRE-HOUSE-01-1 on the way to CEN-2C1-UN01-U3-002 at 11/29/2019 14:46
    Completed event at 11/29/2019 14:50

### November 30 2019

Event CCJC-R101 (9763325)    scheduled at 11/30/2019 8:30 - 11:30  occurred at 11/30/2019 8:14 - 11/30/2019 10:07
    Checked out of CEN-2C1-UN01-U3-002 on the way to CJC-MISDEMEANOR ADVISORY at 11/30/2019 8:14
    Completed event at 11/30/2019 10:07

### December 02 2019

Event HOUS-SCHED (9764874)   scheduled at 12/02/2019 2:30 - 3:30  occurred at 12/02/2019 2:23 - 12/02/2019 2:44
    Checked out of CEN-2C1-UN01-U3-002 on the way to CEN-6C1-UN01-L7-001 at 12/02/2019 2:23
    Completed event at 12/02/2019 2:44
Event PREA-CPREA1 (9052047)  scheduled at 12/02/2019 14:30 - 15:30  occurred at 12/02/2019 14:33 - 12/02/2019 15:05
    Checked out of CEN-6C1-UN01-L7-001 on the way to CD 6TH FL MPR at 12/02/2019 14:33
    Completed event at 12/02/2019 15:05

### December 04 2019

Event MED-6CHP (9767797)    scheduled at 12/04/2019 15:00 - 15:15  occurred at 12/04/2019 15:25 - 12/04/2019 16:02
    Checked out of CEN-6C1-UN01-L7-001 on the way to CD 6TH FLR NURSES ST at 12/04/2019 15:25
    Completed event at 12/04/2019 16:02

### December 06 2019

Event MED-NUR 2C (9769800)   scheduled at 12/06/2019 9:45 - 10:00  occurred at 12/06/2019 9:50 - 12/06/2019 10:39
    Checked out of CEN-6C1-UN01-L7-001 on the way to CEN DIV. 2ND FLR at 12/06/2019 9:50
    Completed event at 12/06/2019 10:39
Event HOUS-CEN-HD (9775193)  scheduled at 12/06/2019 10:30 - 11:30  occurred at 12/06/2019 10:47 - 12/06/2019 11:12
    Checked out of CEN-6C1-UN01-L7-001 on the way to CSOD-PRE-HOUSE-01-4 at 12/06/2019 10:47
    Checked into CSOD-PRE-HOUSE-01-4 at 12/06/2019 10:55
    Checked out of CSOD-PRE-HOUSE-01-4 on the way to HD-CLIN-CL_WT-01-91 at 12/06/2019 10:55
    Checked into HD-CLIN-CL_WT-01-91 at 12/06/2019 10:59
    Checked out of HD-CLIN-CL_WT-01-91 on the way to HD-2H2-2H2B-B1-001 at 12/06/2019 10:59
    Completed event at 12/06/2019 11:12

### December 09 2019

Event HOUS-SCHED (9778647)   scheduled at 12/09/2019 18:00 - 19:00  occurred at 12/09/2019 17:58 - 12/09/2019 18:02
    Checked out of HD-2H2-2H2B-B1-001 on the way to HD-3H4-3H4A-A-006 at 12/09/2019 17:58
    Completed event at 12/09/2019 18:02

### December 10 2019

Event VIS-REG (9778510)      scheduled at 12/10/2019 11:30 - 12:10  occurred at 12/10/2019 11:38 - 12/10/2019 12:15
    Checked out of HD-3H4-3H4A-A-006 on the way to HD-3H4-A at 12/10/2019 11:38
    Completed event at 12/10/2019 12:15
Event In Process REL-HDREL (9779906)    scheduled at 12/10/2019 17:55 - 18:55  occurred at 12/10/2019 19:11 - 12/10/2019 19:52
    Checked out of HD-3H4-3H4A-A-006 on the way to HD-CLIN-HOLD1-01-1 at 12/10/2019 19:11
    Checked into HD-CLIN-HOLD1-01-1 at 12/10/2019 19:13

**015**

Checked out of HD-CLIN-HOLD1-01-1 on the way to CSOD-PRE-HOUSE-01-8 at 12/10/2019 19:43
Checked in to CSOD-PRE-HOUSE-01-8 at 12/10/2019 19:52

**016**

Mugshot - 1822742 BELLO NOGUEDA CARLOS RAUL

**Inmate Detail**

| Docket No. | SPN | Inmate Name | Housing Location | Security Level | RSA |
|---|---|---|---|---|---|
| 1822742 | 310765947 | BELLO NOGUEDA,CARLOS RA | | Minimum Misd | HM37 |



Print    Close

**017**

February 21, 2020 15:42

## Jail Inmate Management System
### Incompatible with  - 1822742  BELLO NOGUEDA,CARLOS RAUL

| Docket No. | SPN | Last Name | First Name | Housing Location |
|---|---|---|---|---|

Total: 0

**018**

# Jail Inmate Management System
## Housing History - 1822742  BELLO NOGUEDA,CARLOS RAUL

| Housing | Arrival | Departure | House Change Reason | Status |
|---|---|---|---|---|
| CSOD-INTAK-REC-01-00i | 11/29/2019 12:21 | 11/29/2019 13:02 | Inmate Record Creation | Accepted |
| CSOD-INTAK-PRO-01-00: | 11/29/2019 13:02 | 11/29/2019 14:50 | | Unscheduled |
| CEN-2C1-UN01-U3-002 | 11/29/2019 14:50 | 12/02/2019 02:44 | Misdemeanor- House in Male Holding. se8712 | Scheduled |
| CEN-6C1-UN01-L7-001 | 12/02/2019 02:44 | 12/06/2019 11:12 | Minimum Custody Misd. SVP - Potential Victim. Veteran - no space in 2C2. ap7541 | Scheduled |
| HD-2H2-2H2B-B1-001 | 12/06/2019 11:12 | 12/09/2019 18:02 | Close Observation.  Minimum Misdemeanor Custody, SVP Potential Victim,  Veteran - notified Dep Corkum 5891 | Scheduled |
| HD-3H4-3H4A-A-006 | 12/09/2019 18:02 | 00/00/0000 00:00 | Cleared Close Observation & Placed on Psych Observation (MHTU) Approved by Supervisor Holler, Minimum Misd. Custody SVP Potential Victim Veteran rg9825 | Scheduled |

**019**

## Contact Log Report

| Code: | | CIS No: | 1822742 | Location: | | From: | 00/00/0000 00:00 | To: | 00/00/0000 00:00 | User ID: | |

