DIVISION 1. - GENERALLY

Sec. 74-61. - Chief correctional officer.

(a) *Legislative authority.* This section is adopted pursuant to F.S. §§ 30.15, 951.06(1), and 951.061.

(b) *Designation of chief correctional officer.*

   (1) As provided for in F.S. § 951.06, the Pinellas County sheriff is hereby designated as the chief correctional officer.

   (2) The Pinellas County sheriff shall appoint such officers as deemed necessary to assist in the operation of the county jails.

   (3) The Pinellas County sheriff shall enforce all existing state laws, federal laws, and administrative rules concerning the operation and maintenance of the county jails.

   (4) The Pinellas County sheriff shall include salaries for correctional officers in the annual proposed budget of expenditures for the maintenance and operation of the county jails as provided in F.S. § 30.49. The salaries for correctional officers shall be paid from the general revenue fund of the county.

(Ord. No. 11-05, § 2, 2-22-11)

Sec. 74-62. - Jail operations.

(a) *Legislative authority.* This section is adopted pursuant to F.S. §§ 901.35, 951.15, 951.21, 951.23 and 951.25.

(b) *Jail operations.*

   (1) The Pinellas County sheriff shall operate and maintain county jails.

   (2) The Pinellas County sheriff shall include costs of medical care, treatment, hospitalization and transportation of arrestees in his annual proposed budget of expenditures for the maintenance and operation of the county jails and shall assume the county's responsibility for medical expenses as provided for in F.S. § 901.35, and indemnify and defend the county for any actions brought against the county for payment of costs of medical care, treatment, hospitalization and transportation of arrestees, as provided for in F.S. § 901.35. The costs of such care, treatment, hospitalization and transportation shall be paid out of the sheriff's budget from the general revenue fund of the county.

   (3) The Pinellas County sheriff shall inform the county administrator of any request for proposal reviews involving major jail services.

(c) *Prisoner credit.*

   (1) As provided for in F.S. § 951.15, Pinellas County sheriff shall provide a credit to working county prisoners for fines and costs adjudged by a court of the Sixth Judicial Circuit of Florida.

   (2) The amount provided in credit shall be designated as provided for in F.S. § 951.15.

(d) *Gain time.*

   (1) As provided for in F.S. § 951.21, the county commission authorizes commutation of time for good conduct of county prisoners.

   (2) Deduction for good conduct shall be made as provided for in F.S. § 951.21(1).

   (3) Gain time earned by a county prisoner shall be forfeited by the Pinellas County Sheriff acting by designation of the county commission for violation of any law of the state. A county prisoner shall retain all rights provided for under the Pinellas County Sheriff's Office Standard Operating



    Procedures for Disciplinary Reports and Hearings (see Exhibit A), as amended from time to time with approval of the county commission, prior to forfeiture of gain time.

(e) *Sale of goods by county prisoners.*

  (1) As provided for in F.S. § 951.25, the county commission authorizes the Pinellas County sheriff to establish rules for the sale to the public of any items manufactured, processed, grown or produced by county prisoners.

  (2) Sale of any items as provided for above shall be conducted in a manner consistent with the rules set forth by the Pinellas County sheriff.

(Ord. No. 11-05, § 3, 2-22-11; Ord. No. 11-37, § 1, 9-27-11)

Secs. 74-63—74-75. - Reserved.