UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Carlos Bello Nogueda,
  a/k/a Karla Bello,

      Plaintiff,

Case No. 8:20-cv-02005-TPB-AEP

vs.

Robert A. Gualtieri, et al.,

      Defendants.
_____/

## MOTION TO DISMISS OF YVETTE DIXON

Yvette Dixon, a licensed mental health counselor employed by the Pinellas County Sheriff's Office, moves to dismiss the amended complaint for failure to state a claim on which relief can be granted under Fed. R. Civ. P. 12(b)(6), because it is prolix and an impermissible shotgun pleading in violation of Fed. R. Civ. P. 8(a)(2) & 8(d)(1), and because she is entitled to qualified immunity.

## MEMORANDUM OF LAW

There is only one mention of Ms. Dixon in the 51-page, 258 paragraph amended complaint:

> Inmate Bello-Nogueda was seen by LMHC Dixon in her office on the 6th floor. Per LMHC Dixon, Bello-Nogueda was placed on Close Observation status.

Dkt. 33 ¶ 73 (quoting 33-1, at 59). The plaintiff does not claim that anything Ms. Dixon did or failed to do was unconstitutional. See Hale v. Tallapoosa County, 50 F.3d 1579, 1582 (11th Cir. 1995) ("[T]o prevail against [government officers] in their

individual capacities, [the plaintiff] was required to show that they were personally involved in acts or omissions that resulted in the constitutional deprivation."). The plaintiff being placed on "close observation status" by a mental health professional is not among the litany of allegedly unconstitutional conduct the plaintiff complains about.

Nevertheless, the plaintiff sues Ms. Dixon claiming that she somehow discriminated against her, was deliberately indifferent to her serious medical needs, and deprived her of equal protection under the law. See id. at Counts IV and V (listing Ms. Dixon as among the eight defendants sued in connection with these claims). Ms. Dixon adopts and incorporates the arguments set forth by Deputy Cox in his motion to dismiss and urges the Court's dismissal of her from this case for the same reasons. Dkt. 35. Accordingly, for the reasons set forth above and in Deputy Cox's motion to dismiss, Bello's amended complaint against Ms. Dixon should be dismissed and the Court should grant such other relief as it deems just and appropriate.

Respectfully submitted,

/s/ Paul G. Rozelle
Paul G. Rozelle
FBN: 75948
10750 Ulmerton Road
Largo, FL   33778
Telephone:  (727) 582-6274
Facsimile:  (727) 582-6459
*prozelle@pcsonet.com*
*amarcott1@pcsonet.com*
Attorney for Yvette Dixon

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 8, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Paul G. Rozelle