UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Carlos Bello Nogueda,
  a/k/a Karla Bello,

        Plaintiff,

vs.

        Case No. 8:20-cv-02005-TPB-AEP

Robert A. Gualtieri, et al.,

        Defendants.
_____/

## MOTION TO DISMISS OF CRYSTAL WIDUA AND JANE HOLLER

Crystal Widua and Jane Holler, employees of the Pinellas County Sheriff's Office, move to dismiss the amended complaint for failure to state a claim on which relief can be granted under Fed. R. Civ. P. 12(b)(6), because it is prolix and an impermissible shotgun pleading in violation of Fed. R. Civ. P. 8(a)(2) & 8(d)(1), and because they are entitled to qualified immunity.

## MEMORANDUM OF LAW

Crystal Widua and Jane Holler are members of the PCSO assigned to work in the classification division of the Pinellas County Jail. Crystal Widua is a classification specialist; Jane Holler is a supervisor. They are among the 12 people sued by Karla Bello in connection with her 12-day incarceration in the Pinellas County Jail. Both women receive only a single mention in the 51-page amended complaint. As to Ms. Widua, Bello sued her because

> [i]n the "Case Note Details", user "cwidua" (presumably
> Widua) entered the following on December 6, 2019:
> "Close Observation. Minimum Misdemeanor Custody,
> SVP Potential Victim, Veteran - notified Dep Corkum
> 5891 -cw9431".

Dkt. 33 ¶ 84 (citing Dkt. 33-1, at 27). In short, Bello is suing Ms. Widua because she made an entry in a document called "case note details." Bello does not claim that Ms. Widua ever had contact with her, let alone committed any of the allegedly unconstitutional acts or omissions giving rise to the two Fourteenth Amendment claims against her. See Dkt. 33 ¶¶ 182 & 206; see also Dkt. 35, at 2-3 (summarizing Bello's complaints against the individually named defendants, including Ms. Widua, in Counts IV and V). Nowhere in the amended complaint does Bello aver how anything that Ms. Widua did or did not do concerning Bello was unconstitutional in any way.

The amended complaint's a single mention of Ms. Holler is similarly devoid of constitutionally actionable conduct. Concerning Ms. Holler, Bello's only averment is that

> [i]n the "Case Note Details", user "rgreen"[] entered the
> following on December 9, 2019: "Cleared Close
> Observation & Placed on Psych Observation (MHTU)
> Approved by Supervisor Holler, Minimum Misd. Custody
> SVP Potential Victim Veteran rg9825".

Dkt. 33 ¶ 85 (citing Dkt. 33-1, at 27). The same note appears in a print-out of Bello's housing history. See Dkt. 33 ¶ 58, citing Dkt. 33-1, at 19. As with Ms. Widua, Bello does not claim that Ms. Holler ever had contact with her, let alone committed any of the allegedly unconstitutional acts or omissions giving rise to the claims in this

2

lawsuit.  And despite seeking to hold Ms. Holler liable as a supervisor, Bello does not aver that Ms. Holler was Ms. Widua's supervisor or, in fact, that that Ms. Holler supervised anyone who is a party to this action.  For the reasons set forth in Col. Danzig and Capt. Napier's motion to dismiss, the plaintiff does not state actionable claims against Ms. Holler for ratification or supervisory liability.  See Dkt. 36, at 3-7.

Accordingly, Ms. Widua seeks dismissal of this case against her for the same reasons as Deputy Cox and joins in, adopts, and incorporates the entirety of Deputy Cox's motion to dismiss.  See Dkt. 35.  Ms. Holler seeks dismissal of this case against her for the same reasons as Col. Danzig and Capt. Napier and joins in, adopts, and incorporates the entirety of their motion to dismiss.  See Dkt. 36.  Bello's amended complaint against Crystal Widua and Jane Holler should be dismissed and the Court should grant such other relief as it deems just and appropriate.

    Respectfully submitted,

    /s/ Paul G. Rozelle
    Paul G. Rozelle
    FBN: 75948
    10750 Ulmerton Road
    Largo, FL   33778
    Telephone:  (727) 582-6274
    Facsimile:  (727) 582-6459
    *prozelle@pcsonet.com*
    *amarcott1@pcsonet.com*
    Attorney for Jane Holler and Crystal Widua

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 12, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

    /s/ Paul G. Rozelle