UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAUL BELLO NOGUEDA,
aka KARLA BELLO,

    Plaintiff,

v.                                  Case No. 8:20-cv-2005-T-60AEP

SHERIFF ROBERT GUALTIERI, et. al.,

    Defendants.
_____/

## ORDER

Bello filed a complaint under 42 U.S.C. § 1983 alleging that the defendants violated her civil rights while detained in the Pinellas County jail. Six of the fifteen served defendants move to dismiss. (Docs. 7, 11, 14–16, and 29) In response Bello amends her action with an amended complaint. (Doc. 33)

The motions to dismiss (Docs. 7, 11, 14–16, and 29) are **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on _____10/20_____, 2020.

                                                                THOMAS P. BARBER
                                                UNITED STATES DISTRICT JUDGE