UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Carlos Bello Nogueda,
  a/k/a Karla Bello,

        Plaintiff,

vs.           Case No. 8:20-cv-02005-TPB-AEP

Robert A. Gualtieri, et al.

        Defendants.
_____/

**MOTION OF DEPUTY COX FOR LEAVE TO REPLY TO PLAINTIFF'S RESPONSE TO HIS MOTION TO DISMISS THE AMENDED COMPLAINT**

    Deputy Steve Cox, Jr. seeks leave under Local Rule 3.01(c) to file a three-page reply brief in further support of his motion to dismiss the amended complaint, Dkt. 35, and in reply to the plaintiff's opposition to that motion filed October 20, 2020, Dkt. 47.  In support of his motion, Deputy Cox respectfully submits the following:

    1.    The plaintiff's response raises legal issues concerning the appropriate standards governing individual liability and qualified immunity for the allegedly unconstitutional conduct and factual issues with respect to the application of Eleventh Circuit case law to the averments in the amended complaint pertaining to Deputy Cox.

    2.    Allowing Deputy Cox to address the arguments and case law in the plaintiff's response will not be redundant with the existing briefing, will not delay the

case, and will aid the Court in reaching a correct and reasoned decision on the motion to dismiss.

3. Accordingly, Deputy Cox seeks leave to file a reply of no more than three pages, including captions, titles, certificate of service, and memorandum of law, due one day after the Court rules on this motion.

4. **RULE 3.01(g) CERTIFICATE**. On October 21, 2020, counsel for the plaintiff advised that she objects to the relief sought in this motion.

WHEREFORE, Deputy Cox requests that the Court permit him leave to file a reply brief of not more than three pages in further support of his motion to dismiss the amended complaint due one day from the resolution of this motion.

Respectfully submitted,

/s/ Paul G. Rozelle
Paul G. Rozelle
FBN: 75948
10750 Ulmerton Road
Largo, FL   33778
Telephone:  (727) 582-6274
Facsimile:  (727) 582-6459
*prozelle@pcsonet.com*
*amarcott1@pcsonet.com*
Attorney for Dep. Steve Cox, Jr.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Paul G. Rozelle