## Rozelle,Paul

| | |
|---|---|
| **From:** | Rook Ringer <reringer@lentolawgroup.com> |
| **Sent:** | Monday, September 28, 2020 9:56 AM |
| **To:** | Rozelle,Paul |
| **Cc:** | Vicari, Kelly L; Joseph Lento |
| **Subject:** | RE: Bello -- request to meet and confer |

Mr. Rozelle & Ms. Vicari:

Pursuant to Fed. R. Civ. P. 15 (a) (1) (B), a party may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b). Since you've both filed multiple motions under Rule 12(b), I'm not sure how you think the Amended Complaint is unauthorized, but I'll be happy to defend it should you oppose it.

I have no problems specifically formally dismissing PCSO from the case.

I'll file a motion for pro hac vice admission for Mr. Lento soon.

Have a delightful day, y'all.

Very Truly Yours,



**Rook Elizabeth Ringer, Esq.**
Managing Partner
Florida Bar #1015698
Lento Law Group, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904-602-9400 Ext. 467 - Office
904-299-5400 - Fax
833-LENTOLAW - Toll Free
www.lentolawgroup.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.

**From:** Rozelle,Paul <prozelle@pcsonet.com>
**Sent:** Monday, September 28, 2020 7:44 AM
**To:** Rook Ringer <reringer@lentolawgroup.com>
**Cc:** Vicari, Kelly L <kvicari@co.pinellas.fl.us>; Joseph Lento <jdlento@lentolawgroup.com>
**Subject:** Bello -- request to meet and confer

Ms. Ringer,

I see you filed an amended complaint yesterday (Sunday) in this case.

First, thank you for dropping PCSO from this lawsuit.  However, I don't think amendment under Rule 15 where a previously sued and served party is just omitted from any mention in the subsequent pleading accomplishes this and may cause confusion with the Court and the clerk as to the status of the parties to this case.  Please formally dismiss PCSO from this case.

Second, the amended complaint is untimely and is without leave of Court or written agreement of the parties.  See Fed. R. Civ. P. 15(a)(1)(B).  Will you agree to withdraw your amended complaint?  I do not agree to the amendment.

Finally, I've copied Mr. Lento on this email as a courtesy, but I don't think he's a member of the Bar of this Court.  Will you please remedy that immediately (or remove him from the pleadings and further involvement in this matter)?

The purpose of this email is to meet and confer with you prior to filing a motion to strike the untimely, out-of-rule amended complaint.  Please let me know your position on this matter.  You're free to call anytime.

Thanks,
Paul

**Paul G. Rozelle, Esq.**
Senior Associate Counsel
Pinellas County Sheriff's Office
727/582-6274 (voice)
727/582-6459 (fax)
prozelle@pcsonet.com (email)
http://www.pcsoweb.com/ (web)