UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Carlos Bello Nogueda,
  a/k/a Karla Bello,

        Plaintiff,

                              Case No. 8:20-cv-02005-TPB-AEP

vs.

Robert A. Gualtieri, et al.

        Defendants.
_____/

**MOTION OF DEFENDANTS DIXON, HILERY, DANZIG, AND
NAPIER FOR LEAVE TO REPLY TO PLAINTIFF'S RESPONSE
TO THEIR MOTIONS TO DISMISS THE AMENDED COMPLAINT**

    Defendants Dixon, Hilery, Danzig, and Napier seek leave under Local Rule 3.01(c) to file a single three-page reply brief in further support of their motions to dismiss the amended complaint, Dkt. 36-38, and in reply to the plaintiff's oppositions to those motion filed October 22, 2020, Dkt. 51-53. In support of their motion, they submit the following:

    1.    The plaintiff's responses to these three motions raise issues concerning the applicable, clearly established law that applies to their alleged conduct in this case and the proper legal framework and timing for resolving a claim of qualified immunity. The plaintiff's briefing also raises issues about the appropriate standards governing supervisory liability.

    2.    Allowing Defendants Dixon, Hilery, Danzig, and Napier to address the arguments and case law in the plaintiff's responses will not be redundant with the

existing briefing (including the reply brief requested by Deputy Cox), will not delay the case, and will aid the Court in reaching a correct and reasoned decision on the motion to dismiss.

3. Accordingly, Defendants Dixon, Hilery, Danzig, and Napier seek leave to file a reply of no more than three pages, including captions, titles, certificate of service, and memorandum of law, due one day after the Court rules on this motion.

4. **RULE 3.01(g) CERTIFICATE**. On October 23, 2020, counsel for the plaintiff advised that she opposed the relief sought in this motion.

WHEREFORE, Defendants Dixon, Hilery, Danzig, and Napier request leave to file a single reply brief of no more than three pages in further support of their motions to dismiss due one day from the resolution of this motion.

Respectfully submitted,

/s/ Paul G. Rozelle
Paul G. Rozelle
FBN: 75948
10750 Ulmerton Road
Largo, FL   33778
Telephone:  (727) 582-6274
Facsimile:  (727) 582-6459
*prozelle@pcsonet.com*
*amarcott1@pcsonet.com*
Attorney for Defendants Dixon, Hilery, Danzig, and Napier

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Paul G. Rozelle