UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAUL BELLO NOGUEDA,
  aka KARLA BELLO,

    Plaintiff,

v.                                           Case No. 8:20-cv-2005-T-60AEP

SHERIFF ROBERT GUALTIERI, et. al.,

    Defendants.
_____/

## ORDER

This action proceeds under Bello's amended complaint under 42 U.S.C. § 1983, in which Bello alleges that the defendants violated her civil rights while detained in the Pinellas County jail. Currently ten separate motions to dismiss are pending (Docs. 34–43) and Bello has filed five oppositions. (Docs. 44, 47, and 51–53) Defendant Cox moves (Doc. 48) for leave to file a reply in support of his motion to dismiss. (Doc. 35)

Also, Defendant Pinellas County Sheriff's Office (which was named in the original complaint but omitted from the amended complaint) moves (Doc. 49) to dismiss for failure to prosecute. In response Bello moves (Doc. 50) to voluntarily dismiss that defendant.

Accordingly, the motion (Doc. 48) for leave to reply is **GRANTED**. Cox has five days to file a reply, which must not exceed five pages. Each defendant may

similarly reply in support of their respective motion to dismiss. Further, Pinellas County Sheriff's Office is **DISMISSED** pursuant to the notice (Doc. 50) of voluntary dismissal, and the motion (Doc. 49) to dismiss for failure to prosecute is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on 10/23, 2020.

_____
THOMAS P. BARBER
UNITED STATES DISTRICT JUDGE