**Rozelle,Paul**

| | |
|---|---|
| **From:** | Rook Ringer <reringer@lentolawgroup.com> |
| **Sent:** | Tuesday, October 27, 2020 5:46 PM |
| **To:** | Rozelle,Paul; Joseph Lento |
| **Cc:** | Vicari, Kelly L |
| **Subject:** | RE: Rule 3.01 Request to meet and confer -- RE: Bello |

Mr. Rozelle:

I did not respond to you, because you and I both know that the Court is <u>not</u> going to strike pleadings filed mere *minutes* after midnight. It is positively *ludicrous*.

I am not surprised at this unprofessional behavior on your part, given your office's aggressive and transphobic attempts to "justify" behavior that even Sheriff Gualtieri already admitted to the media was <u>wrong</u>. I doubt even *he* would be supportive of your behavior in this case.

My "solution" as to these filings is to do *nothing*, and that is how the Court will address them as well. If you decide to file a motion to strike them, I will vigorously pursue fees and costs associated in the defense against such a patently frivolous motion. Even given my current negative opinion of you, I would not file such a frivolous motion against *you*, because it's just plain childish.

Or you know, you could act like an adult and stop with the nonsense and the transphobia, and stick to the merits of the case and proceed as amicably as every other opposing counsel in every other federal case I'm in across the country.

Rook

---

**From:** Rozelle,Paul <prozelle@pcsonet.com>
**Sent:** Tuesday, October 27, 2020 5:30 PM
**To:** Joseph Lento <jdlento@lentolawgroup.com>; Rook Ringer <reringer@lentolawgroup.com>
**Cc:** Vicari, Kelly L <kvicari@co.pinellas.fl.us>
**Subject:** Rule 3.01 Request to meet and confer -- RE: Bello

Good evening, Ms. Ringer,

I did not receive any response from you or Mr. Lento to this email and yet I see you just filed another response a few minutes ago, so I presume your email is working ok.  I'd like to meet and confer with you concerning these out-of-rule filings.  Would you please let me know your position on a motion to strike them, or would you care to offer another solution?

Thanks,
Paul

**Paul G. Rozelle, Esq.**
Senior Associate Counsel
Pinellas County Sheriff's Office
727/582-6274 (voice)
727/582-6459 (fax)
prozelle@pcsonet.com (email)
http://www.pcsoweb.com/ (web)

**From:** Rozelle,Paul
**Sent:** Tuesday, October 27, 2020 6:35 AM
**To:** Joseph Lento <jdlento@lentolawgroup.com>; 'Rook Ringer' <reringer@lentolawgroup.com>
**Cc:** 'Vicari, Kelly L' <kvicari@co.pinellas.fl.us>
**Subject:** Bello

Good morning, Ms. Ringer,

You filed your responses to Deputy Moses's motion to dismiss (Dkt. 58) and Ms. Widua and Ms. Holler's motion to dismiss (Dkt. 59) a day late. These responses were due to be filed no later than October 26, but you did not file them until the 27th.  What is your plan for remedying this deficiency?

**Paul G. Rozelle, Esq.**
Senior Associate Counsel
Pinellas County Sheriff's Office
727/582-6274 (voice)
727/582-6459 (fax)
prozelle@pcsonet.com (email)
http://www.pcsoweb.com/ (web)