UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Carlos Bello Nogueda,
  a/k/a Karla Bello,

       Plaintiff,

vs.                                      Case No. 8:20-cv-02005-TPB-AEP

Robert A. Gualtieri, et al.,

       Defendants.
_____/

**JOINT MOTION FOR LEAVE TO CONDUCT THE MEETING OF THE PARTIES TO PREPARE THE CASE MANAGEMENT REPORT REMOTELY**

Under Fed. R. Civ. P. 26(f) and L.R. 3.05(c), and consistent with L.R. 3.01(*i*), counsel for the parties jointly seek leave to conduct the meeting of the parties for the purpose of preparing the case management report remotely. In support of this motion, the parties state:

1. Counsel for the parties are located in Clearwater, Largo, and St. Augustine.

2. Due to the distance and difficulty in scheduling a time and place where all counsel can be physically present, the parties have agreed to meet for the purpose of preparing the case management report remotely. Indeed, counsel for the parties have already conferred remotely regarding the case management report and have reached agreement concerning its content.

3.     Accordingly, counsel request that their successful, remote meeting regarding the preparation of the case management report be accepted in lieu of the in-person meeting requirement.

4.     **CERTIFICATE OF COMPLIANCE.** Under L.R. 3.01(g), counsel for all parties who have appeared in this case state that they have conferred and addressed the issues in this motion, which is being made jointly, and that they are in agreement to the relief sought.

*[remainder of page intentionally left blank]*

Respectfully submitted,

/s/ Paul G. Rozelle
Paul G. Rozelle
Senior Associate Counsel
FBN: 75948
10750 Ulmerton Road
Largo, FL   33778
Telephone:  (727) 582-6274
Facsimile:  (727) 582-6459
*prozelle@pcsonet.com*
*amarcott1@pcsonet.com*
Attorney for Sheriff Gualtieri, Col. Danzig, Capt. Napier, Sgt. Franjesevic, Sgt. Vieno, Ms. Holler, Cpl. Merritt, Dep. Moses, Dep. Cox, Dep. Berje, Ms. Widua, Ms. Hilery & Ms. Dixon


/s/ ROOK ELIZABETH RINGER
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904.602.9400 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*


*/s/   KELLY L. VICARI*
KELLY L. VICARI
FBN 88704 / SPN 03325558
Senior Assistant County Attorney
Pinellas County Attorney's Office
315 Court Street, Sixth Floor
Clearwater, Florida  33756
Phone:  (727) 464-3354
Fax:  (727) 464-4147
kvicari@pinellascounty.org
eservice@pinellascounty.org
Attorney for Defendant Pinellas County

4

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                      /s/ Paul G. Rozelle