UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CARLOS RAUL BELLO NOGUEDA, a/k/a KARLA BELLO<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. GUALTIERI, in his official capacity as Sheriff of Pinellas County, PINELLAS COUNTY, FLORIDA, et al.,<br><br>Defendants. | Case No.: 8:20-cv-02005-TPB-AEP |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__   IS   related to a pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

AB8S6OE 19-TR-23944 (Hillsborough County, FL) Red Light Camera (Closed 3/11/2020)
AAUXT5E 19-TR-48308 (Hillsborough County, FL) Red Light Camera (Closed 3/11/2020)
AC7QEYE 19-76013-TC (Pinellas County, FL) DWLS (Closed 3/12/2020)
(However, since these were just the traffic cases that led to the Plaintiff's incarceration, I do not believe this case should be considered "successive".)

____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party immediately and concurrent with the filing of this Notice.

Dated: 12/04/2020

_____
ROOK ELIZABETH RINGER, ESQ.

Florida Bar No. 1015698  
LENTO LAW GROUP, P.A.  
222 San Marco Ave., Ste. C  
St. Augustine, FL 32084  
904.602.9400 (Office)  
904.299.5400 (Fax)  
reringer@lentolawgroup.com  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 4th, 2020, a copy of the foregoing has been furnished by CM/ECF to: Kelly L. Vicari, Esq., Pinellas County Attorney's Office, 315 Court Street, Sixth Floor, Clearwater, Florida 33756, kvicari@pinellascounty.org, eservice@pinellascounty.org, and to Paul G. Rozelle, Esq., Pinellas County Sheriff's Office, 10750 Ulmerton Road, Largo, FL 33778, prozelle@pcsonet.com, amarcott1@pcsonet.com.

Respectfully Submitted,

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
*Attorney for Plaintiff*