UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CARLOS RAUL BELLO NOGUEDA, a/k/a KARLA BELLO<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. GUALTIERI, in his official capacity as Sheriff of Pinellas County, PINELLAS COUNTY, FLORIDA, et al.,<br><br>Defendants. | Case No.: 8:20-cv-02005-TPB-AEP |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

1) Carlos Raul Bello Nogueda, a/k/a Karla Bello, Plaintiff
2) Rook Elizabeth Ringer, attorney for Plaintiff
3) Joseph D. Lento, attorney for Plaintiff
4) Lento Law Group, P.A., attorneys for Plaintiff
5) Bob Gualtieri, Sheriff of Pinellas County, Fla., Defendant
6) Pinellas County, Fla., Defendant
7) David Danzig, Defendant
8) Jesse Napier, Defendant
9) Jason Franjesevic, Defendant
10) Jennifer Vieno, Defendant
11) Jane Holler, Defendant
12) Richard Merritt, Defendant
13) Christopher Moses, Defendant
14) Steve Cox, Jr., Defendant
15) Alvaro Berje, Defendant
16) Crystal Widua, Defendant
17) Darlene Hilery, Defendant

     18) Yvette Dixon, Defendant
     19) Paul G. Rozelle, Senior Associate Counsel Pinellas County Sheriff's Office
     20) Shannon Kennedy Lockheart, General Counsel, Pinellas County Sheriff's Office

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

     NONE

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

     NONE

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

     Carlos Bello Nogueda, a/k/a Karla Bello, Plaintiff

     I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904.602.9400 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on December 4th, 2020, a copy of the foregoing has been furnished by CM/ECF to: Kelly L. Vicari, Esq., Pinellas County Attorney's Office, 315 Court Street, Sixth Floor, Clearwater, Florida 33756, kvicari@pinellascounty.org, eservice@pinellascounty.org, and to Paul G. Rozelle, Esq., Pinellas County Sheriff's Office, 10750 Ulmerton Road, Largo, FL 33778, prozelle@pcsonet.com, amarcott1@pcsonet.com.

    Respectfully Submitted,

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
*Attorney for Plaintiff*