UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAUL BELLO NOGUEDA,
a/k/a KARLA BELLO

Plaintiff,

v.

ROBERT A. GUALTIERI, in his
official capacity as Sheriff of Pinellas
County, PINELLAS COUNTY,
FLORIDA, et al.,

Defendants.

Case No.: 8:20-cv-02005-TPB-AEP

**MOTION FOR ADMISSION _PRO HAC VICE_**
**AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02 of the Local Rules for the United States District Court

of the Middle District of Florida, the Plaintiff, Carlos Raul Bello Nogueda, a/k/a

Karla Bello (hereinafter, "Ms. Bello" or "Plaintiff"), by and through her undersigned

counsel, moves this Court for an order allowing Joseph Lento (hereinafter, "Mr.

Lento") to appear in this Court as co-counsel on behalf of the Plaintiff in the above-

styled lawsuit. In support of this motion, the Plaintiff states as follows:

1.      Mr. Lento is a principal of the law firm, Lento Law Group, P.A., which

has been retained to represent Ms. Bello in this case.

2.      Mr. Lento would be serving as co-counsel to the undersigned in all

proceedings conducted in this cause.

3.      Mr. Lento is not admitted to practice in the United States District Court

for the Middle District of Florida.

4.      Mr. Lento is a member in good standing and admitted to practice in the

following jurisdictions: State Bar of New Jersey; State Bar of Pennsylvania; State

Bar of New York and the U.S. District Court for New Jersey.

5.      Mr. Lento is familiar with, and will be governed by, the Local Rules of

the United States District Court for the Middle District of Florida, including Rules

2.01(d), 2.02 and Rule 2.04 thereof.

6.      Mr. Lento is familiar with, and will be governed by, the Code of

Professional Responsibility and the other ethical limitations or requirements

governing the professional behavior of members of the Florida Bar.

7.      Mr. Lento designates Rook Elizabeth Ringer and the law firm of Lento

Law Group, P.A., 222 San Marco Ave., Ste. "C", St. Augustine, FL 32084,

reringer@lentolawgroup.com, as the lawyer and law firm upon whom all notices and

papers may be served and who will be responsible for the progress of the case,

including the trial in default of the non-resident attorneys.

8.      Rook Elizabeth Ringer, Esquire is a member in good standing of the

Florida Bar and the United States District Court for the Middle District of Florida

and maintains an office in this state for the practice of law.

9.      Through her signature below, Rook Elizabeth Ringer, Esq. of the law

firm of Lento Law Group, P.A. hereby consents to such designation and the terms

of this Motion.

10.      Pursuant to Rule 2.02(a), Local Rules, United States District Court,

Middle District of Florida, Rook Elizabeth Ringer certifies that Mr. Lento has

complied with the fee requirements of Rule 2.01(d) and will complete e-filing

registration in accordance with Rule 2.01(d) of the Local Rules of the United States

District Court for the Middle District of Florida.

WHEREFORE, the Plaintiff, Carlos Raul Bello Nogueda, a/k/a Karla Bello,

respectfully requests this Court enter an order admitting Joseph Lento, to practice

before this Court *pro hac vice* for all purposes relating to this matter.

Respectfully submitted,

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904.602.9400 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 30th, 2020, a copy of the foregoing has been furnished by CM/ECF to: Kelly L. Vicari, Esq., Pinellas County Attorney's Office, 315 Court Street, Sixth Floor, Clearwater, Florida 33756, kvicari@pinellascounty.org, eservice@pinellascounty.org, and to Paul G. Rozelle, Esq., Pinellas County Sheriff's Office, 10750 Ulmerton Road, Largo, FL 33778, prozelle@pcsonet.com, amarcott1@pcsonet.com.

Respectfully Submitted,

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
*Attorney for Plaintiff*