UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Carlos Bello Nogueda,
  a/k/a Karla Bello,
        Plaintiff,

Case No. 8:20-cv-02005-TPB-AEP

vs.

Robert A. Gualtieri, et al.,
        Defendants.
                            /

## NOTICE REGARDING MEDIATOR SELECTION

Pursuant to the Court's order that the parties file a stipulation concerning the selection of a mediator by February 19, 2021, Dkt. 79, at 4 ¶ 9, the defendants — Pinellas County Sheriff Bob Gualtieri and twelve members of the Pinellas County Sheriff's Office — state that the parties remain unable to agree on a mediator. The defendants indicated in their Case Management Report that they were unable to agree on a mediator in December 2020. Dkt. 76, at 3 n.1. That impasse continues unabated despite subsequent efforts to bridge it. Accordingly, the defendants request that the Court appoint a mediator located in the Tampa Bay area from the Middle District's roster of certified mediators before whom the case is to be mediated by December 3, 2021. See Dkt. 79, at 4 ¶ 9.

[*remainder of page intentionally left blank*]

Respectfully submitted,

/s/ Paul G. Rozelle
Paul G. Rozelle
Senior Associate Counsel
FBN: 75948
10750 Ulmerton Road
Largo, FL   33778
Telephone:  (727) 582-6274
Facsimile:  (727) 582-6459
*prozelle@pcsonet.com*
*amarcott1@pcsonet.com*
Attorney for Sheriff Gualtieri, Col. Danzig, Capt. Napier, Sgt. Franjesevic, Sgt. Vieno, Ms. Holler, Cpl. Merritt, Dep. Moses, Dep. Cox, Dep. Berje, Ms. Widua, Ms. Hilery & Ms. Dixon

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Paul G. Rozelle