UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAUL BELLO NOGUEDA,
a/k/a KARLA BELLO

      Plaintiff,

vs.                               Case No. 8:20-cv-02005-TPB-AEP

ROBERT A. GUALTIERI, in his official capacity
as Sheriff of Pinellas County,
PINELLAS COUNTY, FLORIDA, et al.,

      Defendants.
_____/

### DEFENDANT PINELLAS COUNTY'S SUPPLEMENTAL CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 3.01(g)

COMES NOW, the Defendant PINELLAS COUNTY, FLORIDA, by and through the undersigned counsel and hereby files this Supplemental Certification of Compliance with Local Rule 3.01(g). The undersigned counsel certifies as follows:

1. On October 27, 2021, Defendant PINELLAS COUNTY filed a Motion to Dismiss Plaintiff's Second Amended Complaint. (Dkt. 85).

2. The undersigned counsel conferred in good faith with Plaintiff's counsel via e-mail regarding the Motion to Dismiss, and Plaintiff opposes the Motion.

Respectfully submitted,

*/s/  Kelly L. Vicari*
KELLY L. VICARI
FBN  88704 /SPN  03325558
Senior Assistant County Attorney
Pinellas County Attorney's Office
315 Court Street, Sixth Floor
Clearwater, Florida  33756
Phone: (727) 464-3354
Fax: (727) 464-4147
Primary Email: kvicari@pinellascounty.org
Secondary Email:
eservice@pinellascounty.org
Attorney for Defendant Pinellas County

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 28, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record in this case.

*/s/  Kelly L. Vicari*
Attorney for Defendant Pinellas County

PCAO 358438