UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CARLOS RAUL BELLO NOGUEDA, a/k/a KARLA BELLO<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. GUALTIERI, in his official capacity as Sheriff of Pinellas County, PINELLAS COUNTY, FLORIDA, et al.,<br><br>Defendants. | Case No.: 8:20-cv-02005-TPB-AEP |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT PINELLAS COUNTY'S MOTION TO DISMISS SECOND AMENDED COMPLAINT (DKT. #85)**

COMES NOW, the Plaintiff, Carlos Raul Bello Nogueda, a/k/a Karla Bello (hereinafter, "Ms. Bello" or "Plaintiff"), by and through her undersigned counsel, moves this Court for additional time to respond to Defendant Pinellas County's Motion to Dismiss Second Amended Complaint. In support of this motion, the Plaintiff states as follows:

1. On October 20, 2021, the Plaintiff filed her Second Amended Complaint. [Dkt. #84].

2. On October 27, 2021, Defendant Pinellas County filed its Defendant Pinellas County's Motion to Dismiss Second Amended Complaint (hereinafter, the

"Motion to Dismiss". [Dkt. #85].

3. At present, the Plaintiff's response is due on November 17, 2021.

4. On the morning of November 4, 2021, the undersigned suffered a severe "widow-maker" heart attack of the left anterior descending artery while in court in St. Augustine, Florida.[1]

5. Later that day, she underwent a heart catheter and stent procedure to save her life.

6. She was then released on November 5, 2021, but returned against on November 6, 2021, due to possible complications, but was released later that afternoon.

7. The undersigned has been on light duty and as a result has found it difficult to make up for lost time with respect to deadlines.

8. As a result, the undersigned would request an extension of approximately two weeks, to at least December 1, 2021, to respond to the Motion to Dismiss [Dkts. #11 & 17].

9. This extension is not asked for in bad faith or to unnecessarily delay or prolong these proceedings and will not prejudice the Defendants.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned certifies that she conferred with the counsel for Defendant Pinellas County, who did not object to this Motion.

---

[1] At present, it is not known if her previous bout of Covid-19 contributed to this incident, as she had just gotten over it a few days prior.

WHEREFORE, the Plaintiff, Carlos Raul Bello Nogueda, a/k/a Karla Bello, respectfully requests this Court enter an order extending the time to respond to the Motion to Dismiss for approximately two weeks, to at least December 1, 2021.

Respectfully submitted,

*/s/ Rook Ringer*

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904.602.9400 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 17, 2021, a copy of the foregoing has been furnished by CM/ECF to: Kelly L. Vicari, Esq., Pinellas County Attorney's Office, 315 Court Street, Sixth Floor, Clearwater, Florida 33756, kvicari@pinellascounty.org, eservice@pinellascounty.org, and to Paul G. Rozelle, Esq., Pinellas County Sheriff's Office, 10750 Ulmerton Road, Largo, FL 33778, prozelle@pcsonet.com, amarcott1@pcsonet.com.

Respectfully Submitted,

*/s/ Rook Ringer*

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
*Attorney for Plaintiff*