UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Carlos Bello Nogueda,
 a/k/a Karla Bello,

   Plaintiff,

vs.             Case No. 8:20-cv-02005-TPB-AEP

Robert A. Gualtieri, et al.

   Defendants.
_____/

**MOTION OF DEFENDANTS FOR LEAVE TO REPLY
TO PLAINTIFF'S RESPONSES TO THEIR MOTIONS
TO DISMISS THE SECOND AMENDED COMPLAINT**

  Sheriff Gualtieri and the individually named members of the Pinellas County Sheriff's Office seek leave under L.R. 3.01(c) to file five-page reply briefs in further support of their motions to dismiss the second amended complaint, Doc. 87 & 88, and in reply to Karla Bello's opposition to those motions filed December 6, 2021, Doc. 92 & 93.  In support of this motion, the defendants submit the following:

  1. Bello's responses raise issues concerning the appropriate standards governing municipal and individual liability and qualified immunity for the allegedly unconstitutional conduct in issue in this case.

  2. Her responses also raise issues with respect to the application of then-existing Supreme Court and Eleventh Circuit case law to the factual averments in the second amended complaint.

3. Allowing the defendants to address the arguments and case law in Bello's responses will not be redundant with the existing briefing or delay the case and will aid the Court in deciding the motions to dismiss.

4. Accordingly, the defendants seek leave to file replies of no more than five pages, including captions, titles, certificate of service, and memorandum of law, due one week after the Court rules on this motion.

5. **Local Rule 3.01(g) Certification**. On December 6, 2021, the undersigned counsel contacted counsel for the plaintiff by email to confer about the relief requested in this motion. She objects to the relief sought.

WHEREFORE, Sheriff Gualtieri and the individually named members of the Pinellas County Sheriff's Office ask that the Court grant them leave to file reply briefs of not more than five pages in further support of his motion to dismiss the second amended complaint due one week from the resolution of this motion.

Respectfully submitted,

/s/ Paul G. Rozelle
Paul G. Rozelle
FBN: 75948
Managing Senior Counsel
Pinellas County Sheriff's Office
10750 Ulmerton Road
Largo, FL   33778
Telephone:  (727) 582-6274
Facsimile:  (727) 582-6459
*prozelle@pcsonet.com*
*rreuss@pcsonet.com*
Attorney for Sheriff Gualtieri, Sgt. Franjesevic, Dep. Moses, Ms. Hilery, Cpl. Merritt, and Ms. Dixon

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 6, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Paul G. Rozelle