UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CARLOS RAUL BELLO NOGUEDA, a/k/a KARLA BELLO<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. GUALTIERI, in his official capacity as Sheriff of Pinellas County, PINELLAS COUNTY, FLORIDA, et al.,<br><br>Defendants. | Case No.: 8:20-cv-02005-TPB-AEP |

**PLAINTIFF'S RESPONSE TO MOTION OF DEFENDANTS FOR LEAVE TO REPLY TO PLAINTIFF'S RESPONSES TO THEIR MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT**

COMES NOW the Plaintiff, CARLOS RAUL BELLO NOGUEDA, a/k/a KARLA BELLO (hereinafter, "Plaintiff" or "Karla"), by and through her undersigned attorney, and hereby responds in opposition to the Motion of Defendants for Leave to Reply to Plaintiff's Responses to Their Motions to Dismiss the Second Amended Complaint [Dkt. #94] (hereinafter, the "Motion") and states as follows:

1.      On December 6, 2021, the Defendants filed the Motion with this Court. [Dkt. #94].

2.      On September 29, 2021, this Court issued and Order (hereinafter, the "Order") granting the Motion to Dismiss of the Doe Defendants and striking the First Amended Complaint. [Dkt. #83].

3. In addition, this Court's Order stated that:

> Second, all thirteen of the individually named defendants are represented by the same attorney, who filed nine separate motions to dismiss. No reason is apparent for the filing of separate motions. Absent some compelling reason, counsel should file a single motion under Rule 12 for the individually named defendants.

[Dkt. #83, pp. 2-3].

4. Defendant Sheriff Robert A. Gualtieri filed his Motion to Dismiss on November 8, 2021.

5. However, in addition to filing this motion separately from the other individually named Defendants, Gualtieri also incorporated the motion to dismiss [Dkt. #88] of the *other* individually named Defendants. [*See*, Dkt. #87, pp. 13-14].

6. Additionally, since that Motion to Dismiss is 14 pages long and incorporates the other Motion to Dismiss of the Individually Named Defendants [Dkt. #88], which is 22 pages long, the Plaintiff argues that this Motion is procedurally improper pursuant to Local Rule 3.01(a) which states that a motion must be "a single document no longer than twenty-five pages inclusive of all parts".

7. The other individual Defendants, Yvette Dixon, Cpl. Richard Merritt, Deputy Chris Moses, Darlene Hilery, LPN, and Sgt. Jason Franjesevic, filed their Motion to Dismiss on November 8, 2021.

8. Additionally, since that Motion to Dismiss is 22 pages long and

incorporates aspects[1] of the other Motion to Dismiss of Sheriff Gualtieri [Dkt. #87], which is 14 pages long, the Plaintiff argues that this Motion is procedurally improper pursuant to Local Rule 3.01(a) which states that a motion must be "a single document no longer than twenty-five pages inclusive of all parts".

9. The Plaintiff argues that it was not in the spirit of this Court's Order to proceed in such a fashion, nor did this Court intend that once again, the Plaintiff has to respond to the same arguments in multiple responses.

10. Now, the Defendants ask for even more pages to reply, after they have already presented 36 total pages of arguments for their Motions to Dismiss, without asking for leave prior to filing them.

11. As a result, the Plaintiff strenuously objects to the relief asked for in the Motion, as the Defendants have already abused the Rules quite enough at present.

WHEREFORE, the Plaintiff respectfully requests that this Court deny the Motion of Defendants for Leave to Reply to Plaintiff's Responses to Their Motions to Dismiss the Second Amended Complaint [Dkt. #94], and for any and all other relief as this Court deems in the interests of justice.

Respectfully Submitted,

_____

---

[1] The Motion to Dismiss states that, "Additional pertinent facts and background about Bello's incarceration are set forth in Sheriff Gualtieri's motion to dismiss. Doc. 87." [Dkt. #88, p. 2]

          ROOK ELIZABETH RINGER
          Florida Bar No. 1015698
          LENTO LAW GROUP, P.A.
          222 San Marco Ave., Ste. C
          St. Augustine, FL 32084
          904.602.9400 (Office)
          904.299.5400 (Fax)
          reringer@lentolawgroup.com
          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 7, 2021, a copy of the foregoing has been furnished by CM/ECF to: Kelly L. Vicari, Esq., Pinellas County Attorney's Office, 315 Court Street, Sixth Floor, Clearwater, Florida 33756, kvicari@pinellascounty.org, eservice@pinellascounty.org, and to Paul G. Rozelle, Esq., Pinellas County Sheriff's Office, 10750 Ulmerton Road, Largo, FL 33778, prozelle@pcsonet.com, amarcott1@pcsonet.com.

          Respectfully Submitted,

          _____
          ROOK ELIZABETH RINGER
          Florida Bar No. 1015698
          LENTO LAW GROUP, P.A.
          *Attorney for Plaintiff*