UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAUL BELLO NOGUEDA,
a/k/a/ Karla Bello,

    Plaintiff,

v.                                    CASE NO. 8:20-cv-2005-TPB-AEP

SHERIFF ROBERT GUALTIERI, *et al.*,

    Defendants.
_____/

## O R D E R

Bello's uncontested motions (Docs. 89 and 90) for an extension of time are **DENIED AS MOOT**. Bello's oppositions (Docs. 91–93) are accepted as timely. Notwithstanding Bello's opposition, the defendants' motion (Doc. 94) for leave to file a reply is **GRANTED**. All defendants, including non-moving defendant Pinellas County, have until **MONDAY, JANUARY 3, 2022**, to reply.

ORDERED in Tampa, Florida, on  12/8 , 2021.

                                                          THOMAS P. BARBER
                                          UNITED STATES DISTRICT JUDGE