UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Carlos Bello Nogueda,
a/k/a Karla Bello,
          Plaintiff,

vs.

Case No. 8:20-cv-02005-TPB-AEP

Robert A. Gualtieri, et al.
          Defendants.
_____/

## AFFIDAVIT OF PAUL G. ROZELLE

BEFORE ME, the undersigned authority, personally appeared Paul G. Rozelle, who, on being duly sworn and based on his own personal knowledge stated:

1. I am a natural person over 18 years of age.

2. I am counsel to the defendants in this case and, unless otherwise indicated, I have personal knowledge of the matters set forth in this affidavit.

3. The defendants' bill of costs includes $163.95 in costs associated with the making of copies of materials and documents where the copies made were necessarily obtained for use in this case. As explained below, this is the cost associated with printing 1,093 pages of material.

4. First, the initial disclosures served by the parties under Rule 26 necessitated printing 11 pages of documents for the purpose of maintaining a complete set of all pertinent mandatory disclosures exchanged in this case.

5.  Second, I printed and maintained one as-filed copy of every pleading and court order in this case, which totaled 1,082 pages, so that as counsel to the defendants (other than Pinellas County) I and my office could have a complete, accurate copy of the of-record proceedings in this case.

6.  Copies of pleadings are recoverable taxable costs, Desisto College, Inc. v. Town of Howey-in-the-Hills, 718 F. Supp. 906, 913 (M.D. Fla.1989) ("Copies . . . of pleadings. . . are recoverable.") (citation omitted), and have been routinely awarded in full by this Court, see Thompson v. Gualtieri, No. 8:20-cv-3039, Doc. 40, at 1 (M.D. Fla. Mar. 2, 2022); DeGraw v. Gualtieri, No. 8:18-cv-2116, Doc. 124, at 4 (M.D. Fla. Oct. 21, 2020); Baysa v. Gualtieri, No. 8:17-cv-434, Doc. 79, at 2 (M.D. Fla. Nov. 15, 2018).

7.  The actual cost to Sheriff Gualtieri of printing or photocopying one page is $0.15. Sheriff Gualtieri has recovered this per-page cost for photocopies from this court in prior cases. See, e.g., *supra* ¶ 6.

FURTHER AFFIANT SAYETH NOT.

*Paul G. Rozelle*
PAUL G. ROZELLE

SWORN TO AND SUBSCRIBED before me on October 5, 2022, by Paul G. Rozelle, who is personally known to me.

*Regina F. Reuss*
Notary Public



REGINA F. REUSS
Commission # GG 977305
Expires July 6, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

2