| Code | Description | CIS No. | Inmate Name | Date | User ID | Special Housing |
|------|-------------|---------|-------------|------|---------|:---:|
| Infor Disc | INFORMAL DISCIPLINE- WHILE NURSE HILERY WAS IN THE POD FOR DIABETIC CHECKS, BELLO BECAME EXTREMELY IRATE YELLING THAT HE NEEDS HIS MEDICATION. NURSE HILERY INSTRUCTED HIM TO SIGN UP FOR NURSE SICK CALL AS I DID BEFORE SHE ARRIVED. BELLO WAS VERBALLY COUNSELED AND PROGRESSIVE DISCIPLINE SHOULD FOLLOW ON FUTURE OCCURENCES. | 1822742 | RLOS BELLO NOGUE | 12/02/19 15:54 | cmoses | ☐ |
| Infor Disc | INFORMAL DISCIPLINE- CAUGHT IN THE LOWER TIER BATHROOM APPLYING COLORED PENCIL TO HIS EYEBROWS AND TO HIS FACE AS MAKEUP. VERBALLY COUNSELED THAT THIS IS NOT ALLOWED AND WILL NOT BE TOLERATED | 1822742 | RLOS BELLO NOGUE | 12/03/19 10:45 | aberje | ☐ |
| Meal | Received a Meal | 1822742 | RLOS BELLO NOGUE | 12/05/19 11:27 | adiaz | ☐ |
| Supervisor | Supervisor Check | 1822742 | RLOS BELLO NOGUE | 12/05/19 14:54 | adiaz | ☐ |
| Per Ck Cmp | PERIODIC CHECK COMPLETED AND TERMINATED BY - PLACED ON CLOSE OBSERVATION STATUS PER LCSW DIXON. | 1822742 | RLOS BELLO NOGUE | 12/06/19 10:37 | scoxjr | ☐ |
| Meal | RECEIVED A LUNCH MEAL | 1822742 | RLOS BELLO NOGUE | 12/06/19 11:19 | dhughes | ☐ |
| Meal | RECEIVED A MEAL-DINNER | 1822742 | RLOS BELLO NOGUE | 12/06/19 16:26 | dhughes | ☐ |
| Supervisor | Supervisor Check | 1822742 | RLOS BELLO NOGUE | 12/06/19 18:40 | mstowell | ☐ |
| REVIEW | Reviewed Contact Log | 1822742 | RLOS BELLO NOGUE | 12/06/19 18:41 | mstowell | ☐ |
| DayTime | Dayroom Time | 1822742 | RLOS BELLO NOGUE | 12/06/19 22:30 | twillis | ☐ |
| Meal | Received a Meal | 1822742 | RLOS BELLO NOGUE | 12/07/19 04:01 | twillis | ☐ |
| Meal | Received a Meal | 1822742 | RLOS BELLO NOGUE | 12/07/19 10:43 | nsweeney | ☐ |
| Meal | RECEIVED A MEAL - LUNCH | 1822742 | RLOS BELLO NOGUE | 12/07/19 11:16 | nsweeney | ☐ |
| Supervisor | Supervisor Check | 1822742 | RLOS BELLO NOGUE | 12/07/19 14:38 | rcampbell | ☐ |
| Meal | RECEIVED A MEAL - DINNER | 1822742 | RLOS BELLO NOGUE | 12/07/19 16:18 | nsweeney | ☐ |
| Other | ZONE INSPECTIONS CONDUCTED IN CELL WITH CPL. SMITH AND DEP.'S SIDERIS AND APPEL. DA7930 | 1822742 | RLOS BELLO NOGUE | 12/07/19 19:32 | lopezii | ☐ |
| Meal | Received a Meal | 1822742 | RLOS BELLO NOGUE | 12/08/19 03:45 | lopezii | ☐ |
| Meal | RECEIVED A MEAL. | 1822742 | RLOS BELLO NOGUE | 12/08/19 04:06 | lopezii | ☐ |
| Supervisor | Supervisor Check | 1822742 | RLOS BELLO NOGUE | 12/08/19 15:17 | rcampbell | ☐ |
| Meal | Received a Meal | 1822742 | RLOS BELLO NOGUE | 12/08/19 15:42 | mjsmith | ☐ |
| Meal | RECEIVED A MEAL DINNER | 1822742 | RLOS BELLO NOGUE | 12/08/19 15:44 | mjsmith | ☐ |
| Other | ZONE INSPECTIONS WERE CONDUCTED AND COMPLETED IN EACH CELL BY CPL. SMITH AND DEP.'S LOPEZ AND SIDERIS. DA7930 | 1822742 | RLOS BELLO NOGUE | 12/08/19 19:33 | lopezii | ☐ |
| Meal | RECEIVED A MEAL. DA7930 | 1822742 | RLOS BELLO NOGUE | 12/09/19 04:23 | lopezii | ☐ |
| Other | LMHC MATHEW VISITING CELL SIDE | 1822742 | RLOS BELLO NOGUE | 12/09/19 14:51 | tcassidy | ☐ |
| CellClean | CLEANED CELL TODAY DURING ZONES. | 1822742 | RLOS BELLO NOGUE | 12/09/19 15:33 | chole | ☐ |
| Meal | RECEIVED A MEAL - DINNER TRAY | 1822742 | RLOS BELLO NOGUE | 12/09/19 15:40 | tcassidy | ☐ |
| Meal | RECEIVED A MEAL - LUNCH TRAY | 1822742 | RLOS BELLO NOGUE | 12/09/19 17:30 | tcassidy | ☐ |
| REVIEW | REVIEWED CONTACT LOG.CH6921 | 1822742 | RLOS BELLO NOGUE | 12/09/19 17:37 | chole | ☐ |
| Meal | Received a Meal | 1822742 | RLOS BELLO NOGUE | 12/10/19 04:19 | cmari | ☐ |
| Supervisor | Supervisor Check | 1822742 | RLOS BELLO NOGUE | 12/10/19 05:37 | rdaniels | ☐ |

**020**

February 21, 2020 15:43

# Jail Inmate Management System
## Demographics - 1822742  BELLO NOGUEDA, CARLOS



| | | |
|---|---|---|
| Docket No: 1822742 | SPN: 310765947 | SSN: ████ | Date Admitted: 11/29/2019 12:20 |
| Last Name: BELLO NOGUEDA | First Name: CARLOS | Middle Name: RAUL | Suffix: |
| Address: TRANSIENT | City: GULFPORT | State: FL | Zip Code: 33707-0000 |
| ID Type: Driver license | ID Number: B452116823030 | ID State: FL | PIN: 18227423358 | Phone: (727) 342-3147 |

| | | |
|---|---|---|
| Booking Type: Misdemeanor | Education: Diploma | Arrest Type: Traffic - FTA |
| Incident No: 0 | Marital Status: Single | Arrest Officer: JANOVICH   02490251 |
| OBTS No: 0 | Occupation: Nurse | Arrest Agency: Gulfport |
| SID: 98109889 | Language: English | Arrest Date/Time: 11/29/2019 11:07 |
| SO ID: 520000651167 | Religion: None | Location of Arrest: |

| | | |
|---|---|---|
| Sex: Male | Current Age: 37 | Height: 511 | Eye: Brown | FBI No: |
| Race: Hispanic | Age at Arrest: 37 | Weight: 175 | Hair: Blond | INS No: |
| DOB: 08/23/1982 | POB: MEXICO | POB: MM | SPOT: | Complexion: MED | FDCN: |
| Consulate: Yes | Citizenship: OT | | Acct. Class: GENERAL PO | DNA: |

Comments: NCIC/FCIC 1229 WA/VIPAR

**021**

February 21, 2020 15:43

# Jail Inmate Management System
## Aliases - 1822742  BELLO NOGUEDA, CARLOS



February 21, 2020 15:44

## Jail Inmate Management System
## Scars, Marks and Tattoos - 1822742  BELLO NOGUEDA, CARLOS

| Category: | Type: | Description: |
|---|---|---|
|  |  |  |

**023**

**Jail Inmate Management System**
**Contacts - 1822742  BELLO NOGUEDA, CARLOS**

February 21, 2020 15:44

LOCAL ADDRESS

Phone: ( ) -

Address:     City:     State: [ ] Zip: -

NEXT OF KIN    Relationship: [ ]

Last:    First:    Middle:    Phone: ( ) -

Address:    City:    State: [ ] Zip: -

EMERGENCY CONTACT    Relationship: [ ]

Last: NONE    First:    Middle:    Phone: ( ) -

Address:    City:    State: [ ] Zip: -

ATTORNEY    Relationship: [ ]

Last:    First:    Middle:    Phone: ( ) -

Address:    City:    State: [ ] Zip: -

EMPLOYER    Relationship: [ ]    Yrs. Employed: 0    Mnths. Employed: 0

Last:    First:    Middle:    Phone: ( ) -

Address:    City:    State: [ ] Zip: -

PHYSICIAN    Relationship: [ ]

Last:    First:    Middle:    Phone: ( ) -

Address:    City:    State: [ ] Zip: -

OTHERS    Relationship: [ ]

Last:    First:    Middle:    Phone: ( ) -

Address:    City:    State: [ ] Zip: -

**024**

February 21, 2020 15:44

# Jail Inmate Management System
## Classification - 1822742  BELLO NOGUEDA, CARLOS

| Classification Reason | Custody Score | Lower Bunk Required | Acct. Class: | Reclassification Date |
|---|---|---|---|---|
| Scheduled Reclassification | | | GENERAL POPULAT | 05/21/2020 |

| Security Level | Housing Type |
|---|---|
| Minimum Misd | Medical |

**Special Considerations**

30 day Reassessment: 1-1-20

**Reason for Current Housing Assignment**

**025**

February 21, 2020 15:44

# Jail Inmate Management System
## Release Information - 1822742  BELLO NOGUEDA, CARLOS

**Released Date:** 12/10/19 20:20      **Release Reason:** Cash Bond

**Release Auth By:** MSC9670      **Release To Agency:**

**Comments:** CB # 422687

**026**

**PINELLAS COUNTY SHERIFF'S OFFICE**

## Case Note Details for 1822742-BELLO NOGUEDA,CARLOS :                    2/21/2020

**Note Id:** 183386

**Entry Type:** Class Notes     **Housing Location:** CSOD-INTAK         PRO     **User ID:** semanuels

**Contact Date:**               **Entry Date:** 11/29/2019 14:38     **Last Update:** 11/29/2019 14:38

Misdemeanor- House in Male Holding. se8712

---

**Note Id:** 183440

**Entry Type:** Class Notes     **Housing Location:** CEN-2C1     UN01     **User ID:** apaolillo

**Contact Date:**               **Entry Date:** 12/02/2019 02:13     **Last Update:** 12/02/2019 02:13

Minimum Custody Misd. SVP - Potential Victim. Veteran - no space in 2C2. ap7541

---

**Note Id:** 183459

**Entry Type:** PREA Education     **Housing Location:** CEN-6C1     UN01     **User ID:** showell

**Contact Date:**               **Entry Date:** 12/02/2019 15:33     **Last Update:** 12/02/2019 15:33

12-2-19 PREA Education Recieved          sh59283

---

**Note Id:** 183610

**Entry Type:** Class Notes     **Housing Location:** CEN-6C1     UN01     **User ID:** cwidua

**Contact Date:**               **Entry Date:** 12/06/2019 10:43     **Last Update:** 12/06/2019 10:43

Close Observation.  Minimum Misdemeanor Custody, SVP Potential Victim,  Veteran - notified Dep Corkum 5891 -cw9431

---

**Note Id:** 183707

**Entry Type:** Class Notes     **Housing Location:** HD-2H2     2H2B     **User ID:** rgreen

**Contact Date:**               **Entry Date:** 12/09/2019 17:57     **Last Update:** 12/09/2019 17:57

Cleared Close Observation & Placed on Psych Observation (MHTU) Approved by Supervisor Holler, Minimum Misd. Custody SVP Potential Victim Veteran rg9825

**027**

PROPERTY RECORD RECEIPT

# PINELLAS COUNTY SHERIFF'S OFFICE

**Consolidated**

| Docket No. | SPN | Inmate Name | Housing Location | Security Level | RSA |
|---|---|---|---|---|---|
| 1822742 | 310765947 | BELLO NOGUEDA, CARLOS RA | | Minimum Misd | HM37 |

**Form 1 of 1**

Received By: akass   Location: CSOD   Property Roc   Container: V142   P   Date: 12/10/2019 20:00

| Item | | Description | Item | | Description |
|---|---|---|---|---|---|
| | Belt | | 1 | Bulk Bag(s) | |
| 1 | Cell Phone | | | Glasses | |
| | Hair Tie / Clip | | | Hat / Cap | |
| | Key(s) | | | Lighter | |
| | Medical Items | | | Medication Bo | |
| | Misc. Items | | | Purs | |
| 1 | Wallet | | 1 | X - Other 1 | pfc invt 6491 verf 5891 |
| | X - Other 2 | | 1 | X - Other 3 | bulk from intake |

**RELEASED**

| Jewelry | | Description | Yellow Color | White Color | Ston |
|---|---|---|---|---|---|
| | Bracelet 1 | | | | |
| | Bracelet 2 | | | | |
| 1 | Earring 1 | | | | |
| | Earring 2 | | | | |
| | Necklace 1 | | | | |
| | Necklace 2 | | | | |
| | Piercing 1 | | | | |
| | Piercing 2 | | | | |
| | Ring 1 | | | | |
| | Ring 2 | | | | |
| | Watch | | | | |
| | X - Other Jewelr | | | | |

Comments: blk purse, blond hair, blk boots, blk cardagan, nude wire bra, dress

---

**Property Receipt**
This receiving officer hereby certifies that the above listing accurately represents property received from prisoner/inmate.

Receiving Officer_____ Badge #_____ Arresting Officer_____ Badge #_____

2nd Officer if prisoner/inmate refuses or unable to sign_____ Badge #_____

Prisoner acknowledges that any personal property and/or clothing stored for more than 30 days from release or discharge will be disposed without court order as agreed to by the prisoner.

Prisoner_____ I.D. #_____ PIN: 18227423358

**Property Release**
This is to certify that all items listed above have been released or have been stored for more than 30 days from discharge date and have been disposed of as authorized upon property receipt.

Release Reason:_____ Release Date:_____ Release Officer_____ Badge #_____

Prisoner/Person Receiving_____ Date_____ Officer_____ Badge #_____

Recipient:_____ Relation_____ Phone Number_____

Address_____ City_____ State_____ Zip Code_____

---

**028**

PROPERTY RECORD RECEIPT

# PINELLAS COUNTY SHERIFF'S OFFICE

**Consolidated**

| Docket No. | SPN | Inmate Name | Housing Location | Security Level | RSA |
|---|---|---|---|---|---|
| 1822742 | 310765947 | BELLO NOGUEDA, CARLOS RA | | Minimum Misd | HM37 |

**Form 1 of 1**

**Comments:** PFC - 1 pr uw, colored pencils, coffee, misc papers

**Inmate's Signature** _____

**Date:** 12/10/2019 20:01

---

**Property Receipt**
This receiving officer hereby certifies that the above listing accurately represents property received from prisoner/inmate.

Receiving Officer_____ Badge #_____ Arresting Officer_____ Badge #_____

2nd Officer if prisoner/inmate refuses or unable to sign_____ Badge #_____

Prisoner acknowledges that any personal property and/or clothing stored for more than 30 days from release or discharge will be disposed without court order as agreed to by the prisoner.

Prisoner_____ I.D. #_____ PIN: 18227423358

**Property Release**
This is to certify that all items listed above have been released or have been stored for more than 30 days from discharge date and have been disposed of as authorized upon property receipt.

Release Reason:_____ Release Date:_____ Release Officer_____ Badge #_____

Prisoner/Person Receiving_____ Date_____ Officer_____ Badge #_____

Recipient:_____ Relation_____ Phone Number_____

Address_____ City_____ State_____ Zip Code_____

**029**

**Attorney Visits**

2/21/2020

| Event ID | Description | Event Time | Check in | Visitor | Attend |
|----------|-------------|------------|----------|---------|--------|

1

## INMATE VISITATION QUERY

**Docket Inquiry:**  **Docket #:**
1822742

**Visitor Name:**  **Last Name:**  **First Name:**  **Visitor ID:**

**Inmate Name:**  **Last Name:**  **First Name:**  Submit   Clear

Click the Clear button then re-search your query

STATUS: P = PENDING, C = CANCELED, Y = COMPLETED, E = EXCUSED, U = UNEXCUSED

A network-related or instance-specific error occurred while establishing a connection to SQL Server. The server was not found or was not accessible. Verify that the instance name is correct and that SQL Server is configured to allow remote connections. (provider: Named Pipes Provider, error: 40 - Could not open a connection to SQL Server)

1

| Visit Time | Docket # | Inmate | Visitor Name | Address | City/State | ID Type | ID Number | Phone | Status |
|---|---|---|---|---|---|---|---|---|---|
| 12/10/2019 11:30:00 AM | 1822742 | BELLO NOGUEDA,CARLOS | RINGER,ROOK | 3405 MYRICA ST. | TAMPA,FL | D | R526725739640 | 8139536788 | Y |
| 12/10/2019 11:30:00 AM | 1822742 | BELLO NOGUEDA,CARLOS | RINGER,ROOK | 3405 MYRICA ST. | TAMPA,FL | D | R526-725-73-964 | 8139536788 | Y |

1

**031**

ASK Admin Reports

2/21/2020
3:48 PM

**Pinellas County**
**Print Message Report**
**From 11/29/2019  To 2/21/2020**

**Case #:** 817475
**Inmate:** BELLO NOGUEDA, CARLOS      **ID:** 1822742            **Type:** Permission
**Recipient:** HOUSING DEPUTY          **Created:** 12/10/2019 1:53 PM   **Category:** Property Grievance
**Cellblock:**                                                    **Sub-Catgory:**
**Case Cellblock:** HD-3H4-3H4A-A-006                              **Status:** Closed, Unfounded

| From | To | Message | Entered |
|------|-----|---------|---------|
| BELLO NOGUEDA, CARLOS | HOUSING DEPUTY | i ned a bra at minimum. im a ts woman,transgender, and ben on hrt over three years. to grow a bust. why do i have to show everyman my boobs when i get changed. my chest huts due to anxiety or potasium levels unbalanced. due not geting hrt since ive ben here. its hard to breath at times. | 12/10/2019 1:54:00 PM |
| SGT. MOON #54062 | BELLO NOGUEDA, CARLOS | You have received permission to file a grievance. Inmates have 72 hours to file the grievance once approval has been granted. The approved category of the grievance is listed in the "Subject" line above. In order to file a grievance, click the back button, click on "New", select "Grievance" and select the approved category. | 12/11/2019 6:09:00 AM |
| SUPPORT/DDC ADMIN | BELLO NOGUEDA, CARLOS | Case closed by System due to inmate being released. | 12/11/2019 9:40:00 PM |

**032**

ASK Admin Reports

2/21/2020
3:48 PM

**Pinellas County**
**Print Message Report**
**From 11/29/2019 To 2/21/2020**

**Case #:** 809314

**Inmate:** BELLO NOGUEDA, CARLOS
**Recipient:** HOUSING DEPUTY
**Cellblock:**
**Case Cellblock:** CEN-6C1-UN01-L7-001

**ID:** 1822742
**Created:** 12/2/2019 3:53 PM

**Type:** Request
**Category:** 01. General Request
**Sub-Catgory:** 4. Division Commander Request
**Status:** Closed, Unfounded

| From | To | Message | Entered |
|------|-----|---------|---------|
| BELLO NOGUEDA, CARLOS | HOUSING DEPUTY | i have not recived hrt. i signed to se arnp nurse on friday. iv been off spironlactone,finersteride, and can feel chest pains. hormones unbalalanced.  the lack of feedback about when ill see the arnp. | 12/2/2019 3:53:00 PM |
| SGT. FRANJESEVIC #55432 | BELLO NOGUEDA, CARLOS | Inmate Nogueda was medically evaluated for his "Chest Pains" on 12/02/2019 at 1645 hours.  Per Nurse Hillary, the inmate was cleared to remain in current housing. | 12/2/2019 4:48:00 PM |

Page 1

**033**

**Case #:** 810406

| | | | |
|---|---|---|---|
| **Inmate:** BELLO NOGUEDA, CARLOS | **ID:** 1822742 | **Type:** Request | |
| **Recipient:** HOUSING DEPUTY | **Created:** 12/3/2019 2:46 PM | **Category:** 01. General Request | |
| **Cellblock:** | | **Sub-Catgory:** 1. Housing Deputy Request | |
| **Case Cellblock:** CEN-6C1-UN01-L7-001 | | **Status:** Closed, Unfounded | |

| From | To | Message | Entered |
|------|----|---------|---------|
| BELLO NOGUEDA, CARLOS | HOUSING DEPUTY | requesting pillow. my bed ive obsereved didnt come with a pillow . ive requested one and was told not all bds come with them. | 12/3/2019 2:47:00 PM |
| DEP. BERJE #54153 | BELLO NOGUEDA, CARLOS | When one becomes available it can be given to you | 12/3/2019 2:51:00 PM |

**034**

**Case #:** 816598

| | | |
|---|---|---|
| **Inmate:** BELLO NOGUEDA, CARLOS | **ID:** 1822742 | **Type:** Request |
| **Recipient:** HOUSING DEPUTY | **Created:** 12/9/2019 7:42 PM | **Category:** 06. Property Request |
| **Cellblock:** | | **Sub-Catgory:** Property Request |
| **Case Cellblock:** HD-3H4-3H4A-A-006 | | **Status:** Closed, Unfounded |

| From | To | Message | Entered |
|---|---|---|---|
| BELLO NOGUEDA, CARLOS | HOUSING DEPUTY | need debit card number to order comisary. can i request my make up bag please.  i have property like my underwear in a bag. i had a coffee bag colored pencils. | 12/9/2019 7:42:00 PM |
| DEP. MARI #55653 | BELLO NOGUEDA, CARLOS | You can't receive your debit card number to place commissary orders. No make up ids allowed. If you have personal under garments that would not be considered contraband, you can request those items. | 12/9/2019 8:55:00 PM |

**035**

Classification Assessment: Admissions Assessment - 1822742 BELLO-NOGUEDA, CARLOS RAUL

**Classification Form**

## PART I. ADMISSION ASSESSMENT

| Category: 1. SEVERITY OF CURRENT CHARGES/CONVICTIONS | Category Score: 0 |
|---|---|

Low - 0
✓

Moderate - 2

High - 8

Highest - 11

(The Severity of Offense Scale used and the most serious charge/conviction, including detainers/warrants was rated.)

| Category: 2. SERIOUS OFFENSE HISTORY | Category Score: 0 |
|---|---|

None or Low - 0
✓

Moderate - 1

High - 7

Highest - 11

(The Severity of Offense Scale used and the most serious charge/conviction, including detainers/warrants was rated.)

| Category: 3. ESCAPE HISTORY (EXCLUDING CURRENT CHARGES) | Category Score: 0 |
|---|---|

No Escape or Attempts - 0
✓

Walkaway or attempted escape from minimum security facility or failure to return from authorized absence - 8

Escape or attempted escape from medium or maximum security setting - 11

| Category: 4. INSTITUTIONAL DISCIPLINARY HISTORY | Category Score: 0 |
|---|---|

None or minor disciplinary reports - 0
✓

One or more major disciplinary reports and/or time in segregation - 3

| Category: 5. PRIOR FELONY CONVICTIONS | Category Score: 0 |
|---|---|

None - 0
✓

One - 2

Two or more - 4

Current charges were excluded and the last five years of street time was reviewed.

| Category: 6. ALCOHOL/DRUG ABUSE (CHOOSE ONE) | Category Score: 0 |
|---|---|

No social, economic, or legal problems related to abuse - 0
✓

Abuse resulting in social, economic, or legal problems - 1

**036**

Classification Assessment, Admissions Assessment - 1822742 BELLO NOGUEDA, CARLOS RAUL

## PART I. ADMISSION ASSESSMENT

Category: 6. ALCOHOL/DRUG ABUSE (CHOOSE ONE)                                    Category Score:    0

   Abuse resulting in assaultive behavior - 3

   · ·

Category: 7. STABILITY FACTORS (DEDUCT INDICATED POINTS)                        Category Score:   -2

   Age 26 or over - (-1)                                                                       -1
   ✓

   Employed or attending school for 6 months prior to arrest - (-1)                            -1
   ✓

   Lived at same address for 12 or more months prior to arrest - (-1)

Category: 8. CUSTODY LEVEL                                                      Category Score:    0

   0 to 5 points ............................................................Minimum
   ✓

   0 to 5 points with detainer/warrant ......................................Medium

   6 to 10 points ...........................................................Medium

   11 to 39 points ..........................................................Maximum

   40+ points ...............................................................Close Custody

   Military/ICE Hold Only ....................................................PC Housing

Category: 9. SPECIAL MANAGEMENT ISSUES (CHECK ALL APPLICABLE)                   Category Score:    0

   Red Dot Aggressive

   Red Dot Death Row

   Red Dot Escape Risk

   Administrative Segregation

   Threat Group Member

   Protective Custody

   Sex Offender

   Jimmy Ryce

   Ice Hold Only

   Juvenile

   Suicide Risk

   Close Observation

   Psychiatric Observation

**037**

Classification Assessment: Admissions Assessment - 1822742 BELLO NOGUEDA, CARLOS RAUL

## PART I. ADMISSION ASSESSMENT

Category: 9. SPECIAL MANAGEMENT ISSUES (CHECK ALL APPLICABLE)        Category Score:    0

Medical Observation

Other

      Please explain:

Category: 10. SVP ASSESSMENT "VULNERABILITY"        Category Score:    0

1. Inmate has been sexually victimized while incarcerated.

    Reported - verified  (Known Victim)

      Where and when did it occur?

    Reported - not verified (Potential Victim)

      Where and when did it occur?

    Not reported  (Potential Victim)

      Where and when did it occur?

2. Inmate has been sexually abused (excluding incarcerations).

✓

3. The inmate and/or the interviewer is concerned with being sexually victimized while incarcerated.

    If so, please specify:

4. Inmate is LBGTI or gender non-conforming.

✓   If so, please specify:   Transgender

5. Does the inmate require special accommodations?.

    If so, please specify:

6. Inmate has never been incarcerated longer than 90 days.

✓

7. Inmate has a history of consensual sex while incarcerated in the last 10 years.

8. Inmate is 26 years of age or younger or 65 years of age or older.

9. Inmate is of small physical stature (5'6" or less and 140 lbs. or less (Males only).

10. Inmate has prior convictions for sex offenses.

11. Inmate refused to answer one or more of the first 10 questions in the "Vulnerability Factors" section.

    If so, which question(s)?

12. Item #1 is checked. Enter "Known or Potential Victim" code in category 12 based on information provided.

    If so, please specify:

13. Inmate answered "Yes" to 3 or more (excluding item #1). I have entered "Potential Victim" code in Category 12.

✓

14. Neither items 12 or 13 are checked. I have entered "No Score" code in category 12.

Category: 11. SVP ASSESSMENT "PREDATORY"        Category Score:    0

1. Inmate has a substantiated sexual abuse case while incarcerated.

2. Inmate has been convicted of Sex Battery,Agg Battery,Fel Dom Battery, or other violent crimes toward others (Felony).

3. Inmate has displayed a pattern of institutional predatory behavior.

4. Inmate has a history of consensual sex while incarcerated.

**038**

Classification Assessment: Admissions Assessment - 1622742 BELLO NOGUEDA, CARLOS RAUL

## PART I. ADMISSION ASSESSMENT

Category: 11. SVP ASSESSMENT "PREDATORY"      Category Score: 0

5. Inmate has a gang or security threat group affiliation.

    If so, please specify:

6. Item 1 was checked. I have entered "Known Predator" code in category 12.

7. Two or more (excluding item 1) were checked. I have entered "Potential Predator" code in category 12.

8. Neither item 6 or 7 was checked. I have entered "No Score" code in category 12.
✓

---

Category: 12. SVP ASSESSMENT CODE      Category Score: 0

Potential Victim
✓

Potential Predator

Known Victim

Known Predator

No Score

---

Category: 13. OTHER FACTORS      Category Score: 0

Inmate was uncooperative and not interviewed.

Inmate's Arrest Affidavit(s) was reviewed.
✓

FCIC/NCIC and prior/current institutional records were reviewed.
✓

Inmate is a Veteran.
✓     If so, which branch?    Army

Referred to the inmate handbook on the housing kiosks
    Comment:

Inmate was given orientation.
✓     Comment:

---

Category: 14. ACCOMMODATIONS      Category Score: 0

Vision
    Comment:

Hearing
    Comment:

Physical
    Comment:

Developmental
    Comment:

Psychiatric
    Comment:

Interpreter Provided
    Comment:

---

*Comments and Status*

**039**

**Classification Assessment: Admissions Assessment - 1622742 BELLO NOGUEDA, CARLOS RAUL**

| Officer ID: | apaolillo | Comments: | Minimum Custody Misd  SVP - Potential Victim, | Custody Score: | -2 |
| Time : | 12/2/2019 00:40:10 | | Veteran. ap7541 | | |

Inmate's Signature _____          Date: 12/02/2019 02:12

Jail Inmate Management System

Release Form - 1822742  BELLO NOGUEDA,CARLOS RAUL

## PINELLAS COUNTY SHERIFF'S OFFICE
### *Release Form*                          *12/10/2019 17:56*

| Docket No. | SPN | Inmate Name | Housing Location | Security Level | RSA |
|---|---|---|---|---|---|
| 1822742 | 310765947 | BELLO NOGUEDA,CARLOS R | HD-3H4-3H4A-A-006 | Minimum Misd | MH37 |

Scheduled Release Date: 12/10/2019 17:55        Release Reason: Cash Bond

Release Event: REL  -                            Release To Agency:

Release Auth By: MSC9670

Comments: CB # 422687

Authorized By: MXXG7o                            Date: 12/6/19

Officer's name: MB                              Badge number: 9900

Released to:                                     Time: 2020

Inmate Signature:



PMF
7226

November 29, 2019 13:47

## Jail Inmate Management System
## Demographics - 1822742  BELLO NOGUEDA, CARLOS



| | | | | |
|---|---|---|---|---|
| Docket No: 1822742 | SPN: 310786947 | SSN: ▮▮▮▮ | Date Admitted: 11/29/2019 12:20 | |
| Last Name: BELLO NOGUEDA | First Name: CARLOS | | Middle Name: RAUL | Suffix: |
| Address: 5701 12TH AVE SO | City: GULFPORT | State: FL | Zip Code: 33707-0000 | |
| ID Type: Driver license | ID Number: B452116823030 | ID State: FL | PIN: 16227423358 | Phone: (727) 342-3147 |

| | | |
|---|---|---|
| Booking Type: Misdemeanor | Education: | Arrest Type: Traffic - FTA |
| Incident No: 0 | Marital Status: | Arrest Officer: JANOVICH    02490251 |
| OBTS No: 0 | Occupation: | Arrest Agency: Gulfport |
| SID: 00000000 | Language: | Arrest Date/Time: 11/29/2019 11:07 |
| SO ID: 520000651167 | Religion: | Location of Arrest: |

| | | | | |
|---|---|---|---|---|
| Sex: Male | Current Age: 37 | Height: 511 | Eye: Brown | FBI No: |
| Race: Hispanic | Age at Arrest: 37 | Weight: 175 | Hair: Blond | INS No: |
| DOB: 08/23/1982 | POB: MEXICO | POB: MM | SPOT: | Complexion: MED | FDCN: |
| Consulate: | Citizenship: OT | Acct. Class: GENERAL PL | DNA: | |

Comments: NCIC/FCIC 1229 WA/VIPAR

CB
422687



NCIC ✓
WA ✓
VPR ✓
RV ✓
✓

**042**

FL0520500

**COMPLAINT/ARREST AFFIDAVIT ~ CIRCUIT/COUNTY COURT – PINELLAS COUNTY, FLORIDA**

| OBTS # | REPORT # GP19-25811 | DOCKET # 1822742 |
|---|---|---|
| Person ID | | SSN# |

| Charge Description | Felony | X Misdemeanor | Warrant | Traffic | Ordinance | Traffic Citation # (if any) | Court Case # |
|---|---|---|---|---|---|---|---|

Charge
WARRANT ARREST (DWLSR W/KNOWLEDGE - FTA)

| Defendant's Name (Last, First, Middle) | DOB | Sex | Race | Ht | Wt | Hair | Eyes | Skin |
|---|---|---|---|---|---|---|---|---|
| BELLO NOGUEDA, CARLOS RAUL | 08/23/1982 | M | H | 511 | 175 | BLN | BRO | MED |

| Alias KARLA BELLO | DL # B-452-116-82-303-0 | State FL | Scars/Marks/Tattoos/Physical Features NONE |
|---|---|---|---|

| Local Address (Street, City, State, Zip Code) 5701 12TH AVE S GULFPORT FL 33707 | Telephone 7273423147 | Place of Birth MEXICO | Citizenship RESIDENCY |
|---|---|---|---|

| Permanent Address (Street, City, State, Zip Code) 5701 12TH AVE S GULFPORT FL 33707 | Telephone 7273423147 | Employed by / School PEOPLE'S CHOICE |
|---|---|---|

| Weapon Seized Type ☐Yes ☒No | Indication of Drug Influence Y ☐ N ☒ UNK ☐ | Indication of Mental Health Issues Y ☐ N ☒ UNK ☐ | Indication of Alcohol Influence Y ☐ N ☒ UNK ☐ |
|---|---|---|---|

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody ☐Yes ☐No ☐Felony ☐Misdemeanor |
|---|---|---|---|---|

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody ☐Yes ☐No ☐Felony ☐Misdemeanor |
|---|---|---|---|---|

The undersigned swears that he/she has reasonable grounds to believe that the above named defendant on the **29** day of **NOVEMBER** **2019**

at approximately **10:51 AM**, at **5701 12TH AVE S, GULFPORT FL 33707** in Pinellas County did:

PINELLAS COUNTY WARRANT

ARREST ON WARRANT/CAPIAS # AC7QEYE

I HAVE NO KNOWLEDGE OF THIS CASE

BOND: $513

ISSUE DATE: 11/04/2019

WARRANT CANCELLED:
DATE: 11/29/2019 12:24:21 PM
CLERK: 55478
DEPUTY: 56952

Contrary to Florida Statute/Ordinance **901.02 / 322.34(2)**

ARREST DATE: **11/29/2019** Time **11:07 AM** , Aggravating/Mitigating Factors

Booking Officer: **WILLIAMS, M 56952** Amount of Bond **513.00** Bond Out Date _____ Time _____ ☐a.m. ☐p.m.

| Victim Notified of Advisory? ☐Yes ☐No | Injuries to Victim? ☐Yes ☐No | Medical Treatment to Victim? ☐Yes ☐No |
|---|---|---|

The Court reviewed this complaint and finds there: ☐is probable cause ☐is not probable cause to detain defendant ☐Bond Action, if any:

The probable cause determination is passed for: ☐24 Hrs ☐24 Hrs on showing of extraordinary circumstances   Received by Booking: 11/29/2019 12:24:23 PM

| Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read the foregoing document and that the facts in it are true. | REQUEST FOR INVESTIGATIVE COSTS, F.S. 938.27(1) | | | |
|---|---|---|---|---|
| | DATE | OFFICER | HOURS X PAY RATE    OR | COST |
| _[signature]_ | 11/29/2019 | JANOVICH | 1    30.32 | $30.32 |
| GULFPORT POLICE DEPT | | | | |
| Declarant Signature          Agency | | | | |
| OFFICER DAVID JANOVICH GP9274/625 | 02490251 | OTHER – Describe | | |
| Printed Name          Declarant ID# | | Continuation sheet ☐Yes ☐No | TOTAL $ $30.32 | |

COCR59 (Revised 10/2014)
815417   Copies to:

Jail

**043**

# CIRCUIT / COUNTY, PINELLAS COUNTY, FLORIDA
## CRIMINAL DIVISION

### CAPIAS

#1822742

STATE OF FLORIDA
VS.
CARLOS RAUL BELLO NOGUEDA

Case Number:   AC7QEYE
UCN:   522019CT076013000APC
Person ID:   310765947

Race:   Hispanic                 Sex:   Male              DOB:   08/23/1982
Height:   6 Ft. 0 In.            Weight:                     Hair:   Unknown or Bald
Eyes:   Unknown

Alias(es):   Carlos Bellonogueda; Carlos Raul Bellonogueda

Address:   2520 1st Ave N
            St Petersburg Fl 33713

In the name of the State of Florida, to all and singular the sheriffs of the said states,

Greetings,

These are to command you as have heretofore been commanded to take CARLOS RAUL BELLO NOGUEDA, if he be found in your county, and he safely keep, so that you have his body before the judge of above court, at the courthouse in Clearwater, Pinellas County, instanter to answer an information found and now pending in said court, for said county, for

Warrant Type:   FTA CAPIAS

Condition(s):

| Charge(s): | Statute(s): | Type: |
|---|---|---|
| Driving/while License/susp/revoked Had Knowledge | 322.34(2) | MISDEMEANOR |

Total Bond:   513.00

And have then and there this writ, with due return of your action endorsed thereon.

This Capias is issued at the direction of the Court

Witness, Ken Burke, as Clerk of the Circuit Court and , the seal of said court, at the courthouse at Clearwater, Florida

Date:   November 04, 2019

Ken Burke
Clerk of the Circuit Court and Comptroller

By:   _____
                    Deputy Clerk

WARRANT CANCELLED
DATE
CLERK   5478
DEPUTY

**044**

**Pinellas County Sheriff's Office**
**Department of Detention and Corrections**

**Foreign National Notification Request**

Inmate Name: _Bello Noyueda, Carlos_        Docket: _1822742_

DOB: _Aug 23, 1982_    POB: _MEXICO_        Nationality: _MEXICAN_

Receiving Officer: _Meurtado_        Date of Arrest: _11-29-19_

☒  Requested by Inmate        ☐  Refused by Inmate        ☐  *Mandatory Notification
*Mandatory notification must be made to the countries below, regardless of inmate's refusal

## **Mandatory Notification Countries and Jurisdictions**

| | | | |
|---|---|---|---|
| Albania | Ghana | St. Kitts & Nevis | United Kingdom (Fax Affidavits) |
| Algeria | Grenada | St. Lucia | - Anguilla |
| Antigua & Barbuda | Guyana | St. Vincent & Grenadines | - Ascension |
| Armenia | Hungary | Seychelles | - Bermuda |
| Azerbaijan | Jamaica | Sierra Leone | - British Antarctic |
| Bahamas | Kazakhstan | Singapore | - Cayman Islands |
| Barbados | Kiribati | Slovakia | - Chagos Archipelago |
| Belarus | Kuwait | Tajikistan | - England |
| Belize | Kyrgyzstan | Tanzania | - Falkland Islands |
| Brunei | Malaysia | Tonga | - Gibralter |
| Bulgaria | Malta | Trinidad & Tobago | - Guernsey |
| China | Mauritius | Tunisia | - Isle of Man |
| -Hong Kong | Moldova | Turkmenistan | - Jersey |
| -Macao | Nigeria | Tuvalu | - Montserrat |
| Costa Rica | Philippines | Ukraine | - Northern Ireland |
| Cyprus | USSR | Uzbekistan | - Pitcairn Islands |
| Czech Republic | Poland | Zambia | - Scotland |
| Dominica | Romania | Zimbabwe | - St. Helena |
| Fiji | Russia | | - Tristan Da Dunha |
| Gambia | | | - Turks & Caicos |
| Georgia | | | - Virgin Islands (British) |
| | | | -Wales |

*Completed in accordance with Article 36, Section (b), of the Vienna Convention on Consular Relations.*

Revised 09/25/19

**045**







# PINELLAS COUNTY SHERIFF'S OFFICE
# DETENTION AND CORRECTIONS BUREAU
# INMATE RECORDS UNIT

## FOREIGN NATIONAL NOTIFICATION

DATE: 11/30/2019                    DOCKET: 1822742
TIME: 0208
TO: Embassy/Consulate of Mexico                    Orlando        FL
                        (Country or Jurisdiction)      (City)      (State)

☑ Faxed to (407) 422-9633        ☐ Called _____
              (Fax Number)                    (Name and Title of Official)

FROM: Egelie #59768
Pinellas County Sheriff's Office, Pinellas County Jail
14400 49th Street North
Clearwater, FL  33762
Telephone: (727) 464-6415
Fax: (727) 464-6113

**Subject: Notification of Arrest/Detention of a National of Your Country**
We arrested/detained the following foreign national, whom we understand to be a
national of your country, on 11/29/2019                .
Name: Mr./Ms. Carlos Bello Nogueda
DOB: 8/23/1982
POB: Mexico
Alien Registration Number (ARN) _____
Admission Number (ADM) _____
Passport Number (PP) _____
Case#: FTA DWLSR          Charge: AC7QEYE-1
Case#: _____    Charge: _____
Case#: _____    Charge: _____

To arrange for consular access, please call (727) 464-6415 between the hours of 0800
and 1600 hours. You may also visit our website for additional information:
www.pcsoweb.com

**049**

# Cash Appearance Bond
## State of Florida
## Pinellas County

Offender: BELLO NOGUEDA,CARLOS RAUL                Cash Bond number:  422687

Docket Number:  1822742        SPN:  310765947

Defendant.                                          Depositor:
BELLO NOGUEDA,CARLOS RAUL                            FOGLIA, STEPHEN P
5701 12TH AVE SO                                    1902 ALDER WAY
GULFPORT        FL    33707-0000                     BRANDON        FL    33510-

I, the above named person, have deposited with the Pinellas County Sheriff's Office the sum of $513.00 as security for the appearance of the defendant named above to answer to the following charge(s):

Charge(s):                               Case number:              Bond amount:
1.  FTA DWLSR W/KNOWLEDGE                 AC7QEYE-1                 $513 00

The above bond was taken and sum received this 10 day of December, 2019.

BY: _____        58205
                                           _____
     Goodrich                              Payroll number

F.S. 903.286 requires the Clerk of the Court to withhold from the return of a cash bond posted on behalf of a criminal defendant by a person other than a bail bond agent, sufficient funds to pay any unpaid court fees, court costs, and criminal penalties.

**This means that if the defendant for whom you are posting bond owes costs and penalties, those fees will be taken out of the bond money you have posted.  You may receive only a portion or none of the posted bond money back even though the defendant makes all timely required court appearances.**

**However, if the defendant fails to appear at the time, date and place required, the bond money will be forfeited.**
F.S. 903.26 (2)(b)

_____
Depositor (signature)

Comments:   CASH BOND REF 27431429

**050**



Government Payment Service
GovPayNet
7102 Lakeview Parkway West Drive
Indianapolis, IN 46268
24hr. Customer Service #: 888-604-7888

## Cash Bail/bond Payment Confirmation (Ref #: 27431429)

**PLC:** **Pinellas County Sheriff's Office**   **Date:** 12/10/2019 16:49 EST
**6343**   **14400 49th St N**
   **Clearwater, Florida 33762**
   **For: Cash Bail/bond**

### TRANSACTION INFORMATION

| | | |
|---|---|---|
| **Defendant's Name:** | Carlos Raul Bello Nogueda | |

**Transaction Reference #:**   27431429
**Transaction Date/Time:**   12/10/2019 15:27 EST

**Docket #:**   1822742
**Case #:**   Ac7qeye-1

### BILLING INFORMATION

**Name:**   Stephen P Foglia
**Address:**   1902 Alder Way
**City, State Zip:**   Brandon, De 33510
**Phone #:**   (813)494-3634
**Card #:**

### PAYMENT INFORMATION

**Approval #:**   02112A
**Payment Amount:**   $513.00
**Service Fee:**   $35.91
**Total Amount:**   $548.91

## The service fee is not refundable.

### ATTENTION CARDHOLDER
If you have questions about the processing of your payment, please call GovPayNet at 888-604-7888.

### Thank you for using GovPayNet

© 2007-2019 Government Payment Service, Inc.   Form #: EUR

**051**   1/1



STRIP SEARCH

P/R 9180

Time: 0228

P/R 9837

Date: 12-1-19

# Movement Sheet

**RECORD #:** 152707301
**LAST NAME:** BELLONOGUEDA
**FIRST NAME:** CARLOS
**DOCKET #:** 1822742



ATW

Cash Bond

| DATE | FROM | TO | INIT | DATE | FROM | TO | INIT |
|------|------|------|------|------|------|------|------|
| 10/25/19 | GDOP | 76L | | | | | |
| 12/26 | 76L | 37L | | | | | |
| 1/2 | 76L | 342-B | 3089 | | | | |
| 2/6/19 | 341 | 341-A | 3089 | | | | |
| | 344 | ATW | 8089 | | | | |

**NAME:** CARLOS BELLONOGUEDA
**ALIAS:** KARLA BELLO
**RACE:** Hispanic
**SEX:** M

**DOB:** 08/23/1982
**HEIGHT:** 5' 11"
**WEIGHT:** 175 lbs

**HAIR COLOR:** Black
**EYE COLOR:** Brown

| | | HEAD | CHEST | BACK | ARM L R | HAND L R | FINGERS L R | LEG L R | FOOT L R |
|---|---|---|---|---|---|---|---|---|---|
| SCARS | | N | N | N | N N | N N | N N | N N | N N |
| MARKS | | N | N | N | N N | N N | N N | N N | N N |
| TATTOOS | | N | N | N | N N | N N | N N | N N | N N |
| MISSING | | N | N | N | N N | N N | N N | N N | N N |

**SMT**
**COMMENTS:**

### Video Booked
P/R# 13606    Date: 11/29/2019

### Fingerprints
P/R# 13606    Date: 11/29/19

### Phone Call Offered
P/R# 4e3t    Date: 11-25-19

### Pre-Classified
P/R#    Date:

### Medical Screening Complete
Nurse: 
Date: 11/29/19

**053**

# EXHIBIT "G"

# DDC Incident Detail Report

Report Number:  DDCI-**205807**
Incident Date: **12/2/2019 1615**
Report Type: **General**
Division: **CENTRAL DIVISION**

## Incident Information

| | | | |
|---|---|---|---|
| **Primary Incident Nature:** | MEDICAL | **Incident Location:** | 6C1 |
| **Secondary Incident Nature:** | INFORMATION | **Date/Time Occurred:** | 12/2/2019 1615 |
| **Tertiary Incident Nature:** | | **Date/Time Reported:** | 12/2/2019 1640 |
| **Serious Incident Report:** | N  **CRT:** N | **Evidence/Contraband Dispo:** | N/A |

## Subjects Involved

| Position | First Name | MI | Last Name | Docket/PR | Sex | IM Housed | IM Relocated | Involvement |
|---|---|---|---|---|---|---|---|---|
| DEPUTY | | | MOSES | 60017 | | | | REPORTING PERSON |
| CORPORAL | | | MERRITT | 56491 | M | | | STAFF MEMBER |
| LIC'D PRACT NURSE | | | HILERY | 57925 | F | | | NURSE |
| | CARLOS | C | BELLO NOGUEDA | 1822742 | M | CEN-6C1-UN01 | REMAINS | INMATE |

## Narrative

While viewing my ASK requests in 6C1, Inmate Bello Nogueda complained of having chest pains via the Kiosk. He showed no medical distress while eating his meal tray so a "Code 99" wasn't initiated. I notified 6th Floor Control via telephone who advised me to send him out to see Nurse Hilery. He was pat searched prior to exiting 6C1. Nurse Hilery medically evaluated and cleared him to remain in his current housing situation. Corporal Merritt was made aware of the situation.

## Supplements

| Date/Time | User | Supplement |
|---|---|---|
| 12/2/2019 5:06:05 PM | CORPORAL MERRITT (56491) | I agree with the authored report generated by Deputy Moses and the actions taken. Sergeant Franjesevic responded. |
| 12/2/2019 5:07:27 PM | SERGEANT FRANJESEVIC (55432) | I was notified and responded. I agree with the actions taken by staff as outlined in this report. Inmate Nogueda was medically evaluated for his alleged, "chest pains" by Nurse Hilery and cleared to remain in his current housing assignment. Kiosk Case Message is attached to this report. Acting Shift Commander, Sergeant Vieno was notified. SGT. JF55432 |

## Notifications

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Shift Supervisor:** | Sergeant Franjesevic | **Time:** | 1615 | **Shift Commander:** | Sergeant Vieno | **Time:** | 1615 |
| **Division Commander:** | Captain Napier | **Time:** | | **Department Commander:** | Colonel Danzig | **Time:** | |
| **Medical:** | Nurse Hilery | **Time:** | 1630 | **Classification:** | N/A | **Time:** | N/A |
| **911:** | | **Time:** | N/A | **Fire Rescue:** | N/A | **Time:** | N/A |
| **DIU:** | N/A | **Time:** | N/A | **Adm Invest Div:** | N/A | **Time:** | N/A |
| **Other:** | N/A | **Time:** | N/A | | | | |

## Other

| | |
|---|---|
| **Disciplinary Report.:** | N |
| **Photo(s)** | N |
| **Use Of Force:** | N |
| **Acc Injury** | N |
| **Other** | N |

## Actions

| Date/Time | User | Action |
|---|---|---|
| 12/2/2019 5:08:56 PM | SERGEANT FRANJESEVIC 55432 | Level 1 Approved |
| 12/2/2019 5:19:37 PM | SERGEANT FRANJESEVIC (55432) 55432 | Submitted |
| 12/2/2019 5:19:41 PM | SERGEANT VIENO 56189 | Level 2 Approved |

## Attachments

| File Name | Comment | User | Date |
|---|---|---|---|
| Nogueda #1822742 (Case #809314).pdf | Kiosk Message | SERGEANT JASON P FRANJESEVIC (55432) | 12/2/2019 5:08:35 PM |
| RPT 205807.tif | | ADMINISTRATIVE ASSISTANT MARK J MURPHY (59443) | 12/3/2019 8:09:04 AM |

Print

**055**

**ASK Admin Reports**

12/2/2019
4:48 PM

**Pinellas County**
**Print Message Report**
**From 1/1/1900 To 12/2/2019**

**Case #:** 809314

**Inmate:** BELLO NOGUEDA, CARLOS
**Recipient:** HOUSING DEPUTY
**Cellblock:** CEN-6C1-UN01-L7-001
**Case Cellblock:** CEN-6C1-UN01-L7-001

**ID:** 1822742
**Created:** 12/2/2019 3:53 PM

**Type:** Request
**Category:** 01. General Request
**Sub-Catgory:** 4. Division Commander Request
**Status:** Closed, Unfounded

| From | To | Message | Entered |
|---|---|---|---|
| BELLO NOGUEDA, CARLOS | HOUSING DEPUTY | i have not recived hrt. i signed to se arnp nurse on friday. iv been off spironlactone,finersteride, and can feel chest pains. hormones unbalalanced. the lack of feedback about when ill see the arnp. | 12/2/2019 3:53:00 PM |
| SGT. FRANJESEVIC #55432 | BELLO NOGUEDA, CARLOS | Inmate Nogueda was medically evaluated for his "Chest Pains" on 12/02/2019 at 1645 hours. Per Nurse Hillary, the inmate was cleared to remain in current housing. | 12/2/2019 4:48:00 PM |

**056**

ASK Admin Reports

12/2/2019
4:48 PM

**Pinellas County**
**Print Message Report**
From 1/1/1900 To 12/2/2019

DDCI - 205807

**Case #:** 809314

| | |
|---|---|
| **Inmate:** BELLO NOGUEDA, CARLOS | **ID:** 1822742 |
| **Recipient:** HOUSING DEPUTY | **Created:** 12/2/2019 3:53 PM |
| **Cellblock:** CEN-6C1-UN01-L7-001 | |
| **Case Cellblock:** CEN-6C1-UN01-L7-001 | |

**Type:** Request
**Category:** 01. General Request
**Sub-Catgory:** 4. Division Commander Request
**Status:** Closed, Unfounded

| From | To | Message | Entered |
|---|---|---|---|
| BELLO NOGUEDA, CARLOS | HOUSING DEPUTY | i have not recived hrt. i signed to se arnp nurse on friday. iv been off spironlactone,finersteride, and can feel chest pains. hormones unbalalanced.  the lack of feedback about when ill see the arnp. | 12/2/2019 3:53:00 PM |
| SGT. FRANJESEVIC #55432 | BELLO NOGUEDA, CARLOS | Inmate Nogueda was medically evaluated for his "Chest Pains" on 12/02/2019 at 1645 hours.  Per Nurse Hillary, the inmate was cleared to remain in current housing. | 12/2/2019 4:48:00 PM |

**057**

# EXHIBIT "H"

# DDC Incident Detail Report

Report Number: DDCI-**206012**
Incident Date: **12/6/2019 1030**
Report Type: **General**
Division: **CENTRAL DIVISION**

## Incident Information

| | | | |
|---|---|---|---|
| **Primary Incident Nature:** | CLOSE OBSERVATION STATUS | **Incident Location:** | 6th Floor Nurse's Station |
| **Secondary Incident Nature:** | INMATE RELOCATION | **Date/Time Occurred:** | 12/6/2019 1030 |
| **Tertiary Incident Nature:** | | **Date/Time Reported:** | 12/6/2019 11:50 |
| **Serious Incident Report:** | N  **CRT:** N | **Evidence/Contraband Dispo:** | n/a |

## Subjects Involved

| Position | First Name | MI | Last Name | Docket/PRS | Sex | IM Housed | IM Relocated | Involvement |
|---|---|---|---|---|---|---|---|---|
| CORPORAL | | | MERRITT | 56491 | | | | REPORTING PERSON |
| CLASSIFICATION SPECIALIST | | | WIDUA | 59431 | F | | | CLASS SPECIALIST |
| DEPUTY | | | COX JR | 54381 | M | | | STAFF MEMBER |
| DEPUTY | | | BERJE | 54153 | M | | | STAFF MEMBER |
| LIC'D MENTAL HEALTH COUNSELOR | | | DIXON | 59068 | F | | | OTHER |
| | CARLOS | C | BELLO NOGUEDA | 1822742 | M | 6C1 | HD-2H2-2H2B | INMATE |

## Narrative

Inmate Bello-Nogueda was seen by LMHC Dixon in her office on the 6th floor. Per LMHC Dixon, Bello-Nogueda was placed on Close Observation status. Utilizing the Attorney Visitation room for privacy, his personal undergarments were confiscated by me. He was then seated adjacent to the Officer's Station in the 6th floor hallway and kept under constant observation. Once his relocation was scheduled in JIMS, I escorted him to Pre-Housing to await transport to the Healthcare Building. All of his personal property was inventoried and sent to the Property Room. Classification Specialist Widau authorized the relocation in JIMS. Sergeant Franjesevic was notified.

## Supplements

| Date/Time | User | Supplement |
|---|---|---|
| 12/6/2019 12:49:21 PM | SERGEANT FRANJESEVIC (55432) | I was notified and agree with the actions taken by staff as outlined in this report. Acting Shift Commander, Sergeant Vieno was notified. SGT. JF55432 |

## Notifications

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Shift Supervisor:** | Sergeant Franjesevic Captain Napier | **Time:** | 1030 | **Shift Commander:** | Sergeant Vieno | **Time:** | 1030 |
| **Division Commander:** | | **Time:** | | **Department Commander:** | Colonel Danzig | **Time:** | |
| **Medical:** | LMHC Dixon | **Time:** | 1030 | **Classification:** | Widua | **Time:** | 1030 |
| **911:** | | **Time:** | n/a | **Fire Rescue:** | | **Time:** | n/a |
| **DIU:** | n/a | **Time:** | | **Adm Invest Div:** | n/a | **Time:** | n/a |
| **Other:** | n/a | **Time:** | n/a | | | | |

## Other

| | |
|---|---|
| **Disciplinary Report.:** | N |
| **Photo(s)** | N |
| **Use Of Force:** | N |
| **Acc Injury** | N |
| **Other** | N |

## Actions

| Date/Time | User | Action |
|---|---|---|
| 12/6/2019 1:58:05 PM | CORPORAL MERRITT 56491 | Submitted |
| 12/6/2019 1:59:18 PM | SERGEANT FRANJESEVIC 55432 | Level 1 Approved |
| 12/6/2019 2:51:09 PM | SERGEANT VIENO 56189 | Level 2 Approved |

## Attachments

| File Name | Comment | User | Date |
|---|---|---|---|
| BelloNogueda #1822742.pdf | Property Inventory | SERGEANT JASON P FRANJESEVIC (55432) | 12/6/2019 1:27:37 PM |
| Bellonogueda Carlos.tif | | ADMINISTRATIVE ASSISTANT MARK J MURPHY (59443) | 12/9/2019 10:54:48 AM |

[ Print ]

**059**

**PINELLAS COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF DETENTION AND CORRECTIONS**
**INMATE'S PERSONAL PROPERTY INVENTORY FORM**

Name: BELLO NOGUEDA, CARLOS    Docket #: 1822742

Location: 2H2    Date: 12-6-19    Report #: 206012

| NO. | HYGIENE ITEMS | NO. | CLOTHING | NO. | FOOD ITEMS |
|---|---|---|---|---|---|
| | Toothbrush | | Shirts | | Chips |
| | Toothpaste | ✓ | Underwear | | Cookies |
| | Hair Conditioner | | Socks | | Soups |
| | Deodorant | | Thermal Top | | Candy Bars |
| | Brush | | Thermal Bottom | ✓ | Candy Bags |
| | Shampoo | | Shorts | | Coffee |
| | Comb | | Bra | | Pastries |
| | Soap | | Other: | | Condiments |
| | Soap Dish | | | ✓ | Other: |
| | Gel | | | | |
| | Pads/Tampons | | | | |
| | Hair Tie | | | | |
| | Powder | | | | |
| | Cotton Swabs | | | | |
| | Chap Stick | | **PAPERS/BOOKS** | | |
| | Lotion | | Cards | | |
| | Other: | | Letters | | |
| | | | Envelopes | | |
| | | | Legal Papers | | |
| | **MISC. ITEMS** | | Books | | |
| | Radio | | Bible | | |
| | Earbuds | | Discharge Paperwork | | |
| | Batteries | | Bus Pass | | |
| | Cups | | Misc. Paperwork | | **MEDICAL** |
| | Bowls | | Certificate | | Cough Drops |
| | Lids | | Postcards | | Aspirin |
| | Spoon | | Magazines | | Eye Drops |
| | Rosary | | Pictures | | Vitamins |
| ✓ | Other: PENCILS (COLORED) | | Other: | | Glasses |
| | | | | | Brace |
| | | | | | CPAP Machine |
| | | | | | Other: |

Inventoried By: _____    Payroll # 6491    Date: 12-6-19

Verified By: _____    Payroll # 5891    Date: 12-6-19

Property Clerk: _____    Payroll # _____    Date: _____

Return county property to issuing department (Property, Laundry, Library, etc.)

Revised 7/24/19

**060**

**PINELLAS COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF DETENTION AND CORRECTIONS**
**INMATE'S PERSONAL PROPERTY INVENTORY FORM**

Name: _Bello Nogueda, Carlos_   Docket #: _1822742_

Location: _2H2_   Date: _12-6-19_   Report #: _206012_

| NO. | HYGIENE ITEMS | NO. | CLOTHING | NO. | FOOD ITEMS |
|---|---|---|---|---|---|
| | Toothbrush | | Shirts | | Chips |
| | Toothpaste | ✓ | Underwear | | Cookies |
| | Hair Conditioner | | Socks | | Soups |
| | Deodorant | | Thermal Top | | Candy Bars |
| | Brush | | Thermal Bottom | | Candy Bags |
| | Shampoo | | Shorts | ✓ | Coffee |
| | Comb | | Bra | | Pastries |
| | Soap | | Other: | | Condiments |
| | Soap Dish | | | ✓ | Other: |
| | Gel | | | | |
| | Pads/Tampons | | | | |
| | Hair Tie | | | | |
| | Powder | | | | |
| | Cotton Swabs | | | | |
| | Chap Stick | | **PAPERS/BOOKS** | | |
| | Lotion | | Cards | | |
| | Other: | | Letters | | |
| | | | Envelopes | | |
| | | | Legal Papers | | |
| | **MISC. ITEMS** | | Books | | |
| | Radio | | Bible | | |
| | Earbuds | | Discharge Paperwork | | |
| | Batteries | | Bus Pass | | |
| | Cups | | Misc. Paperwork | | **MEDICAL** |
| | Bowls | | Certificate | | Cough Drops |
| | Lids | | Postcards | | Aspirin |
| | Spoon | | Magazines | | Eye Drops |
| | Rosary | | Pictures | | Vitamins |
| ✓ | Other: _PENCILS_ _(COLORED)_ | | Other: | | Glasses |
| | | | | | Brace |
| | | | | | CPAP Machine |
| | | | | | Other: |
| | | | | | |

Inventoried By: _____   Payroll # _6491_   Date: _12-6-19_

Verified By: _____   Payroll # _5891_   Date: _12-6-19_

Property Clerk: _____   Payroll # _____   Date: _____

Return county property to issuing department (Property, Laundry, Library, etc.)

Revised 7/24/19

**061**